LINK: 11

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 06-3338 GAF (Ex) | Date | August 10, 2006 |
|---|---|---|---|
| Title | Jeffrey David Isaacs v. Univ. of S. Cal., et al. | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Marilynn Morris | None | | N/A |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** (In Chambers)

The Court has received and is considering the parties' submissions related to Defendants' motion to dismiss. The Court concludes that the matter is appropriate for disposition without the argument of counsel. Accordingly, the hearing set for Monday, August 14, 2006 is hereby **VACATED**. Fed. R. Civ. P. 78; Local Rule 7-15. A written order will follow.

IT IS SO ORDERED.

Initials of Preparer

DOCKETED ON CM
AUG 2006
BY ___ 021