UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM

Please Fill Out Completely

FILED
CLERK, U.S. DISTRICT COURT
SEP - 1 2006
CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

## CASE INFORMATION:

Short Case Title: Isaacs v. USC
Court of Appeals No. (leave blank if unassigned) _06-56178_
U.S. District Court, Division & Judge Name Central California, Hon. Gary A. Feess
Criminal and/or Civil Case No. CV 06-3338 GAF (Ex)
Date Complaint/Indictment/Petition Filed: 5/30/06
Date Appealed order/judgment *entered*: 8/17/06
Date NOA *filed*: 8/21/06
Date(s) of Indictment _____ Plea Hearing _____ Sentencing _____

COA Status (check one):  ☐ granted in full (attach order)   ☐ denied in full (send record)
                         ☐ granted in part (attach order)   ☐ pending

Court Reporter(s) Name & Phone Number Rick Duvall, 213-894-3015

*Magistrate Judge's Order? If so, please attach.*

### FEE INFORMATION
Date Docket Fee Paid: _____                Date Docket Fee Billed: 8/30/06
Date FP granted: _____                     Date FP denied: _____
Is FP pending? ☐ yes  ☐ no                      Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases? Please list: _____

*Please attach copy of any order granting, denying or revoking FP.*

### COUNSEL INFORMATION (please include email address)
Appellate Counsel:                              Appellee Counsel:

Jeffrey David Isaacs                            Robin D Dal Soglio Dal Soglio & Martens
426 Cottman Street                              27240 Turnberry Lane, Suite 200
Jenkintown, PA 19046                            Valencia, CA 91355
Tel: 917-215-1909                               Tel: 661-362-0736

☐ retained  ☐ CJA  ☐ FPD  ☒ Pro Se  ☐ Other _____  *Please attach appointment order.*

### DEFENDANT INFORMATION
Prisoner ID _____                          Address:
Custody _____
Bail _____

### AMENDED NOTIFICATION INFORMATION
Date Fees Paid _____                       9th Circuit Docket Number _____

Name & Phone Number of Person Completing this Form: C. REYES
                                                    213 894-3570

DOCKETED ON CM
SEP 1 2006
BY _____

A-8 (08/02) (CA9-014)        NOTICE OF APPEAL NOTIFICATION FORM                     181

20