# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge _____ GAF _____

From: _Chris Lawyer_, Deputy Clerk    Date Received: _9-7-06_

Case No.: _CV06-3338-GAF (Ex)_ Case Title: _Isaacs v. 4SC_

Document Entitled: _Plaintiff Notice of Motion and Motion._

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

☐ Local Rule 11-3.1    Document not legible
☐ Local Rule 11-3.8    Lacking name, address, phone and facsimile numbers
☐ Local Rule 11-4.1    No copy provided for judge
☐ Local Rule 19-1    Complaint/Petition includes more than ten (10) Does or fictitiously named parties
☐ Local Rule 15-1    Proposed amended pleading not under separate cover
☐ Local Rule 11-6    Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8    Memorandum/brief exceeding 10 pages shall contain table of contents
☐ Local Rule 7.1-1    No Certification of Interested Parties and/or no copies
☑ Local Rule 6.1    Written notice of motion lacking or timeliness of notice incorrect
☐ Local Rule 56-1    Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2    Statement of genuine issues of material fact lacking
☐ Local Rule 7-19.1    Notice to other parties of ex parte application lacking
☐ Local Rule 16-6    Pretrial conference order not signed by all counsel
☐ FRCvP Rule 5(d)    No proof of service attached to document(s)
☑ Other: _No Motion date._

FILED
CLERK, U.S. DISTRICT COURT
SEP - 8 2006
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.**

---

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____    _____
Date    U.S. District Judge / U.S. Magistrate Judge

☑ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

_9/8/06_    _____
Date    U.S. District Judge / U.S. Magistrate Judge

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

DOCKETED ON CM
SEP 11 2006
BY _____ 021

SCANNED

1  JEFFREY DAVID ISAACS
   426 Cottman Street
2  Jenkintown, PA 19046
3  Telephone: (917) 215-1909
   Facsimile: (484) 422-8061
4  Email: jdi@alum.dartmouth.org

5

6

7  RECEIVED BUT NOT FILED

   SEP - 7 2006

8  CLERK, U.S. DISTRICT COURT
   CENTRAL DISTRICT OF CALIFORNIA
   WESTERN DIVISION
   DEPUTY

9                        IN THE UNITED STATES DISTRICT COURT

10                      FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

12                                                                    BY FAX

13

14

15  JEFFREY DAVID ISAACS                    )
                                            )
16                                          )
                                            )
17          Plaintiff, *pro se*,            )    Case No. CV-06-3338 GAF (Ex)
                                            )
18                  -V-                     )
                                            )    **NOTICE OF MOTION AND**
19  UNIVERSITY OF SOUTHERN CALIFORNIA;      )    **MOTION TO EFFECT SERVICE**
    ROBERT WILLIAM BAUGHMAN;                )    **OF PROCESS BY MARSHAL**
20  BRIAN E. HENDERSON;                     )
21  PETER J. KATSUFRAKIS;                   )
    and JAMES M. H. BALL,                   )
22                                          )    Date:
                                            )    Time:
23          Defendants.                     )    Court:   740 - Roybal
                                            )    Judge:   Honorable Gary A. Feess
24  _____ )

25

26

27

28

---

-1-

MOTION TO EFFECT SERVICE

No. CV-06-3338 GAF (Ex)