LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  CV 06-3338 GAF (Ex)                                Date  September 12, 2006

Title  Jeffrey David Isaacs v. Univ. of S. Cal., et al.

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Marilynn Morris | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:           Attorneys Present for Defendants:

None                                                            None

**Proceedings:**     (In Chambers)

**RULING ON PLAINTIFF'S APPLICATION TO EFFECT SERVICE OF PROCESS**

On September 8, 2006 *pro se* Plaintiff Jeffrey Isaacs filed an "Application to Effect Service of Process" by the United States Marshals of his Second Amended Complaint. Without evidence, Plaintiff simply asserts that he has "filed a motion with his Ninth Circuit appeal to proceed *in forma pauperis*," and that the mere filing of that motion permits him to seek the Court to effect service of process. (Application at 2). In support, Plaintiff's cited code section simply provides that "the court may direct that service be effected by a United States marshal . . . *when* the plaintiff is *authorized* to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915." Fed. R. Civ. P. 4(c)(2) (emphases added); see also Puett v. Blandford, 912 F.2d 270, 273 (9th Cir. 1990).

Plaintiff's application fails for two reasons. First, by Plaintiff's own admission, he has simply "filed a motion with his Ninth Circuit appeal to proceed *in forma pauperis*," (Application at 2), and Plaintiff gives no indication – much less any evidence – that his motion has been granted. Thus, the Court cannot rely on that alleged order granting *in forma pauperis* status and thereby order service of process effected.

Second, since a "person seeking *in forma pauperis* . . . must submit an affidavit including a statement of all assets and a statement that she is unable to pay," Francis v. Cong., No. 04-3141 (EDLx), 2004 U.S. Dist. LEXIS 17566, at *2 (N.D. Cal. Aug. 27,

LINK:

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 06-3338 GAF (Ex) | Date | September 12, 2006 |
| Title | Jeffrey David Isaacs v. Univ. of S. Cal., et al. | | |

2004), if Plaintiff is attempting to ask this Court for permission to proceed *in forma pauperis*, he must submit an affidavit and all other requirements as directed in 28 U.S.C. § 1915. 28 U.S.C. § 1915(a); Alfaro v. Alcohol & Drug Admin., No. 06-1370 (GGHx), 2006 U.S. Dist. LEXIS 54708, at *1 (E.D. Cal. Aug. 7, 2006); see also William W. Schwarzer, et al., California Practice Guide: Federal Civil Procedure Before Trial § 5:50, at 5-15 (2006); 1-4 Mary P. Squiers, Moore's Federal Practice - Civil § 4.40[1] (2006). No such evidence is attached to Plaintiff's current application.

For the foregoing reasons, Plaintiff's application to effect service of process is **DENIED**.

IT IS SO ORDERED.

Initials of Preparer