LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 06-3338 GAF (Ex) | Date | October 30, 2006 |
|---|---|---|---|

Title   Isaacs v. Univ. of S. Cal., et al.

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Marilynn Morris | None | | N/A |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| None | | None | |

**Proceedings:**      (In Chambers)

### ORDER STRIKING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Plaintiff has filed a motion for default judgment against Defendant University of Southern California. However, Plaintiff has not obtained an entry of default, which is a prerequisite to his motion. Fed. R. Civ. P. 55(a). Accordingly, the Court hereby **STRIKES** the motion for default judgment.

IT IS SO ORDERED.

Initials of Preparer