UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. CV 06-3338 GAF (Ex) | Date November 20, 2006 |
| Title Isaacs v. University of Southern California, et al. | |

Present: The Honorable **GARY ALLEN FEESS**

| Marilynn Morris | None | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

None  None

**Proceedings:**      **(In Chambers)**

### ORDER DENYING MOTION FOR DEFAULT JUDGMENT

On September 7, 2006 *pro se* Plaintiff Jeffrey David Isaacs ("Isaacs"), filed a Second Amended Complaint ("SAC") in this Court against Defendant University of Southern California ("USC") and various individuals ("Defendants"). After hearing nothing from Defendants in response to his SAC, Isaacs now moves for default judgment against Defendant USC. As discussed briefly below, however, the motion is **DENIED** for lack of service.

Under the Federal Rules of Civil Procedure "[t]he plaintiff is responsible for service of summons and complaint [on defendants] within the time allowed" unless such service is waived. Fed. R. Civ. P. 4(b)-(d). Such service is made by "handing it to the person; leaving it at the person's office . . . or dwelling house . . . . Mailing a copy to the last known address of the person served . . . . Delivering a copy by any other means, including electronic means, *consented to in writing* by the person served." Fed. R. Civ. P. 5(b)(2)(A)-(D).

Isaacs, in his motion for default judgment, alleges USC consented to service by facsimile through its attorney, Robin Soglio. (Mot., Ex. B [E-mail from Defendants' Attorney Robin Soglio] at 1.) However, this e-mail merely indicates that Soglio would accept such service in her role as attorney for Defendant Robert Baughman – *not* in her role as attorney for USC. (Id.) Since the SAC was only served upon Soglio via facsimile, a motion for default against USC is inappropriate as USC has not been served

LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 06-3338 GAF (Ex) | Date | November 20, 2006 |
|---|---|---|---|
| Title | Isaacs v. University of Southern California, et al. | | |

by any of the means described above.

To further allege service as proper, Isaacs points to an e-mail he sent to his mother asking her to mail a copy of a 95 page document to Soglio. (Mot., Ex. E [E-mail from Isaacs to Mother] at 1.) Although Isaacs implies that this document was his SAC, he does not so allege specifically, and in any event he offers no evidence that such a mailing actually occurred or that the document was ever received.

Because Isaacs cannot establish that he properly served USC with his complaint, his motion for default judgment is defective and must be **DENIED**. If Plaintiff seeks to pursue this matter, he must properly serve the SAC. The hearing on this matter scheduled for Monday, November 27 2006 is hereby **VACATED**. Fed. R. Civ. P. 78; Local Rule 7-15.

IT IS SO ORDERED.