UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S DISTRICT COURT
NOV 21 2006
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

Jeffrey David Isaacs

Plaintiff(s),

v.

University of Southern California et al

Defendant(s).

CASE NUMBER

CV 06-3338-GAF(Ex)

NOTICE OF DEFICIENCY
DEFAULT/DEFAULT JUDGMENT

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of University of Southern California for the following reason(s)

- ☐ No declaration as required by F.R.Civ.P 55(a)
- ☒ No original proof of service on file serving 2nd Amended Complaint by US Mail on 9/7/06.
- ☐ The name of the person served does not exactly match the complaint
- ☐ Proof of Service is lacking required information
- ☐ Waiver of Service lacking the signature of the sender and/or the person acknowledging receipt
- ☐ Time to respond has not expired
- ☐ Answer and/or Motion for Summary Judgment and/or Motion to Dismiss on file
  - ☐ Request forwarded to assigned Judge for consideration
- ☐ Party dismissed from action on_____
- ☐ Case terminated on _____
- ☒ Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default reconsidered.**

The Clerk cannot enter the requested **Default Judgment** against _____ for the following reason(s)

- ☐ No Entry of Default on file
- ☐ No declaration of as required by F.R.Civ.P 55(b)
- ☐ The name of the person for which Default Judgment is requested does not exactly match the person named in the complaint
- ☐ Amounts requested differ or exceed the amounts prayed for in the demand for judgment in the most recently filed complaint
- ☐ The Request for Entry of Default has been forwarded to the assigned Judge
- ☐ Amount sought is not for a sum certain or cannot be computed to a sum certain
- ☐ Attorney Fees sought not in compliance with Local Rule 55.3
- ☐ Amount sought for costs is incorrect
- ☐ Case terminated on _____
- ☐ Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default reconsidered.**

11/21/06

DOCKETED ON
NOV 21 2006
BY _____ 021

CLERK OF COURT

By _____
Deputy Clerk

CV-52B (12/03)   NOTICE OF DEFICIENCY - DEFAULT/DEFAULT JUDGMENT