# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

JEFFREY DAVID ISAACS,

    Plaintiff - Appellant,

v.

UNIVERSITY OF SOUTHERN CALIFORNIA; et al.,

    Defendants - Appellees.

No. 06-56178

D.C. No. CV-06-03338-GAF

**JUDGMENT**



RECEIVED
CLERK, U.S. DISTRICT COURT
FEB 15 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Appeal from the United States District Court for the Central District of California, Los Angeles.

This cause came on to be heard on the Transcript of the Record from the United States District Court for the Central District of California, Los Angeles and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 01/16/07



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
FEB 09 2007
by: Ruben Talavera
Deputy Clerk

DOCKETED ON CM
FEB 22 2007
BY _____ 184

