# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 06-3338 GAF (Ex) | Date | February 22, 2007 |
|---|---|---|---|
| Title | Isaacs v. University of Southern California, et al. | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Marilynn Morris | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** (In Chambers)

### ORDER VACATING HEARING

The Court is considering the parties' submissions related to Defendants' motion to dismiss. The Court concludes that the matter is appropriate for disposition without the argument of counsel. Accordingly, the hearing set for Monday, February 26, 2007 is hereby **VACATED**. Fed. R. Civ. P. 78; Local Rule 7-15. A written order will follow.

IT IS SO ORDERED.

Initials of Preparer

