# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV06-3338-GAF | Date | June 4, 2007 |
| Title | Isaacs -v- University of Southern California | | |

Present: The Honorable  **GARY ALLEN FEESS, UNITED STATES DISTRICT JUDGE**

| Marilynn Morris | Lisa Gonzalez | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

J. Isaacs (pro se)

Attorneys Present for Defendants:

R. D. Dal Soglio
S. Christopher

**Proceedings:** Scheduling Conference

Matter called. Counsel state their appearances for the record. Scheduling Conference conducted and dates provided to counsel.

IT IS SO ORDERED.

DOCKETED ON CM
JUN 12 2007
BY _____ 021

Initials of Preparer