UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 06-3338 GAF (Ex) | Date | August 23, 2007 |
|---|---|---|---|
| Title | Isaacs v. University of Southern California, et al. | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Marilynn Morris | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

None                                                              None

**Proceedings:**     **(In Chambers)**

### ORDER VACATING HEARING

The Court has received Plaintiff's motion for leave to amend, appointment of counsel, and an order to preserve evidence. The Court concludes the matter is appropriate for resolution without the argument of counsel. Accordingly, the hearing previously scheduled for Monday, August 27, 2007 is hereby **VACATED**. Fed. R. Civ. P. 78; Local Rule 7-15.

IT IS SO ORDERED.



DOCKETED ON CM
AUG 2 4 2007
BY _____ 021