JEFFREY DAVID ISAACS
3553 West Chester Pike
PMB #177
Newtown Square, PA 19073
Telephone:   (215) 609 - 4625
Mobile:       (610) 202 -1460
E-Facsimile: (310) 564-0432
Email: jdi@alum.dartmouth.org

RECEIVED BUT NOT FILED

FEB - 4 2008
3:38

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY DAVID ISAACS<br><br>Plaintiff, *pro se*,<br><br>-V-<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA;<br><br>Defendant. | Case No. CV-06-3338 GAF (Ex)<br><br>**PLAINTIFF'S WITNESS LIST**<br><br>Pre-Trial Date: February 25, 2008<br>Trial Date:       March 25, 2008 |

Plaintiff JEFFREY DAVID ISAACS submits the following Witness List in compliance with Local Rule 16.3. DATED: February 4th 2008.

-1-

PLAINTIFF'S WITNESS LIST

No. CV-06-3338 GAF (Ex)

## I. WITNESS LIST

(Unless indicated by an asterisk *, Plaintiff will call each witness listed below)

| Witness | Address |
|---|---|
| Jeffrey D. Isaacs, Lynn Salvo, Anthony Salvo, William Isaacs | 8 Chase Circle, Fort Washington, PA<br><br>215-919-5977 |
| Nina Marina, Esq | Kaplan Marino Law,<br><br>Beverly Hills, CA |
| Peter Katsufrakis, Brian Henderson, Clive Taylor, Jim Ball, Todd Dickey, Stephen Sample, Stephen Ryan, Erin Quinn, Donna Budar-Turner, Robin Dal Soglio<br><br>*USC/LAX* | University of Southern California<br><br>Care of University General Counsel<br><br>ADM 352<br><br>Los Angeles, CA 90089-0015 (213) 740-7922 |
| Amy Baughman, Dave Braxton, Alexander Jack, Krishna Ramaswamy<br><br>*USC/LAX* | University of Southern California<br><br>Care of University General Counsel<br><br>ADM 352<br><br>Los Angeles, CA 90089-0015 (213) 740-7922 |
| Dr Robert Baughman | University Science/ Okinawa<br><br>Okinawa, Japan |
| Daria Younessi, Amy Savagian, Cambria Garrell, Arash Motammed, Leah Ruslen | University of Southern California<br><br>Care of University General Counsel<br><br>ADM 352<br><br>Los Angeles, CA 90089-0015 (213) 740-7922 |
| Dr. Fred Kuyt, Dr. Mark Vogel | University of Southern California<br><br>Care of University General Counsel<br><br>ADM 352<br><br>Los Angeles, CA 90089-0015 (213) 740-7922 |
| Michelle Hill*, Larry Borges, Claudia Martinez*, Kalie Luker*, Anne Goldsberry*, Graham Donald, Adam Raff* | University of Southern California<br><br>Care of University General Counsel<br><br>ADM 352 |

| | |
|---|---|
| | Los Angeles, CA 90089-0015 (213) 740-7922 |
| Dr. Wayne Sandler | Century City Hospital<br><br>Century City, CA |
| Keck Professors Snow*, Quinn, Schechter, Stelwagen | University of Southern California<br><br>Care of University General Counsel<br><br>ADM 352<br><br>Los Angeles, CA 90089-0015 (213) 740-7922 |
| 5 anonymous ad-hoc committee members<br><br>*(to be provided by Defendant Counsel)* | University of Southern California<br><br>Care of University General Counsel<br><br>ADM 352<br><br>Los Angeles, CA 90089-0015 (213) 740-7922 |
| 2 armed security guards at USC Health Sciences Campus*; unknown LAPD personnel*<br><br>*(to be provided by Defendant Counsel)* | University of Southern California<br><br>Care of University General Counsel<br><br>ADM 352<br><br>Los Angeles, CA 90089-0015 (213) 740-7922 |
| Any witness listed by Defendant. | |
| Any witness necessary for authentication or impeachment. | |
| Plaintiff reserves the right to list additional witnesses Depending upon Defendant's witness and exhibit list. | |

Respectfully submitted, this 4th day of February, 2008.

*[signature: Jeffrey D. Isaacs]*

JEFFREY DAVID ISAACS

Plaintiff, *pro se*

## CERTIFICATE OF SERVICE

I hereby certify that the following document

- PLAINTIFF'S WITNESS LIST

was served upon the represented parties, by CERTIFIED ELECTRONIC MAIL AS STIPULATED BY THE PARTIES, by e-mailing copies thereof to:

Robin D. Dal Soglio
27240 Turnberry Lane, Suite 200
Valencia, California 91355

On this 4th day of February, 2008

*/s/ Jeffrey D Isaacs*

JEFFREY DAVID ISAACS
Plaintiff, *pro se*
3553 West Chester Pike
PMB #177
Newtown Square, PA 19073
Telephone: (215) 609-4625
Facsimile: (310) 564-0432
Email: jdi@alum.dartmouth.org