DAL SOGLIO & MARTENS LLP
  Robin D. Dal Soglio (State Bar No. 155334)
27240 Turnberry Lane, Suite 200
Valencia, California 91355
Telephone: (661) 362-0736
Facsimile: (661) 244-4942
E-mail: rdalsoglio@dm-lawfirm.com

Attorneys for Defendant University of Southern California

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY DAVID ISAACS,<br><br>          Plaintiff,<br><br>     v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA; ROBERT WILLIAM BAUGHMAN; BRIAN E. HENDERSON; PETER J. KATSUFRAKIS; and JAMES M.H. BALL<br><br>          Defendants. | CASE NO. CV-06-3338 GAF (Ex)<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR CONTINUANCE OF TRIAL, PRE-TRIAL AND MOTION CUTOFF DATES** |

Having considered Defendant University of Southern California's ex parte application for a continuance of the trial date and motion and pre-trial filing deadlines, and finding good cause therefore,

///

IT IS HEREBY ORDERED that the trial, motion cutoff, and pre-trial filing deadlines are continued as follows:

| | |
|---|---|
| Trial – Jury<br>Estimated Length 7-10 days | June 24, 2008 |
| Hearing on Motions in Limine; Hearing on Disputed Jury Instructions | June 16, 2008 |
| Pre-Trial Conference;<br>Motions in Limine to be filed; proposed voir dire questions lodged and agreed to, statement of the case | May 19, 2008 |
| Lodge Pre-Trial Conference Order;<br>File Memo of Contentions of F&L; Exhibit and Witness Lists; File Status Report re Settlement; File agreed upon list set of jury instructions and verdict forms; file Joint Statement of Disputed Instructions, Verdicts, etc. | May 5, 2008 |
| Last day for hearing motions | April 21, 2008 |

Dated: 2/14/2008   _____
                                         Hon. Gary A. Feess
                                         United States District Judge

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is 27240 Turnberry Lane, Suite 200, Valencia, California 91355.

On February 13, 2008, I served the following document described as:

[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR CONTINUANCE OF TRIAL, PRE-TRIAL AND MOTION CUTOFF DATES

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Jeffrey David Isaacs
3553 West Chester Pike
PMB #177
Newtown Square, PA  19073

## BY U.S. MAIL

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service ("USPS"). This correspondence shall be deposited with the USPS this same day in the ordinary course of business at our Firm's office address in Valencia, California. Service made pursuant to this paragraph shall be presumed invalid if the postal cancellation date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

I hereby certify that I am a member of the Bar of the State of California and of the United States District Court, Central District of California.

Executed on February 13, 2008, at Valencia, California.

I declare under penalty of perjury that the above is true and correct.

| **Robin D. Dal Soglio** | |
|---|---|
| **Type or Print Name** | **Signature** |

2    Defendants' Motion to Dismiss