1  DAL SOGLIO & MARTENS LLP
2     Robin D. Dal Soglio (State Bar No. 155334)
   27240 Turnberry Lane, Suite 200
3  Valencia, California 91355
4  Telephone: (661) 362-0736
   Facsimile: (661) 244-4942
5  E-mail: rdalsoglio@dm-lawfirm.com

6
   Attorneys for Defendant University of
7  Southern California

8

              UNITED STATES DISTRICT COURT
              CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY DAVID ISAACS, | CASE NO. CV-05-3239 SJO (CTx) |
| Plaintiff, | [PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR CONTINUANCE OF TRIAL AND PRE-TRIAL DATES |
| v. | |
| UNIVERSITY OF SOUTHERN CALIFORNIA; ROBERT WILLIAM BAUGHMAN; BRIAN E. HENDERSON; PETER J. KATSUFRAKIS; and JAMES M.H. BALL | |
| Defendants. | |

       Having considered Defendant University of Southern California's ex parte application for a continuance of the trial date and motion and pre-trial filing deadlines, and finding good cause therefore,

///

IT IS HEREBY ORDERED that the trial, motion cutoff, and pre-trial filing deadlines are continued as follows:

| | |
|---|---|
| Trial – Jury<br>Estimated Length 7-10 days | June 24, 2008 |
| Hearing on Motions in Limine; Hearing on Disputed Jury Instructions | June 16, 2008 |
| Pre-Trial Conference;<br>Motions in Limine to be filed; proposed voir dire questions lodged and agreed to, statement of the case | May 19, 2008 |
| Lodge Pre-Trial Conference Order;<br>File Memo of Contentions of F&L; Exhibit and Witness Lists; File Status Report re Settlement; File agreed upon list set of jury instructions and verdict forms; file Joint Statement of Disputed Instructions, Verdicts, etc. | May 5, 2008 |
| Last day for hearing motions | April 21, 2008 |

Dated: 2/14/08

Hon. Gary A. Feess
United States District Judge

2  Order Granting Ex Parte Application for