# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

FILED
CLERK, U.S. DISTRICT COURT
FEB 2 5 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge _Feess_

From: _A. Martinez_, Deputy Clerk   Date Received: _2-21-08_

Case No.: _CV-06-03338-GAF(Ex)_   Case Title: _Jeffrey David Isaacs v. University of Southern California_

Document Entitled: _Plaintiff's Application for Reconsideration of Ex Parte Continuance_

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 11-3.1   Document not legible
- ☐ Local Rule 11-3.8   Lacking name, address, phone and facsimile numbers
- ☐ Local Rule 11-4.1   No copy provided for judge
- ☐ Local Rule 19-1   Complaint/Petition includes more than ten (10) Does or fictitiously named parties
- ☐ Local Rule 15-1   Proposed amended pleading not under separate cover
- ☐ Local Rule 11-6   Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8   Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 7.1-1   No Certification of Interested Parties and/or no copies
- ☐ Local Rule 6.1   Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 56-1   Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2   Statement of genuine issues of material fact lacking
- ☐ Local Rule 7-19.1   Notice to other parties of ex parte application lacking
- ☐ Local Rule 16-6   Pretrial conference order not signed by all counsel
- ☐ FRCvP Rule 5(d)   No proof of service attached to document(s)
- ☒ Other: _Pursuant to G.O. 08-02 - Case is designated for electronic filing._

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

---

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☒ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_2/26/08_
Date                                   U.S. District Judge / U.S. Magistrate Judge

☐ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

_____
Date                                   U.S. District Judge / U.S. Magistrate Judge

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.