LINKS: 59, 63

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 06-3338 GAF (Ex) | Date | March 10, 2008 |
|---|---|---|---|
| Title | Isaacs v. University of Southern California, et al. | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Karen Park | None | | N/A |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| None | | None | |

**Proceedings:**      **(In Chambers)**

### ORDER RE: APPLICATION FOR RECONSIDERATION

Defendant filed an ex parte application seeking to continue the trial date and pre-trial dates. (Docket No. 57.) Pro se Plaintiff opposed the application. (Docket No. 61.) The Court granted the application. However, due to clerical error, an order continuing the trial dates was first entered on February 14, 2008, and then again on February 19, 2008. (Docket Nos. 59, 60.) The February 19, 2008 order continuing the trial dates was accompanied by a minute order that explained the Court's action. (Docket No. 60.)

Plaintiff has since filed an application for reconsideration of the Court's order. (Docket No. 63.) Because of the filing of the initial order on February 14, 2008, Plaintiff was under the impression that the Court had not considered his opposition in ruling on the application. (App. Reconsideration at 2.) However, the Court had received, reviewed, and considered Plaintiffs' arguments in ruling on the application. (See February 19, 2008 Minute Order (Docket No. 60 ¶ 2.) Accordingly, to the extent the application for reconsideration is based on the belief that the Court did not have the benefit of Plaintiff's opposition, the application is **DENIED**. Furthermore, as to the substantive arguments presented in the application for reconsideration, Plaintiff does not present any grounds for reconsideration; Plaintiff simply repeats the arguments from his opposition. See L.R. 7-18 (reconsideration requires, among other things, a material difference in fact or law). Accordingly, the Court also **DENIES** the application for reconsideration on the merits. Furthermore, due to the duplicate docket entries, and in order to maintain the docket, the Court Clerk is **ORDERED TO STRIKE** the entry for Docket No. 59.

**LINKS: 59, 63**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-3338 GAF (Ex) | Date | March 10, 2008 |
|---|---|---|---|
| Title | Isaacs v. University of Southern California, et al. | | |

IT IS SO ORDERED.