1   DAL SOGLIO & MARTENS LLP
       Robin D. Dal Soglio (State Bar No. 155334)
2   27240 Turnberry Lane, Suite 200
3   Valencia, California 91355
    Telephone: (661) 362-0736
4   Facsimile: (661) 244-4942
5   E-mail: rdalsoglio@dm-lawfirm.com

6   Attorneys for Defendants University of
7   Southern California, Robert Baughman, Brian
    E. Henderson, Peter J. Katsufrakis and James
8   M.H. Ball

9

10                  UNITED STATES DISTRICT COURT
11                  CENTRAL DISTRICT OF CALIFORNIA

12

13  JEFFREY DAVID ISAACS,              CASE NO. CV-06-3338 GAF (Ex)

14              Plaintiff,             **REQUEST FOR JUDICIAL NOTICE
15                                     IN SUPPORT OF DEFENDANT'S
        v.                             MOTION FOR SUMMARY
16                                     JUDGMENT**

17  UNIVERSITY OF SOUTHERN             [Filed Concurrently Herewith:
18  CALIFORNIA; ROBERT WILLIAM         Defendant's Notice of Motion and Motion
    BAUGHMAN; BRIAN E.                 for Summary Judgment, Points and
19  HENDERSON; PETER J.                Authorities in Support thereof; Statement
    KATSUFRAKIS; and JAMES M.H.        of Uncontroverted Facts and Conclusions
20  BALL                              of Law; Declaration of Peter J.
21                                     Katsufrakis; Declaration of Amy
                Defendants.            Baughman; Proposed Judgment]
22

23                                     Date:        April 21, 2008
24                                     Time:        9:30 a.m.
                                       Courtroom:   740 – Roybal
25                                                  Hon. Gary A. Feess
26

27

28

                                                       Request for Judicial Notice

Defendant University of Southern California by and through its attorney, hereby requests the Court to take judicial notice pursuant to Federal Rules of Evidence 201 of the following facts:

1.      On April 20, 1999, two boys, ages 16 and 17, shot 35 students and one teacher, killing 13 people, before committing suicide at Columbine High School in Littleton, Colorado.  (See **Exhibit A**, The New York Times, April 21, 1999, *Terror in Littleton: The Overview; Students Said to Gun Down As Many As 23 and Kill Themselves in a Siege*).

2.      On March 5, 2001 at Santana High School in Santee, California, Charles Andrew Williams, 15 years old, opened fire from inside a school bathroom, shooting 15 and killing two.  (See **Exhibit B**, The New York Times, March 7, 2001, *Shooting was Planned and Calmly Carried Out, Police Say*).

3.      On January 16, 2002, Peter Odighizuwa, 43 years old, killed two faculty members and one student at a law school in Grundy, Virginia. (See **Exhibit C**, www.CNN.com, January 17, 2002, *Suspect in law school slayings arraigned*).

4.      On October 28, 2002, University of Arizona Nursing College student, Robert Flores, walked into an instructor's office and fatally shot her. A few minutes later, armed with five guns, he entered one of his nursing classrooms and killed two more of his instructors before killing himself.  (See **Exhibit D**, The New York Times, October 28, 2002, *Student Kills 3 Instructors and Himself at U. of Arizona*).

///
///
///
///

Request for Judicial Notice

5.  On May 9, 2003, Norman Wallace, fired two handguns with hundreds of rounds during a seven-hour shooting spree and standoff at Case Western Reserve University in Cleveland, Ohio.  One student was killed and two others were wounded.  (See **Exhibit E**, www.CNN.com, May 10, 2003, *Suspect identified in university shooting*).

6.  On March 21, 2005, Jeff Weise, a 16-year-old student, killed his grandparents and then went on a shooting rampage at his high school in Minnesota, leaving 10 people dead.  (See **Exhibit F**, The New York Times, March 25, 2005, *Survivors of High School Rampage Left with Injuries and Question*; The New York Times, Associated Press, January 14, 2006, *Sentencing in Minnesota School Shooting Case*).

7.  On November 8, 2005, in Jacksboro, Tennessee, a 15-year-old high school freshman, shot and killed an assistant principal.  Two other administrators were seriously wounded.  (See **Exhibit G**, USA Today, November 8, 2005, *One killed, two wounded in Tennessee school shooting*).

8.  On September 2, 2006, Douglas Pennington killed himself and his two sons during a visit to the campus of Shepherd University in Shepherdstown, West Virginia.  (See **Exhibit H**, Washington Post, September 3, 2006, *Man Kills 2 Sons, Himself at University in W. Va.*)

9.  On April 16, 2007, Cho Seung-Hui, 23 years old, fatally shot 32 people in a dorm and classroom at Virginia Polytechnic Institute ("Virginia Tech"), Blacksburg, Virginia, then killed himself in the deadliest mass shooting in U.S. history.  (See **Exhibit I**, TIME magazine, April 30, 2007, *Special Report, Virginia Tech*).

///
///

Request for Judicial Notice

10.     On August 29, 2007, a Virginia state panel criticized Virginia Tech for not taking appropriate action to prevent the April 16, 2007 shooting. (See **Exhibit J**, The New York Times, April 24, 2007, *Senators Discuss Preventing College Attacks*; The New York Times, August 30, 2007, *Virginia Tech Criticized for Actions in Shooting*).

11.     On September 21, 2007, two students were shot by another student at Delaware State University in Dover. One of the victims, Shalita Middleton, died on October 23 from her injuries. (See **Exhibit K**, The New York Times, September 30, 2007, *Violence Tests the Security on Campuses*).

12.     On February 8, 2008, Latina Williams, 23 years old, killed two fellow students in a classroom at Louisiana Technical College in Baton Rouge, then committed suicide. (See **Exhibit L**, www.boston.com, Associated Press, February 8, 2008, *Student kills 2, self a La. college*).

13.     On February 14, 2008, Steve Kazmierscak, 27 years old, fatally shot five people in a lecture hall at Northern Illinois University in DeKalb, Illinois before turning the gun on himself. (See **Exhibit M**, The New York Times, February 16, 2008, *Gunman Showed Few Hints of Trouble*).

14.     Since June 2000, there have been no less than fourteen (14) campus shootings at United States colleges or universities resulting in the deaths of students, teachers and/or administrators. (See **Exhibit N**, www.WTOPnews.com, Associated Press, February 15, 2008, *Recent Deadly Campus Shootings*).

///
///
///
///

Request for Judicial Notice

15.    Since March 1998, there have been at least eleven (11) school shootings at United States elementary, junior high or high schools resulting in the deaths of students, teachers and/or administrators. Since May 1999, there have been at least seven (7) student plans to kill or maim students, teachers and/or administrators on school campuses in the United States that have been foiled by parents or other students alerting police or school personnel. (See **Exhibit O,** www.time.com, AP/School Violence Resource Center, April 16, 2007, *Fatal Shootings at Colleges and Schools*.

Dated:    March 28, 2008             Respectfully submitted,

DAL SOGLIO & MARTENS LLP

By: _Robin D Dal Soglio_
       Robin D. Dal Soglio
Attorneys for Defendants University of Southern California, Robert Baughman, Brian E. Henderson, Peter Katsufrakis and James M.H. Ball

**EXHIBIT A**



| HOME PAGE | MY TIMES | TODAY'S PAPER | VIDEO | MOST POPULAR | TIMES TOPICS |

**The New York Times**
Thursday, March 27, 2008

# Education

PRINT

# TERROR IN LITTLETON: THE OVERVIEW; 2 STUDENTS IN COLORADO SCHOOL SAID TO GUN DOWN AS MANY AS 23 AND KILL THEMSELVES IN A SIEGE

SINGLE-PAGE

SAVE

By JAMES BROOKE
Published: April 21, 1999

In the deadliest school massacre in the nation's history, two young men stormed into a suburban high school here at lunch time today with guns and explosives, killing as many as 23 students and teachers and wounding at least 20 in a five-hour siege, the authorities said.

The two students who are believed to have been the gunmen, Eric Harris and Dylan Klebold, who were students at Columbine High School, were found dead of self-inflicted gunshot wounds in the library, said Steve Davis, the spokesman for the Jefferson County Sheriff's Department.

Beginning about 11:30 A.M., the gunmen, wearing ski masks, stalked through the school as they fired semiautomatic weapons at students and teachers and tossed explosives , with one student being hit nine times in the chest by shrapnel, the authorities said. Gunshots continued to ring out at the school for hours. One bomb exploded in the library, officials said, and one in a car outside. Two more cars were rigged with bombs.

About 3 P.M., hundreds of police officers evacuated the building and searched for the gunmen. Their bodies and those of several of their victims appeared to have been wired with explosives.

Sheriff John Stone said, "It appears to be a suicide mission."

Mr. Davis said that as many as 25 people were dead, "a mixture of students and faculty." He said that most of the bodies were found in the school's entrance, the library and the commons cafeteria. No precise death toll was available.

Kaleb Newberry, 16, said: "I was in class and one teacher came in and basically told us to run for our lives, I saw a girl maybe five paces behind me fall. She was shot in the leg, but a teacher helped her."

Students said the gunmen were part of a group of misfits who called themselves the trench coat mafia, which expressed disdain for racial minorities and athletes. Members of the group found their way out of anonymity at the school by banning together, dressing in dark gothic-style clothing including long black coats. They became easy to notice among the 1,870 students at the school, since every day, regardless of the weather, they wore their coats. [Page A17.]

Today the gunmen appeared to aim at minority members and athletes at the 1,800-student school, as well as peers who had poked fun at the group in the past.

School officials had had no reports of trouble from the suspects, Mr. Davis said.

Some victims were forced to wait inside the school for rescue. By early evening, bodies had not been removed because of the crime scene investigation and the possible presence of explosives, a spokesman for the Jefferson County Sheriff's Department said.

Mr. Davis said at a news conference tonight that two other students at the school, thought to be friends of the gunmen, were in custody for questioning in connection with the shooting.

"You can't really go in and do this kind of damage without a lot of preparation." Mr. Davis said, "without a lot of ammunition and apparently some type of bombs."

Fourteen-year-old Katie Corona, said she was trapped in a classroom with her teacher and about 30 classmates for hours.

"I thought I was going to die," she said. "I really didn't think I was going to make it. We would hear shots, then we heard crying. We had no clue what was going on."

"Everyone around me got shot and I begged him for 10 minutes not to shoot me," one

young woman, who was not identified, said tonight in an interview broadcast on the Cable News Network. "And he just put the gun in my face and started laughing and saying it was all because people were mean to him last year."

Another student, who said she heard more gunshots while hiding in the closet with a teacher and some friends, said she kept thinking to herself, "This can't be happening to our school."

"You should be safe at school," added a second young woman, who also was not identified. "This should be a safe place."

The families of those killed were being notified tonight at Leawood Elementary School, where students and parents had gathered.

**1**   | **2**   | **3**   [NEXT PAGE >]

**EXHIBIT**

| HOME PAGE | MY TIMES | TODAY'S PAPER | VIDEO | MOST POPULAR | TIMES TOPICS |

**The New York Times**
Thursday, March 27, 2008

# Education


What would you do with $100 MILLION? ENTER FOR A CHANCE TO WIN ▶ $100 drawin

SAVE

# Shooting Was Planned and Calmly Carried Out, Police Say

By JAMES STERNGOLD
Published: March 7, 2001

Investigators said today that the shootings Monday at Santana High School here were not a sudden emotional outburst, but a planned, calmly executed assault by a 15-year-old student carrying as many as 40 rounds of ammunition.

Lt. Jerry Lewis, who is heading the investigation for the San Diego Sheriff's Department, said the boy held in the shooting, Charles Andrew Williams, had reloaded an Arminius .22-caliber revolver at least four times and fired about 30 rounds, killing two students and wounding 13 other people. Lieutenant Lewis said the victims appeared to have been shot randomly.

When Mr. Williams surrendered to the police just minutes after opening fire in a bathroom at the school, Lieutenant Lewis said, the gun had been reloaded with eight more rounds and the hammer of the gun was cocked. This, the police said, indicated that the teenager was prepared to continue the shooting.

The officials also said Mr. Williams has showed no obvious signs of being distraught, disturbed or under great emotional stress.

"He was as articulate as you'd expect any 15-year-old to be," Paul Pfingst, the San Diego County district attorney, said of Mr. Williams' demeanor while in custody. "He was not a loner sitting in a corner with a Doom sweatshirt making ground glass to put in a bomb. That's my frustration. We cannot tie all this up neatly for you."

B-8

The officer who arrested Mr. Williams said that amid the chaos on Monday morning Mr. Williams was the sole source of calm. "Everyone was yelling and screaming except him," said Officer Jack Smith of the Sheriff's Department. "One kid was shouting, 'He shot me! He shot me!' But the kid was completely calm."

Officer J. T. Faulkner, who guarded Mr. Williams after his arrest on Monday, said he seemed, if anything, somewhat vacant. "If we made jokes, he laughed," Officer Faulkner said. "We brought him food, and he ate."

Mr. Williams will be charged on Wednesday with multiple counts of murder and weapons charges. He will be charged as an adult, but because he is a juvenile he will not face the death penalty under California law. Mr. Pfingst said Mr. Williams would face charges that might keep him in jail for the rest of his life if he is convicted or pleads guilty. Law enforcement officials said Mr. Williams still had not formally retained a lawyer as of this afternoon.

Mr. Pfingst said in an interview that the more law enforcement officials learned from their investigation and their conversations with Mr. Williams, who has been cooperative, the more unexceptional the slight, neatly groomed ninth grader seemed. Lieutenant Lewis added that Mr. Williams had apparently taken the handgun from a locked cabinet in the apartment he shared with his father, Charles Jeffrey Williams, who works as a lab technician at a Navy hospital near here.

More than a dozen of Mr. Williams's friends and fellow students said that he issued threats about shooting people at the school in recent days, but when confronted had told them he was just joking.

Along with the two students who were killed, 11 students, a security guard and a student teacher were injured. The two who died were shot at apparently close range, one in the back of the head and the other in the back, Lieutenant Lewis said. The officials said Mr. Williams did not appear to be under the influence of drugs or alcohol at the time he was arrested, although the results of blood tests will not be known for several weeks.

Lieutenant Lewis said that Mr. Williams apparently took the gun out of a backpack in a bathroom at the school and that he first shot several people there. He then fired wildly into adjacent hallways.

"The suspect was firing randomly at anyone who was going by," Lt. Lewis said. He said the police found numerous backpacks strewn about after the school had been emptied for the investigation. A number of those backpacks, he added, had bullet holes in them, suggesting that some of the students might have been saved by the packs absorbing the force of the rounds.

1  | 2  NEXT PAGE >

**EXHIBIT C**

# CNN.com./U.S.

SEARCH
MAIN PAGE
WORLD
U.S.
WEATHER
BUSINESS
SPORTS
POLITICS
LAW
SCI-TECH
SPACE
HEALTH
ENTERTAINMENT
TRAVEL
EDUCATION
IN-DEPTH

VIDEO
LOCAL
CNN NEWSWATCH
E-MAIL SERVICES
CNNtoGO
ABOUT US/HELP

CNN TV
what's on
show transcripts
CNN Headline News
CNN International
askCNN

EDITIONS
CNN.com Asia
CNN.com Europe
CNNenEspanol.com
CNNArabic.com
set your edition
Languages
Time, Inc.



MAKE CNN.com
YOUR HOME PAGE
CLICK HERE

## Suspect in law school slayings arraigned

January 17, 2002 Posted: 12:28 PM EST (1728 GMT)

SAVE THIS    EMAIL THIS
PRINT THIS    MOST POPULAR

**GRUNDY, Virginia** (CNN) -- A man who police say killed three people and wounded three others at a law school was arraigned Thursday on capital murder charges.

Peter Odighizuwa, 43, did not enter a plea. A judge ordered a attorney appointed for him and set a court date for March 21.

Authorities said that Odighizuwa, who had flunked out of law school, opened fire with a .380 semiautomatic handgun just after 1 p.m. ET Wednesday.

One of those killed was the dean of Appalachian School of Law, L. Anthony Sutin, 42 -- a former acting assistant U.S. attorney general.

Killed along with Sutin were another faculty member, professor Thomas Blackwell, 41, and a student, Angela Denise Dales, 33, according to state police.

Students apparently tackled the gunman, said Ellen Qualls, press secretary for Virginia Gov. Mark Warner.

Police said the Odighizuwa, from Nigeria, was charged with three counts of capital murder and three counts of use of a firearm in the commission of a felony.

He was being held in the Buchanan County jail, police said.

Authorities said that after Odighizuwa discussed his academic suspension with professor Dale Rubin he told the teacher to pray for him.

Then, police said, Odighizuwa went directly to the offices of Sutin and Blackwell and opened fire with a .38-caliber semi-automatic handgun.

Powder burns on the dean and the professor indicated they were shot at point blank range by the suspected gunman, said Dr. Jack Briggs, a coroner for Buchanan County.

▶ **VIDEO**

The dean of the Appalachian School of Law is among those killed by a lone gunman. WJHL reporters Amanda Coker and Patrick Sammon report (January 17)

Play video
(QuickTime, Real or Windows Media)

Dr. Jack Briggs, a physician and county coroner, describes what he saw when he arrived on the shooting scene (January 16)

Play video
(QuickTime, Real or Windows Media)

🔊 **AUDIO**

Q-11

"The dean of the law school had been executed in his office and a professor had been executed in his office," said Briggs. "The man then came down the stairs -- before we got there -- and shot four students."

Police said as Odighizuwa exited the building three other students grabbed and subdued him.

School administrators issued a statement saying they were shocked and saddened by the shooting. Classes were canceled for the rest of the week. A memorial service was set for noon Thursday.

This was Odighizuwa's second attempt at law school. The suspect had flunked out last year, said Briggs, a physician who treated Odighizuwa for stress about six months ago.

"I had no idea that it would affect him this way, however. He was a time bomb waiting to go off," Briggs said.

The three wounded students were taken to Buchanan General Hospital and later transferred to other hospitals for treatment.

All three wounded students are women, said Tim Baylor, spokesman for Wellmont Health System. Two of them were in surgery and the third was in fair condition, he said.

Dr. Jack Briggs describes the shooting scene
493k / 23 sec
WAV sound

▶ MORE STORIES
Two students shot, wounded at NYC high school

▶ RESOURCES
Timeline: Recent school shootings

Risk factors for school violence



Appalachian Law School Dean L. Anthony Sutin was among those killed.

Police said one student was shot in the abdomen and arm. A second student was shot in the throat and the third student suffered a gunshot wound to the chest.

The law school, with about 170 students enrolled, began offering classes in 1997 at a renovated junior high school about 45 miles north of Bristol.

The mission statement on its Web site says the general curriculum emphasizes dispute resolution, ethics and professional responsibility.

It has been granted provisional accreditation by the American Bar Association, according to the Web site.

Sutin had a prestigious law career, serving as acting general counsel for the Democratic Party and a lawyer for the 1992 presidential campaign of Bill Clinton.

C-12

He also held various positions in the U.S. Department of Justice, where he was appointed acting assistant attorney general for legislative affairs by then-U.S. Attorney General Janet Reno.

Attorney General John Ashcroft said his "thoughts and prayers go out to Mr. Sutin's wife, Margaret, their two children and all of their family and friends.

"The entire Department of Justice is mourning the loss of a dedicated public servant who served the Department of Justice with distinction, integrity and honor."

Ashcroft said Sutin left the Justice Department to help establish the law school.

SAVE THIS    PRINT THIS    E-MAIL THIS    MOST POPULAR

Click here to get 4 free trial issues of TIME Magazine.

**RELATED SITE:**
• Appalachian School of Law

**Note: Pages will open in a new browser window**
*External sites are not endorsed by CNN Interactive.*

**U.S. TOP STORIES:**
• Report: SUVs pose danger
• Title IX minority pushes enforcement
• Robert Blake goes to court
• Judge orders man's mouth taped shut
• Chicago Mayor Daley wins fifth term

(More)

Search    CNN.com

Back to the top    © 2003 Cable News Network LP, LLLP.
A Time Warner Company. All Rights Reserved.
Terms under which this service is provided to you.
Read our privacy guidelines. Contact us.

C-13

**EXHIBIT D**

**The New York Times**
Thursday, March 27, 2008

# Health



SHARE

# Student Kills 3 Instructors and Himself at U. of Arizona

By JOHN M. BRODER
Published: October 29, 2002

An aggrieved student killed three instructors at the University of Arizona nursing school this morning and then fatally shot himself, the Tucson police said. The medical complex at the university was locked down as Tucson police and bomb squad officers searched for explosives.

The police identified the gunman as Robert S. Flores Jr., 41, a student at the nursing school. College officials said he was failing his course work, and fellow students described him as belligerent and potentially dangerous. A school staff member raised an alarm about him more than a year ago, saying he was depressed and capable of violence, but there had been no follow-up action taken, the chief of the university's police force said.

Richard Miranda, chief of the Tucson police, said Mr. Flores apparently entered the nursing school building shortly before 8:30 this morning and methodically sought out his victims, all of them female nursing instructors.

The first victim was Robin E. Rogers, 50, who was shot multiple times with a handgun as she worked in her office on the second floor of the nursing school, Mr. Miranda said.

Mr. Flores then walked into a fourth-floor classroom and shot Barbara Monroe as she stood in front of about 20 students in a class on critical care. Students in an adjacent classroom reported hearing gunfire and screams, and several called campus and Tucson police.

But before they responded, the police said, Mr. Flores walked to the back of the classroom

D-14

and shot his final victim, Cheryl McGaffic, 44. He then turned to two students he apparently knew and ordered them to leave the classroom, witnesses told the police. Moments later, he released the remaining students, who ran in terror to other classrooms or out into the parking lot next to the medical complex. The police quickly rounded up the witnesses and sequestered them in a building housing the university's office of alumni affairs.

Mr. Flores then apparently shot himself, Chief Miranda said, falling on a backpack that the police feared might contain explosives. By late afternoon the police still had not moved Mr. Flores's body as they tried to determine if the backpack posed a danger.

Ms. McGaffic's husband, Walter, said she had recently complained to him about a student, presumably Mr. Flores, who was hostile and disruptive. "Cheryl told me several times she felt threatened by him," Mr. McGaffic said in a telephone interview. He encouraged her to report him to school authorities, but she told him, "That won't do any good."

Mr. McGaffic said his wife said the student had a military background and was "very, very intimidating."

He described his wife as a person of deep faith and made a point of instructing her students in the spiritual aspects of health care.

Ms. Rogers's husband, Phillip, reached by telephone this afternoon, said his wife was a retired Air Force nurse "who enjoyed teaching." He had no further comment.

This afternoon, the Tucson police searched a midtown apartment rented by Mr. Flores. A bomb-sniffing dog went through the apartment but did not respond to any traces of explosives, a police officer at the scene said.

Mr. Flores worked part time at the Southern Arizona Veterans Administration Health Care System, said Spencer D. Ralston, the hospital's chief operating officer.

He said Mr. Flores was a licensed practical nurse who had worked about 360 days at the hospital over the last three years. Two weeks ago, Mr. Flores began a clinical rotation at the hospital as part of his training at the University of Arizona, where he was studying for a more advanced nursing degree.

D-15

Lori Schenkel, a nursing student at the university, said she had known Mr. Flores for more than a year and had attended classes with him. She said he failed a class last year and was in danger of flunking out of the school. She described him as troubled and unpleasant.

"He was an obnoxious jerk," she said. "He was belligerent, angry and rude. He would tell the teachers off if he didn't get the grade he wanted. He would blow up and call them names in class."

1  | 2    NEXT PAGE >

D-16

**EXHIBIT**

# CNN.com./U.S.

SEARCH    ● The Web    ○ CNN.com                                

| |
|---|
| Home Page |
| World |
| U.S. |
| Weather |
| Business |
| Sports |
| Politics |
| Law |
| Technology |
| Science & Space |
| Health |
| Entertainment |
| Travel |
| Education |
| Special Reports |
| SERVICES |
| Video |
| E-mail Newsletters |
| CNNtoGO |
| SEARCH |

Web ● CNN.com ○

## Suspect identified in university shootings

Saturday, May 10, 2003 Posted: 10:41 PM EDT (0241 GMT)

**CLEVELAND, Ohio (CNN) -- Cleveland, Ohio, police said Saturday that the suspected gunman in a seven-hour shooting rampage at Case Western Reserve University late Friday was a former student who recently lost a lawsuit against a university employee.**

One man was killed and 10 people were wounded in the attack on the Cleveland campus.

Biswanath Halder, 62, of Cleveland was being treaded Saturday at a local hospital for a gunshot wound to the shoulder and a bruised abdomen, said Sgt. Donna Bell, a Cleveland police spokeswoman.

Halder had filed a lawsuit against a university employee and lost his last appeal about two weeks ago, Bell said.



The suspect is wheeled on a stretcher late Friday into Huron Hospital in Cleveland, Ohio.

**Story Tools**

SAVE THIS    E-MAIL THIS

PRINT THIS    MOST POPULAR

**RELATED**

• Peter B. Lewis Building

More than 70 people were trapped inside the Peter B. Lewis Building for nearly seven hours as Halder allegedly played a "cat and mouse" game with police, darting in and out of rooms and firing two 9 mm semiautomatic pistols, authorities said. A SWAT team finally took the suspect into custody about 11 p.m.

The Cuyahoga County Corner's Office identified the lone fatality as Norman Wallace, 30, from Youngstown, who was pursuing a master's degree at Case Western.

Students, faculty and staff were offered counseling Saturday afternoon in the wake of what University President Edward Hundert called a "terrible tragedy."

"Our thoughts and deepest sympathies go out to the victims, their families and friends," Hundert said in an open letter to the university community. "While we may never know exactly what

precipitated [Friday's] events, we will learn much more in the days and weeks ahead."

The Lewis Building, which houses the Weatherhead School of Management, will be closed indefinitely, the university announced Saturday.

Completed last year, the $62 million building is unusual architecturally, with curved brick walls folding into a radical stainless-steel roof. Renowned architect Frank Gehry designed it.



Police surrounded the Peter B. Lewis Building at Case Western Reserve University.

advertisement

**Story Tools**

SAVE THIS    EMAIL THIS

PRINT THIS    MOST POPULAR

Subscribe to Time for $1.99



**U.S.**    U.S. NEWS ▶

Father guilty of killing 9 of his children

• Helicopter crashes near U.N.
• Arrest in Aruba missing girl case
• FDA panel OKs drug aimed at blacks

**TOP STORIES**    CNN.com HOME PAGE ▶

**CNN/Money:** Security alert issued for 40 million credit cards

• Bin Laden deputy sends message
• U.S. House votes to keep U.N. dues
• Iran poll to go to run-off

International Edition    Languages 🌐    CNN TV    CNN International    Headline News    Transcripts    Adve

SEARCH    The Web ⦿    CNN.com ○

© 2005 Cable News Network LP, LLLP.
A Time Warner Company. All Rights Reserved.
Terms under which this service is provided to you.
Read our privacy guidelines. Contact us.

All external sites CNN.com does no

✳ Denotes premium

XML Add RSS headlin

**EXHIBIT**

The New York Times > National > Survivors of High School Rampage Left With Injuries...

Case 2:06-cv-03338-GAF-E    Document 67    Filed 03/31/08    Page 26 of 72    Page ID #:297

 

**The New York Times**

# National

Get t

NYTimes: Home - Site Index - Archive - Help

Welcome, robinmfir

Go to a Section    Go

Site Search



NYTimes.com > National

# Survivors of High School Rampage Left With Injuries and Questions



Scott Olson/Getty Images

Lance Crowe, left, and Cody Thunder were wounded when a classmate opened fire at Red Lake High School.

**By KIRK JOHNSON**
Published: March 25, 2005

**B**EMIDJI, Minn., March 24 - Many students at Red Lake High School ignored Jeff Weise, with his weird hairstyles and his talk about guns. Cody Thunder, who is 15, was one of the few who reached out and tried to make a connection. Just ordinary conversation, he said, nothing too deep.

But on Monday afternoon, as Cody sat in biology class - the usual spot at the front row, he said, near the door for a quick exit when the bell rang - there was Jeff outside in the hallway, visible through a glass partition, armed with a

**ARTICLE TOOLS**

✉ E-Mail This
🖨 Printer-Friendly Format
🖳 Most E-Mailed Articles
↻ Reprints & Permissions
▣ Single-Page Format

1. Maureen Dowd: Hillary or

pistol.

"He was aiming at me," Cody said. An instant later, a bullet crashed through the glass into Cody's hip.

The violence that ripped through Red Lake High, on the reservation of the Red Lake Band of Chippewa Indians, will probably always be on some level inexplicable.

Eight people died at the school, including Mr. Weise, 16, who killed himself. He also killed his grandfather and his grandfather's companion a few minutes earlier.

Nobody?

2. How to Survive in New York on 99 Cents

3. Practical Traveler | Trans-Atlantic Flights: Getting to Europe Is About to Get Easier

4. David Brooks: The Long Defeat

5. Personal Best: Yes, Running Can Make You High

Go to Complete List

Cody, who spoke to reporters on Thursday from the hospital where he is being treated, said Mr. Weise liked to talk about "shooting people and stuff." But Cody said he never worried that anything would come of it.

Other students have spoken of Mr. Weise's fascination with violence, and even Mr. Weise himself said on a neo-Nazi Web site last year that he had been suspected of threatening to shoot people at school last April 20, Hitler's birthday. He wrote that he had been cleared.

In a report posted last April on the Red Lake School District's Web site, the school superintendent noted that on April 19, the middle and high school received threats of a drive-by shooting the next day. The schools canceled after-school activities and notified the police, the superintendent wrote. School officials have declined to say whether Mr. Weise was suspected of making the threat.

Mr. Weise had been receiving mental health counseling and drugs for depression in recent months, said his grandmother, Shelda Lussier, with whom he lived for the past seven years. "Was it enough?" she said. "Apparently not."

For the survivors like Cody, there is an added question: Why them? Cody said it seemed clear that the gun was not pointed randomly, but specifically at him, a person who had offered friendship.

"That school is always going to be a fear for me now," he said.

The first wakes were held on the reservation on Thursday, with most funerals still to come. Counselors and therapists continued working to help people regroup. A woman who survived the shootings at Columbine High School in Colorado in 1999 came to Bemidji, about 30 miles from the reservation, to offer a message of hope to the three wounded students here and to two others still hospitalized in Fargo, N.D.

Many spoke about the pieces of a shattered day that stuck in their minds, like Cody's deeply imprinted vision of the gun in the hallway.

Lance Crowe, who is also 15 - and Cody Thunder's cousin - was wounded in the arm and

the chest. His uncle, Dan Crowe, told reporters on Thursday how Lance had "played dead," lying among those killed as the havoc ensued. Mr. Crowe said Lance watched, "with one eye open," as Mr. Weise came back into the classroom and killed himself just a few feet away as the police closed in.

Mr. Crowe said that Lance, who had planned to speak for himself but was overwhelmed by the banks of television cameras in the hospital meeting room, is talking to his family, sleeping well and looking forward to playing basketball again for the Red Lake High junior varsity team.

Other family members of the dead and wounded have retreated or declined to speak. Some, like the family of Dwayne Lewis, a 15-year-old student who died, could not be reached. Another relative said that Dwayne's home did not have a telephone. A person who answered at the home of Chase Lussier, 15, who also died, said the family would have nothing to say.

Some tales are just emerging.

The family of Jeffrey May, 15, who was in serious condition at the hospital in Fargo, told The Forum newspaper of Fargo and Moorhead, Minn., that Jeffrey had fought back and tried to stab Mr. Weise with a pencil.

**Continued**

1 | 2 | Next>>

**RELATED ARTICLES**

- Ouch! Dodgeball Gets Another Shot  (June 20, 2004) $
- DARE Program: Sacred Cow or Fatted Calf?  (February 1, 2004) $
- COPING: The View From the Blackboard  (January 11, 2004) $
- City's New System Delays Suspensions Of Violent Students  (December 12, 2003) $
  Find more results for Violence and Education and Schools

**TOP U.S. ARTICLES**

- Rozel Point Journal: Plans to Mix Oil Drilling and Art Clash in Utah
- Puerto Rican Governor Faces 19 Counts
- Florida Legislature Apologizes for State's History of Slavery
- Parachute May Have Link to 1971 Hijacking Case
  Go to U.S.

Copyright 2005 The New York Times Company | Home | Privacy Policy | Search | Corrections | RSS | Help | Back to Top

F-21

The New York Times

# National

The Simply Everything™ Plan: $99.99
Per month (other monthly...

NYTimes.com    Go to a Section

SEARCH

NYT Since 1981    **Search**

# Sentencing in Minnesota School Shooting Case

**By THE ASSOCIATED PRESS**
Published: January 14, 2006

E-Mail This
Printer-Friendly
Reprints
Save Article

ARTICLE TOOLS
SPONSORED BY

IN SELECT THEATRES 4/9

MINNEAPOLIS, Jan. 13 - A tribal leader's teenage son, once accused of conspiring with a friend who killed nine people on the Red Lake Indian Reservation last March, was sentenced Friday on a lesser charge of sending threatening messages.

The defendant, Louis Jourdain, 17, was charged as a juvenile. Despite efforts by the news media and relatives of the Red Lake victims to open the Friday sentencing to the public, it remained closed.

Louis Jourdain's father, Floyd Jourdain Jr., would not disclose the sentence, and lawyers left the courthouse without commenting. A judge barred victims of the shooting and their families from the hearing, ruling that they were not victims of the crime for which Louis Jourdain was being sentenced.

"The judge's ruling will reflect what I've said all along," Mr. Jourdain said. "My son is a good kid."

A law firm representing several victims' families issued a statement saying it was asking too much of them to "blindly accept the outcome of a prosecution which was conducted entirely in secret."

Louis Jourdain pleaded guilty last fall to making threatening interstate communications, which can carry up to five years in prison. In exchange, prosecutors dropped the charge of conspiracy to commit murder.

F-22

The March 21 shootings began at the home of the grandfather of a friend of Louis Jourdain, Jeff Weise. The Weiss youth killed his grandfather and the grandfather's companion, then killed five students, a teacher and a security guard at Red Lake High School before killing himself.

Floyd Jourdain has said that at the time of the shootings, his son had distanced himself from Jeff Weise and that the two were not speaking.

A court docket released in November, some of it blacked out, said Louis Jourdain used a computer to conduct interstate communications that "could be taken by an objective observer as threatening" sometime between Jan. 1, 2003, and March 2005.

Mr. Jourdain has said his son admitted to "wrongheaded and inappropriate use of the Internet, but he does not accept responsibility for the 10 lives lost at Red Lake on March 21 because he is not responsible."

**More Articles in National >**

Ads by Google                                                   what's this?

**1 Trick to Lose Belly Fat**
Can You Spot These Mistakes That Keep You From a Flat Stomach?
TruthAboutAbs.com

**Princess Diana Collection**
"Snippet from the dress" Wedding Dress Elizabeth Emanuel.£25-30k
www.princessdianaweddingdress.com

**10 Diet Rules That Work**
Lose 9 Lbs Every 11 Days by Dieting Smarter with this Idiot-Proof Diet.
www.FatLoss4Idiots.com

**RELATED ARTICLES**

World Briefing | Americas: Guatemala: Mayas Seize Dam (September 9, 2004)

Supreme Court Roundup; Justices Extend Decision On Gay Rights and Equality (June 28, 2003)

Amazon Populist's Killing Exposes Bitter Conflicts (October 12, 2001)

Smokes Fan the Flames (July 8, 2001)

**RELATED SEARCHES**

Threats and Threatening Messages | Indians, American

**INSIDE NYTIMES.COM**

F-23

**EXHIBIT G**


Stay close to the ones you love with free, easy video calling.    Try it now    → replay



Classifieds:  |  | Marketplace | 

Home
News
Travel
Money
Sports
Life
Tech
Weather
Search

powered by YAHOO! GO

**Wash/Politics**
Washington home
Washington briefs
Government guide
**Health&Behavior**
H&B home
Medical resources
Health information
**Opinion**
Opinion home
Columnists
Cartoons
**More News**
Top news briefs
Nation briefs
World briefs
States
Lotteries
By the numbers
Special reports
Day in pictures
Snapshots
Offbeat
Video
Talk Today
**Marketplace**
Real estate
Arcade
Newspaper
Classifieds

# Nation

• E-MAIL THIS  • PRINT THIS  • SAVE THIS  • MOST POPULAR  • SUBSCRIBE

Posted 11/8/2005 4:50 PM  Updated 11/9/2005 9:29 AM

# One killed, two wounded in Tennessee school shooting

By Larry Copeland, USA TODAY

JACKSBORO, Tenn. — A 15-year-old boy, who was sent to the school office after rumors circulated that he was carrying a gun, opened fire Tuesday, killing an assistant principal and seriously wounding two other administrators, sheriff's officials said. (**Video:** Shooting at Tenn. high school)



A Campbell County High School shooting victim arrives at University of Tennessee Medical Center in Knoxville.

*The Knoxville News Sentinel*

Campbell County Sheriff Ron McClellan said there was a struggle over the weapon inside the Campbell County Comprehensive High School office. The gun was wrested from the teenager, but not before he "pulled a revolver on these individuals and shot them," McClellan said.

Principal Gary Seale, one of the administrators who had been shot, managed to get to the school intercom and order a lockdown. Teachers sealed the doors to their classrooms with their students inside.

"I didn't hear any shots. I heard a woman scream twice," said ninth-grader Charlie Fritts, 15, who was in math class during the shooting. "My teacher started crying

## Related Advertising Lir

**Countrywide® Home Loa**
No Closing Cost Refi. No F
Report...
www.Countrywide.com

**Score Watch® From Equ**
Your credit score is conne
www.equifax.com

**E-Mail Newsletters**

Sign up to receive our free
**newsletter** and get the top
inbox.

**E-mail:**
Select one: ◉

**Breaking News E-Mail Al**
• Get breaking news in yo

Advertis


when she told us what happened."

Ken Bruce, an assistant principal at the 1,400-student school, was killed. Seale, 55, was shot in the lower abdomen, and assistant principal Jim Pierce, 56, was shot in the chest.

The student, who was wounded in the right hand, was placed in a juvenile detention facility, said Larry Skeen, spokesman for the Sheriff's Department. Charges are "imminent," Skeen said.

"This is something that has just torn the very fabric of the community," he said. "Everyone is desperately trying to find some reason for this."

Charles Scott, chief deputy with the department, said the student was sent to the office on reports that he had brought a gun to school. McClellan, however, said officials were not sure why the boy was there.

No students were injured in the shootings, which occurred at about 2 p.m. CT, said Gail Parks, with Campbell County's school system.

"I was scared," said Nathan Lawson, 15. "The teachers were doing their best to keep everybody calm. I think everybody was in shock."

By late in the afternoon the students were released, Parks said.

The shootings took place in Jacksboro, about 30 miles northwest of Knoxville. About 40,000 people live in Campbell County.

Students and colleagues described Bruce as a generous man and caring educator.

"If you didn't have any lunch money, he would help you out," 10th-grader Lawson said.

Clifford Kohlmeyer, a former assistant principal at the school, said all three victims have children.

"Mr. Bruce, the one who got killed, had been a lieutenant colonel in the Army and came back to teach about eight years ago," he said. "We shared an office for two years. He was very dedicated to the students."

*Contributing: Emily Bazar and Tom Vanden Brook in McLean, Va.; wire re*




*Walgreens*

on sale this week

weekly ad for Santa

(change location)

◄ ROLL OVER TO SHOP WEEKLY AD






*Walgreens*

Copyright 2005 The Associated Press. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.
Sponsored Links

**EXHIBIT H**

**washingtonpost.com**



Advertisement



# Man Kills 2 Sons, Himself At University in W.Va.

By Michael Laris and Robert Samuels
Washington Post Staff Writers
Sunday, September 3, 2006; C03

Two students at Shepherd University in the eastern panhandle of West Virginia were shot to death on campus yesterday by their father, who then shot and killed himself, state police said.

Police said the two students killed on the campus in Shepherdstown were Logan P. Pennington, 26, and Benjamin M. Pennington, 24. The father was identified as Douglas W. Pennington, 49.

The police said in a brief statement that Douglas Pennington went to the campus yesterday from the Grant County, W.Va., area to visit his sons.

The motive for the shooting was "probably a family issue of some type," state police Sgt. C.C. Morton said. He gave no details.

The shootings occurred about 2 p.m. between two campus buildings. Police said the father used a .38-caliber revolver to shoot his sons and himself.

People living near campus said students reported seeing three bodies lying on the ground, with would-be rescuers trying to administer CPR.

All three victims were taken to medical facilities and pronounced dead, state police said.

A campus spokeswoman said the two brothers were seniors at the university. State police said the two were roommates.

Morton said the shooting remained under investigation last night. Although he suggested a family issue might have been involved, he said police were "fairly certain that there was no dispute between [Douglas Pennington] and his sons."

Campus officials reached last night could provide no details about the young men. Friends and relatives of the three slain men could not be located immediately.

State police said the mother of the two students had been informed of their deaths and was distraught.

Campus officials said about 40 percent of students at the state-supported institution come from outside West Virginia. More than a quarter of the students are from Virginia and Maryland.

"We are stunned to hear about this terrible tragedy," university President David L. Dunlop said in a statement. "We want to emphasize that there is no continuing threat to any other students. Our thoughts and prayers are with the families of the victims."

Classes for the new school year have begun, but many students and faculty were away yesterday for the Labor Day weekend.

Several dozen students took part yesterday evening in a session with counselors at the Butcher Center, an athletic building near where the shooting occurred.

"We're very saddened by it, and we've mobilized our counselors to talk to students," said university spokeswoman Valerie Owens. "It's been an awful situation."

*Staff writers Steve Vogel and Martin Weil contributed to this report.*

© 2006 The Washington Post Company

Ads by Google

**Coffee Exposed**
A shocking secret coffee co's don't want you to know
www.coffeefool.com

**Want To Be Filthy Rich?**
You Can Create Extreme Wealth With This Home Business.
Millionaire-S-Lifestyle.Com

**Earn 2% to 3% per month**
by putting your money to work in Micro Finance ...
capital.glsmedianetwork.net

11-27

**EXHIBIT**

SPECIAL REPORT VIRGINIA TECH

# TIME



**Trying
To Make
Sense of a
Massacre**



Darkness Falls

# One troubled student rains down death on a quiet campus

BY NANCY GIBBS

I-29



THE WINDS WERE APRIL CRUEL IN Blacksburg on Monday: too strong for helicopters to evacuate the most badly wounded that morning, too strong for candles that night. The vigils would have to wait; the students grieved in the privacy of their dorms. The stately, sprawling campus of Virginia Tech was littered with broken branches; yellow police tape ribboned through a tree as if the gusts had tied it there, mourning those who would not be coming back. The locals said the winds rose to carry the angels down so they could take the children home.

Hindsight blows just as strong through events like this. It's the nature of tragedy that it comes packaged in irony, sharp little stabs of coincidence that make it hurt even more: there was the Holocaust survivor who died trying to save his students from a mass murder committed on Holocaust Remembrance Day. There was the international-studies student who had seen the carnage at the Pentagon on 9/11 and wanted to be a peacemaker; he died in French class. There was the killer who signed into English class with a question mark, known by the few who knew him at all as one who hardly ever said a word to anyone—until the day he chose to start screaming and ended by shooting himself in the face, a final act of deletion.

What is the cost of our curiosity and culture? One man was the villain; many of

his victims were heroes, yet his is the face that is seen, the story that gets told and all too often the act that gets copied by the next broken loner with a grudge. The day after the shooting, bomb scares and other threats closed schools in seven states. As the news cycle surrendered to round-the-clock coverage, finding meaning in the mayhem was a performance art: Dr. Phil was warning about the dangers of a violent popular culture before anyone knew which culture had produced this particular killer. Bill O'Reilly whacked "America haters" and knee-jerk gun controllers before declaring his support for more "sensible" gun-control laws than those of the Commonwealth of Virginia, which allowed a suicidal kid with a history of mental illness to get multiple weapons without any trouble.

But the urgent search for meaning ran into the real, raw sense of senselessness. "They were simply in the wrong place at the wrong time," President George W. Bush said plainly of the students who perished, and parents listening jammed their fists into their eyes and shuddered. There is no sweetness in sorrow, no matter how your child dies—on a battlefield, on a mission or on a Monday morning in German class. But there was something especially awful about meeting these students in the quick cable-news compression of remembrance and mourning. She was a belly dancer, he was a track star; there was also an Air Force cadet, a camp counselor, a songwriter—in every case a portrait of promise and purpose. They had not wandered into one of the nation's top universities by accident; they had engineered and calculated and coaxed their way into this school, and they were going places, until one day they weren't anymore, stopped by the accumulated debris and derangement of another life, another intent long in the making.

👁 MORE PHOTOS AT TIME.COM

**To see the complete set of images from Virginia Tech by TIME photographers,**
GO TO TIME.COM/VATECHPHOTOS

CHO SEUNG-HUI WAS THE MYSTERY HIDING IN plain sight, a man who wore a hat and sunglasses inside, a student with no Facebook page. Talking to him, said English department head Lucinda Roy, "was like talking to a hole. He wasn't there most of the time." Even students who had lived with him knew virtually nothing about him; the simplest conversations—Where are you from? What's your major?—got a monosyllabic response. A "hello" was a big deal. They never heard him talk about weapons or killing or violence—because he never talked at all. "We just thought he was shy," his suitemate Karan Grewal told TIME. It was not until NBC aired his last words and images the night of April 18 that they and everyone else had a chance to see all the



*Strength in numbers At a vigil Monday night, members of the Corps of Cadets huddle with other students at the War Memorial Chapel*

ego, the anger, the desire to get even with the "rich brats" with their trust funds and gold necklaces and Mercedes. "You have never felt a single ounce of pain in your whole lives."

He had come to the U.S. from South Korea with his parents in 1992 when he was 8, first to Detroit and eventually to Centreville, Va., a suburb of Washington, where they owned a dry-cleaning business. The family looked American Dream–y: they lived in a tidy cream row house with a vegetable plot in back where they grew lettuce and tomatoes. The parents were quiet, their English limited, but they worked hard and saw their daughter Sun-Kung head off to Princeton as an economics major, their son to Virginia Tech to major in English.

*Teach me how to speak*
*Teach me how to share*
*Teach me where to go*
*Tell me will love be there*

Cho once wrote the lyrics of his favorite Collective Soul song, *Shine,* on the walls of his dorm room. But usually there were no decorations, no posters, no friends, no hobbies beyond the occasional late-night bike ride and hours spent downloading music.

To some, his remoteness was an irresistible challenge. Shane Moore, a 21-year-old from Woodbridge, Va., once had lunch with him basically on a dare from his roommate, who had known Cho in high school. The goal was to see if they could make him laugh. "I didn't know him," says Moore. "We'd try to talk to him, but he'd barely respond ... so one day my roommate challenged himself to get him to talk to us. We told him a joke." That day, they actually extracted a chuckle. But to other students, to know him was to fear him.

He popped up on the campus police radar screen on Nov. 27, 2005, when a female student reported that Cho had made annoying contact with her through the phone and in person. While she declined to press charges, another student soon complained of his instant messages. After police investi-

I-31





## Federal agents didn't see a wild rampage, a maniac who suddenly snapped. They saw calculation and ... extraordinary effectiveness

would be too late before anyone came across a posting on a school online forum, which police now believe was left by Cho: "I'm going to kill people at Vtech today."

Freshman Michael Cunningham lives in Room 4052 of West Ambler Johnston, an immense dorm with nearly 900 students. He heard what he thought might be three doors slamming. "It was so windy on Monday, and many students leave their windows open at night," he said. "So we assumed that it was doors being shut by a wind gust." He went back to sleep.

Detectives and military people have a saying about their line of work: "Assumption is the mother of all f___ ups." When the 911 call came in at 7:15, campus police headed to West AJ, where they found a freshman, Emily Hilscher ("Pixie" on her MySpace page), and her next-door neighbor, residential adviser Ryan Clark, shot to death. Students told police a gunman had been going from room to room, looking for his girlfriend. Assuming they were dealing with a lovers' quarrel, police secured the murder scene and began gather-

♪ **LATEST UPDATES AT TIME.COM**
For continuing coverage of the Virginia Tech shootings, including on-the-scene reports, photo essays and graphics, visit **time.com/vatech**

ing evidence. The crime was over, the investigation begun, or so they thought.

By 8:25 a.m. top university officials, including the president, the executive vice president and provost, were meeting to discuss what had happened and figure out how to proceed. An hour later, a campuswide e-mail went out telling of a shooting, urging caution and requesting that students contact the campus police "if you observe anything suspicious."

But no one was observing Cho at that point. He appears to have gone back to his room in Harper Hall, a smaller dorm just across from West AJ, reloaded his weapon and tucked two knives into his backpack. He had clearly been preparing his NBC exhibit for days, with its 27 QuickTime videos, self-portraits of Cho as normal kid, Cho as jihadi. "I didn't have to do this," he said into the camera. "You had a hundred billion chances and ways to have avoided today," Cho says on one of the videos. "You forced me into a corner and gave me only one option ... Now you have blood on your hands that will never wash off." He sent the package express mail to NBC in New York City; if he hadn't had the address wrong, it might have gotten there sooner. Then he headed back out the door and across the campus to Norris Hall, home of the Department of Engineering Science and Mechanics. And suddenly this was not over.

INTRODUCTORY GERMAN WAS MEETING IN Room 207, a couple dozen students in their first class of the day, when Cho peered in, as though he was looking for someone. One student thought he looked like a Boy Scout. He was wearing the school color—a maroon cap—and a vest with pockets for his ammunition. When he went back into the classroom, he was quiet and purposeful.

First he shot instructor Jamie Bishop, 35, in the head. Then he went methodically around the room. Derek O'Dell was hit in the arm; when Cho finally left for the next room, O'Dell and two other students moved to block the classroom door in case he returned—which he did, firing into the door several times before moving on.

Elsewhere students mistook the sounds for construction work going on nearby. Liviu Librescu, 77, the Holocaust survivor, was teaching solid mechanics on the same hall when the class heard the shots. He braced his body in front of the door, yelling to his students to head for the window. They pushed out the screens, jumped or dropped into bushes below to escape. "I must've been the eighth or ninth person who jumped, and I think I was the last," said Alec Cal-

I-32



houn, who landed in a bush and ran. The two students behind him were shot, he said, and as he climbed out the window, he turned and looked at his teacher, who had stayed behind. Librescu was shot to death through the door.

WHEN THE STUDENTS IN FRENCH CLASS heard the noises, teacher Jocelyn Couture-Nowak stiffened: "That's not what I think it is, is it?" Clay Violand, 20, a junior in international studies, pointed at the teacher and said, "Put that desk in front of the door. Now!" She did, but the door still nudged open, and a gun came into view, then a man. Violand dove under a desk as Cho began systematically shooting people, almost in rhythm, taking his time. "After every shot I thought, 'O.K., the next one is me,'" Violand said, so he made

**BREAKING STORY** *Managing editor Joe Kendall works the phone at the offices of the school paper, the* Collegiate Times, *where all hands were on deck*

himself lie perfectly still, lifeless. "Sometimes after a shot I would hear a quick moan, or a slow one, or a grunt, or a quiet, reserved yell from one of the girls. After some time—I couldn't tell you if it was five minutes or an hour—he left. The room was silent except for the haunting sound of moans, some quiet crying and someone muttering, 'It's O.K. It's going to be O.K. They will be here soon.'"

But it was not the police who came. It was Cho, back for another round, reloading his gun and firing another shot into the dead and wounded. He thinks he heard Cho reload three times, and at every shot he braced himself, thinking, "This one is

for me." His mind wandered; he wondered what a gunshot wound feels like, how much it would hurt. He wondered if he would die slow or fast, and then he thought of his family. "I was terrified that my parents weren't going to be able to go on after I was gone." There was a student in front of him, also under a desk. He didn't know her name, but they kept eye contact. "She was brave. I don't think she cried. We just stared at each other under the desks." When the police finally arrived, says Violand, it was "just me and that one girl next to me who got up."

Gene Cole, a janitor, heard shots, went around a corner on the second floor and saw a body. Then he saw Cho loading his gun. Cole turned and fled down the stairs. The doors to Norris were chained shut from

the inside, the better to slow down police; one report said there were also notes on the doors saying they had been booby-trapped. Outside Norris and elsewhere around campus, police yelled at students to stay inside, grabbed and hauled them indoors. About 9:55 a.m., a second campuswide e-mail went out. It said, "A gunman is loose on campus. Stay in buildings until further notice. Stay away from all windows."

Even before the ambulances swarmed, students were carrying the wounded away from the scene; some were using their balled-up clothes to stanch the bleeding. An emergency-room doctor said there weren't any victims with fewer than three bullets in them. Dr. David Stoeckle told of treating a student with a gunshot through

## Gun Control
# Perfectly Legal

*Cho Seung-Hui followed all relevant federal and Virginia laws when he bought the two semi-automatic pistols he used in his rampage.*

**Background check** Cho underwent a federal instant check at both stores where he bought guns. He had proper identification and no criminal record, so the purchases were approved.

**Purchase limit** Virginia law restricts customers to buying one gun a month. Cho picked up his first gun Feb. 9, then waited until March 16 to buy the Glock 19 and ammunition at a Roanoke, Va., gun shop.

**Waiting period** Virginia is not among the 10 U.S. states that mandate waiting periods to purchase a handgun.

**Licensing** Seventeen states require some form of permit or safety certificate to buy a handgun. Virginia has no such requirement.

his femoral artery. The student was an Eagle Scout, he said. "He wrapped an electrical cord tight around his leg because he knew he was bleeding to death."

Norris Hall immediately became a 72,000-sq.-ft. crime scene; federal agents called it the most horrifying they had ever encountered. There were bodies in four different classrooms and in the stairwell. A federal source said it appeared that as many as "a couple of hundred" rounds had been discharged. They didn't see a wild rampage, a maniac who suddenly snapped: they saw calculation. The gunman's extraordinary effectiveness and, according to witnesses, well-planned, coldly methodical killing suggested someone who had trained himself in "execution style" killing, according to the federal source.

You can buy only one gun a month in Virginia, but that's the main obstacle. Virginia is for gun lovers—no licenses, no waiting periods, no training required. Investigators found a receipt for a 9-mm Glock 19 in Cho's backpack, bought last month from Roanoke Firearms, where four homicides have reportedly been tied to 16,000 weapons sold there in the last eight years. Cho's purchases had been legal; he had been under a court-ordered "temporary detainment order," a psychiatric evaluation, which is not the same as an involuntary commitment. Thus nothing showed up on the instant background check at the store. He just presented three forms of ID, including a Virginia driver's license, and paid $571 for the gun and a box of 50 9-mm rounds. Employees viewed Cho as "about as clean-cut a kid as you'd ever want to see," says proprietor John Markell. "It was a very unremarkable sale." Cho had obtained the other gun, a Walther P22, in February from

a pawn shop near campus. Both are high quality, accurate guns, easy to load, quick to fire if you know what you're doing.

THERE WAS BOUND TO BE ANGER AND ACCUsations in the aftermath, and these too went ricocheting through the campus. Wednesday morning even brought a death threat against university president Charles Steger. Why hadn't more been done when it became clear to students and faculty that there there was a very troubled young man in their midst, and why hadn't the school been locked down immediately after the first shootings were reported? "I think the university has blood on their hands because of their lack of action after the first incident," said freshman Billy Bason, 18, who lived in West AJ.

Certainly Cho's behavior—between the stalking complaint, the taking of pictures under his desk—will now force colleges around the country to draw a firmer line between what is acceptable behavior in a creative setting and what is dangerous. Even Facebook ramblings, not to mention poetry-class offerings, may soon trigger an automatic response by schools to pick up the lost souls that dot every campus and keep them at safe distance from their peers. But that tension between preserving the free spirit and openness of an academic community and protecting students from real dangers may take years to sort out.

Meanwhile it looked like moving day at Virginia Tech, with students rolling duffels everywhere, parents not leaving without their kids because, as one mother said, she wanted to be able to hug her son anytime she felt like it. Yes, this was not Columbine or an Amish schoolhouse or any of the instantly iconic places where we have seen our children die, for these were not children. They were young adults who had come to learn how to live as full adults, on their own. Yet it still felt protected, different somehow from the fast-food restaurants or office buildings or factory floors where grownups do their random killing. Every student said it: the place was special.

Those who remained, 10,000 strong, gathered one more time on Tuesday night, when the winds at last had faded and the candles could burn, turning the entire drill field a glowing Hokie orange. When the commemoration was over, students stayed. Many just weren't ready to go home yet, or be by themselves. —REPORTED BY MICHAEL DUFFY, ELAINE SHANNON, TRACY SAMANTHA SCHMIDT, MICHAEL LINDENBERGER, ANNIE JOHNSON, CAITLIN SULLIVAN AND MASSIMO CALABRESI/BLACKSBURG, ADAM ZAGORIN/CENTREVILLE, KATHERINE ROONEY/WASHINGTON AND JEREMY CAPLAN/NEW YORK ■

**Ties that bind** *All around Drill Field, trees were tied with the school's burgundy and orange colors*

52

I-34

**EXHIBIT**

**The New York Times**
nytimes.com

PRINTER-FRIENDLY FORMAT
SPONSORED BY 

April 24, 2007

# Senators Discuss Preventing College Attacks

By **MICHAEL LUO**

WASHINGTON, April 23 — Lawmakers began weighing ways Monday to prevent more tragedies on college campuses in a hastily convened Senate hearing a week after the shootings in Virginia. The hearing explored the adequacy of campuses' mental health resources, security plans and communications systems.

"We are here to begin a discussion, in the aftermath of Virginia Tech, to make sure that we are doing everything we can to prevent any other campus and any other students and their families from experiencing the nightmare and loss Virginia Tech experienced," said Senator Joseph I. Lieberman, a Connecticut independent who is chairman of the Committee on Homeland Security and Governmental Affairs.

Some of the most disturbing testimony came from Russ Federman, director of counseling and psychological services at the University of Virginia.

Dr. Federman ticked off statistics from a recent survey about the extent of mental health problems on campuses. He said that 94 percent of students reported feeling overwhelmed by all they have to do, and that nearly 50 percent reported having felt so depressed that it was difficult to function.

In the same survey, 9 percent of students reported seriously considering suicide and 1.3 percent actually attempted suicide. Colleges' counseling centers are struggling to keep up, Dr. Federman said.

He cited a study from 1996 that found there was one full-time clinical staff member for every 1,598 students. In 2006, however, the ratio had fallen to one per 1,697 students.

"We are not getting ahead of the curve," he said. "If anything, we are beginning to slide behind."

David Ward, president of the American Council on Education, which represents more than 1,800 college presidents, said many campuses were already taking steps to improve security. Mr. Ward cited the University of Memphis, which is installing a schoolwide intercom system. The University of Iowa is considering a similar system.

But W. Roger Webb, president of the University of Central Oklahoma and a former Oklahoma commissioner of public safety, said that while Sept. 11 attacks should have been "a wake-up call" to the possibilities of mass violence, "in reality, not much has happened on most college campuses in this country in terms of increasing our level of security."

Much of the testimony focused on the difficulty of securing campuses that are essentially small towns and the challenges of balancing the rights of individuals to privacy with the need for community safety.

Senator Susan Collins of Maine, the committee's ranking Republican, questioned witnesses about whether they believed that some of the laws that govern privacy of medical and school records needed to be changed.

None had a ready answer, but they agreed that the most difficult situations involved students who were clearly troubled yet refused treatment. They also agreed that university officials often hesitated to act because they feared litigation.

Ms. Collins mused about whether some sort of limited liability protection needed to be provided to university officials in such cases.

"It just strikes me as a terrible dilemma," she said. "Oftentimes in these cases, there are warning signs. There are people who identify the student as being very troubled and in need of help."

Copyright 2007 The New York Times Company

J-36

| HOME PAGE | MY TIMES | TODAY'S PAPER | VIDEO | MOST POPULAR | TIMES TOPICS |

Get Ho

# The New York Times

# U.S.

WORLD    U.S.    N.Y. / REGION    BUSINESS    TECHNOLOGY    SCIENCE    HEALTH    SPORTS    OPINION

AUTOS

POLITICS    WASHINGTON    EDUCATION



*The Simply Everything™ Plan: $99.99*

# Virginia Tech Criticized for Actions in Shooting

By IAN URBINA
Published: August 30, 2007

E-MAIL
PRINT
SINGLE PAGE
REPRINTS
SAVE
SHARE

RICHMOND, Va., Aug. 29 — A state panel has sharply criticized decisions made by Virginia Tech before and after last April's shooting massacre, saying university officials could have saved lives by notifying students and faculty members earlier about the killings on campus.

**Multimedia**



**Interactive Graphic**
Recounting the Events at Virginia Tech

**Related**

Report of the Virginia Tech Review Panel: Summary | Full Report (virginia.gov)

Because university officials misunderstood federal privacy laws as forbidding any exchange of a student's mental health information, the panel's long-awaited report concludes, they missed numerous indications of the gunman's mental health problems.

After a judge ordered the gunman, Seung-Hui Cho, to receive outpatient mental health care for making suicidal statements, Mr. Cho scheduled an appointment at the campus counseling center but was given only a pre-appointment interview, the report said, and no follow-up appointment occurred. Records of the interview are missing, and Mr. Cho's parents were never informed by campus or local officials of his statements or brief

ARTICLE TOOLS
SPONSORED BY
IN SELECT
THEATRES 3/19

commitment to a mental health facility, the report said.

The panel, convened by Gov. Tim Kaine to investigate the April 16 shooting in Blacksburg that left 33 people dead, including Mr. Cho, planned to release its report on Thursday. Instead, it did so late Wednesday after being informed that The New York Times had obtained a copy, according to an e-mail from the governor's office.

Though the report's criticism was strong, it concluded that a campuswide lockdown after the first shootings, a double homicide, would have been impractical and probably ineffective in stopping Mr. Cho, 23.

"There does not seem to be a plausible scenario of a university response to the double homicide that could have prevented the tragedy of considerable magnitude on April 16," the report said. "Cho had started on a mission of fulfilling a fantasy of revenge."

But if the university had issued an alert earlier or canceled classes after Mr. Cho shot his first two victims, before moving on to shoot the rest in a classroom building, the death toll might have been lower, the report said. It found that even after university officials had learned the full scope of the massacre, their messages to students played down the unfolding emergency as a "routine police procedure."

"The events were highly disturbing and there was no way to sugarcoat them" in disseminating the news, the report said. "Straight facts were needed."

Campus and local police responses were "well-coordinated," the report said, but university police officers erred in prematurely concluding that their initial lead in the double homicide was a good one. The police initially believed the shooting was an isolated domestic dispute and erroneously pursued a suspect who they thought had left the campus.

"They did not take sufficient action with what might happen if the initial lead proved erroneous," said the report, which was written by an eight-member panel that was led by W. Gerald Massengill, a former state police superintendent, and included former Homeland Security Secretary Tom Ridge, as well as other mental health, security and education specialists.

In a raucous conference call with the governor's office on Wednesday night, family

members of victims voiced frustration that the university had not imposed a lockdown after the first shootings and criticized the report for not demanding that some officials be fired.

"Can you explain how 32 people were killed and no one has been fired, no one has been held accountable at that university?" one family member on the conference call asked.

"I can't answer that question," responded Larry Roberts, the chief counsel in the governor's office, adding that panel members did not consider it their job to make personnel recommendations.

The report, consisting of 147 pages and 14 appendices, said that while the campus police knew of Mr. Cho's repeated instances of inappropriate behavior and his stay at a mental health facility, that information never reached campus workers who deal with troubled students. Contrary to what university officials believed, the report said, federal privacy laws would have allowed them to communicate some information about Mr. Cho's mental health problems among local, state and campus security officials.

"Information privacy laws cannot help students if the law allows sharing, but agency policy or practice forbids necessary sharing," it concludes. The report also said "passivity" and lack of resources had hampered local and campus mental health workers.

A spokesman for Virginia Tech said officials there had not received a copy of the report and could not comment on it.

The panel said it found no clear explanation for why the gunman had selected his first two victims in a dormitory before moving on to a classroom building. While the report did not shed new light on Mr. Cho's motives, it traced his violent fantasies to the 1999 shootings at Columbine High School in Colorado.

1  | 2  | NEXT PAGE »

*Ariel Sabar contributed reporting.*

More Articles in National »

**EXHIBIT H**



| HOME PAGE | MY TIMES | TODAY'S PAPER | VIDEO | MOST POPULAR | TIMES TOPICS |

**The New York Times**

# Education

WORLD   U.S.   N.Y. / REGION   BUSINESS   TECHNOLOGY   SCIENCE   HEALTH   SPORTS   OPINION

AUTOS

POLITICS   WASHINGTON   **EDUCATION**

Free Samples  Grocery Coupons  Baby Coupons  Pet Coupons  Beauty Coupons  Movies & Music

## Violence Tests the Security on Campuses



Allen L. Sessoms, president of Delaware State University, leaving a news conference after two students were shot on Sept. 21. Officials quickly alerted students and locked down the campus.
Matt Rourke/Associated Press

By MINDY SINK
Published: September 30, 2007

As soon as university officials learned that two students had been shot at Delaware State University on Sept. 21, they acted quickly to limit access to the campus and notify students to stay in their rooms.

"The biggest thing we learned from Virginia Tech was when something happens, don't wait," said Carlos Holmes, director of news services at the university, in Dover, Del.

E-MAIL

PRINT

SAVE

SHARE

ARTICLE TOOLS SPONSORED BY
IN SELECT THEATRES 3/19

K-40



Sammy Dallal/ Associated Press

In August, paramedics treated a freshman at the University of Colorado, Boulder, whose throat was cut by an attacker who then stabbed himself.

Colleges and universities around the country have taken a second look at their safety policies since Seung-Hui Cho, a student at Virginia Polytechnic Institute, gunned down 32 people and then killed himself on April 16 on the campus in Blacksburg, Va.

Delaware State is not the only university to have its new security procedures tested this school year. Just last week at St. John's University in Queens, officials used a text-messaging system to inform students and faculty members of a gunman on campus. The gunman, identified as a 22-year-old freshman, was quickly arrested. There were no injuries, but the university locked down the campus for three hours as officers searched for a possible second gunman.

University officials said that there were at least 10,000 students on campus at the time of the incident, but that thanks to the text-messaging system, security officers were able to direct them to safe locations in an orderly fashion.

On the first day of classes at the University of Colorado in Boulder in August, a text-message alert was sent from university officials: "Stabbing at UMC/suspect in custody/terrace closed."

Michael Knorps, an 18-year-old freshman there, was chatting with friends on the University Memorial Center terrace when, officials said, a former cafeteria employee grabbed him and cut his throat before stabbing himself several times. Mr. Knorps was treated at a local hospital and released the same day. The suspect is a man with a history of mental illness and violent behavior, the authorities said.

On that first day of school, only 1,300 people were signed up for the new text-messaging alert system at the university, which has over 28,000 students enrolled. Within five days, nearly 8,000 had signed up.

"Everyone recognizes the tragedy at Virginia Tech was a wake-up call for colleges and universities across the country," said W. Roger Webb, president of the University of Central Oklahoma in Edmond. "And sadly, expenditures on safety and security had been a

K-41

lower priority. I think that has caused everyone to take a more serious look on what our first obligation is, and that is to protect our students."

Even before Virginia Tech officials released their internal report and a state panel convened by Gov. Tim Kaine announced its findings late last month, university officials were all looking at similar issues: how to improve mental health awareness and access to counseling and then how to communicate as quickly as possible with students, faculty and staff members. Mr. Cho, 23, had a long history of mental illness and had expressed violent thoughts in schoolwork. After he killed two students in a dormitory on April 16, the campus police waited two hours to send out an e-mail message; by then Mr. Cho had repositioned himself on campus to kill 30 more people.

"What Virginia Tech showed was very similar to what Columbine showed us, and that is you are vulnerable no matter where you are," said Alison Kiss, program director with Security on Campus, a nonprofit group in King of Prussia, Pa. "You have to take safety and security very seriously no matter where you are, and have proper plans in place."

Over the summer, colleges and universities around the country revised campus violence policies, started additional mental health training, installed and activated new alert systems, and even ordered long-range rifles.

Officials at Colorado said they were motivated to make changes in security not only by the killings at Virginia Tech but also by incidents on their own campus last spring involving a knife-wielding student and a student whose talk of killing frightened others.

"Incidents of this nature have been occurring on college campuses for sometime," said Chancellor G. P. Peterson. "But people became much more aware and cognizant in trying to determine what is the potential danger downstream."

The university spent $25,000 on the text-messaging alert system — which also charges 6 cents for every message sent — and anticipates spending $150,000 more for a siren warning system. It also received a bid of $2.7 million for an electronic remote lockdown system for every building on the campus, though there are no immediate plans to install one. University football games will now start with an emergency evacuation plan posted on the video screen above the field.

Hofstra University has created an administrative job, director of emergency management,

K-42

to oversee its proposed $750,000 emergency communications system that will include e-mail and cellphone alerts as well as remote building lockdowns.

At the University of Toledo in Ohio, the campus police ordered 15 long-range rifles at a cost of $13,800. "Many municipalities have these capabilities currently," said Chief Jeff Newton of the campus police. "Universities are very much like cities and we have to keep up with what the community standard is and what expectations are."

In addition, the University of Toledo spent $71,000 on additional deadbolts for residence hall rooms and $24,000 on a text-message alert system that officials said would be operating by October. Improving mental health awareness, access and communication while correctly following privacy laws is also a priority on many campuses. Mr. Cho's mental health problems were recognized by some on campus, but that information was not shared with his family or with mental health workers.

At the University of Central Oklahoma, Mr. Webb, the president, said that the university had formed a relationship with the State Health Department to provide training to resident advisers and others to help identify and report students who were troubled or under psychological stress.

"For so long we had this code of silence, to let it be and not speak up," Mr. Webb said. "We have a responsibility to provide a healthy learning environment for our students."

**More Articles in Education »**

**Need to know more? 50% off home delivery of The Times.**

**Tips**
To find reference information about the words used in this article, double-click on any word, phrase or name. A new window will open with a dictionary definition or encyclopedia entry.

**Past Coverage**
Violence Tests the Security on Campuses (September 30, 2007)
Virginia Tech Criticized for Actions in Shooting (August 30, 2007)
Virginia Tech Issues Proposals for Security (August 23, 2007)
Michigan: University Responds On Crime (August 8, 2007)

**Related Searches**
Colleges and Universities

K-43

**EXHIBIT**



Sign In | Register Now



We believe health car
personalized. Plans st

CHOOSE YOUR PLAN

| HOME | TODAY'S GLOBE | NEWS | BUSINESS | SPORTS | LIFESTYLE | A&E | THINGS TO DO |

| Local | **National** | World | Campaign '08 | Business | Education | Health | Science | NECN | Obitu |

HOME / NEWS / NATION

# Student kills 2, self at La. college

By Doug Simpson
Associated Press Writer / February 8, 2008

Email | Print | Text size  −  +

Associated Press

BATON ROUGE, La.—A 23-year-old woman killed two fellow students with a .357 revolver in a classroom at a vocational college Friday, then committed suicide, police said.

The women apparently were shot in their seats in the second-floor classroom at Louisiana Technical College, Baton Rouge Sgt. Don Kelly said. About 20 people were in the emergency medical technology class at the time, he said.

"Why those two women were targeted ... is still an unanswered question," Kelly said.

The victims were identified as Karsheika Graves, 21, and Taneshia Butler, 26, both of Baton Rouge. The shooter was Latina Williams, whose address was unknown, Kelly said.

Williams entered the room briefly, spoke with the instructor and left, he said.

She returned through another door and fired six rounds, Kelly said, reloaded and shot herself in the head.

Officers ran into the building within four minutes of the first 911 call, which came at 8:36 a.m., Kelly said.

"There was mass pandemonium, people running," he said. "One officer -- the first into the classroom -- told me he could still smell gunpowder."

INSIDE I

CELEBRI





Whose ta
tattoos tc

FOOD



Where th
this hear
origins

RED SOX



Photos fr
morning'

THE SEE

MOST P

L-44

The school -- one of two LTC campuses in Baton Rouge and dozens around the state -- offers classes in a dozen subjects including early childhood education, practical nursing, drafting and welding.

School administrators and campus police did not immediately return calls or e-mails.

Louis Davis, who said he was taking an automobile technology class Friday morning, said a teacher told the students to stay in class because there had been an incident, without adding details. Students had to stay in their classrooms for about two hours and were briefly questioned by police before being released for the day, he said.

Classes were canceled through Tuesday, and tentatively scheduled to resume Wednesday, said Jim Henderson, vice president of the Louisiana Community and Technical College System.

"This is a tragic day for Baton Rouge, when you come to a learning institution ... and become the victim of a violent crime," Mayor Kip Holden said at the scene.

In Greenville, S.C., a student was shot in the leg at Greenville Technical College, but told police it was a self-inflicted accident, a campus official said. The wound was not life-threatening, said Brad Majors, the college marketing director. Majors said campus police and city police would continue to investigate.

------

Associated Press writers Page Ivey in Columbia, S.C., and Janet McConnaughey in New Orleans contributed to this report.

------

On the Net:

Community college system: http://www.lctcs.edu/ ■

© Copyright 2008 Associated Press. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

| ✉ | 🖶 | 🗎 | ➡…➡ |
|---|---|---|---|
| Email | Print | Single page | Share |

See wh this we

PLUS..
Blogs
Puzzle
listing
Maga

E-MAIL

1. Nc
2. Ba
3. Gl
4. In
5. Co
6. Bc
7. Lu
    Ca

L-45

**EXHIBIT N**

| HOME PAGE | MY TIMES | TODAY'S PAPER | VIDEO | MOST POPULAR | TIMES TOPICS |

## The New York Times

# U.S.

| WORLD | U.S. | N.Y. / REGION | BUSINESS | TECHNOLOGY | SCIENCE | HEALTH | SPORTS | OPINION |

AUTOS

| POLITICS | WASHINGTON | EDUCATION |

# Gunman Showed Few Hints of Trouble



Charles Rex Arbogast/Associated Press

Five crosses bearing the names of the five shooting victims on the campus of Northern Illinois University in DeKalb, Ill.

By MONICA DAVEY
Published: February 16, 2008

E-MAIL

PRINT

SINGLE PAGE

REPRINTS

SAVE

SHARE

DeKALB, Ill. — Steve Kazmierczak, the man who walked silently into a classroom here on Thursday and opened fire, was not seen as struggling in college. He was not an outcast. And until recently, at least, he was not brooding.

◀» Back Story With The Times's Susan Saulny (mp3)

▶ _____ 4:13 ◀

Multimedia

In a stark, puzzling contrast to the usual image of a rampaging gunman, Mr. Kazmierczak, 27, was described Friday as a successful student — "revered," the authorities said, by his professors — who had served as a teaching assistant and received a dean's award as an undergraduate here at Northern Illinois University, where he returned Thursday, killing himself and five students and wounding 16 others.

INSIDE NYTIMES.COM

M - 46



**DeKalb**

Map

The Campus

### Related

Profiles of the Victims (February 15, 2008)

Gaps Likely to Persist in Campus Security (February 16, 2008)

Grief and Questions After Deadly Shootings (February 16, 2008)

Times Topics: Northern Illinois University School Shooting



University of Illinois via Associated Press

A photo, released by the University of Illinois at Urbana-Champaign, of Steven Kazmierczak, who was identified by authorities as the gunman who killed five people at Northern Illinois University.

Here, he had campaigned for a leadership post in a student group that studied the failings of the prison system, an issue he was passionately concerned about, and had apparently won. He was a co-author of an academic paper called "Self-Injury in Correctional Settings: 'Pathology' of Prisons or of Prisoners?" which examined why inmates might hurt themselves with behaviors like cutting their skin.

He was personable, easy to talk to, an excellent student, said his professors at the University of Illinois, Urbana-Champaign, some 130 miles south of here, where he was on his way to receiving a master's degree in social work. The specialty he selected was in mental health.

"In this case, I was overwhelmed," said Jan Carter-Black, Mr. Kazmierczak's adviser and an assistant professor in the School of Social Work at the University of Illinois, after learning that Mr. Kazmierczak was the gunman. "I was amazed. I was shocked. I was overwhelmed."

Officials said the only hint of trouble from Mr. Kazmierczak, who fatally shot himself moments after firing at a large class with rounds from some of his four guns, had come in the last few weeks.

Family members told the authorities that Mr. Kazmierczak had stopped taking his medication. Law enforcement authorities would not say what the medication was for, but said Mr. Kazmierczak had grown erratic, according to his family, in the days after he quit taking the drugs.

The gunman bought his weapons legally from a Champaign gun dealer, officials said. He also bought some accessories from the popular Internet dealer who sold a gun to the gunman in the Virginia Tech massacre last year.

In Champaign, neighbors at a modest apartment complex Mr. Kazmierczak had moved

M-47

into not long ago said they, too, had sensed that something was not quite right. The look on his face suggested he had "a lot on his mind," said Martha Shinall, 78, who lives across the hall from Mr. Kazmierczak's apartment, where he sometimes blared his music and spent time with a girlfriend.

But beyond the recent changes and some glimpses of inconsistency through the years — a quick end to a stint in the military, a prison job he left with no explanation — the authorities here said they knew nothing of signs, overlooked warnings, or known grudges when it came to Mr. Kazmierczak. He said nothing when he burst into an ocean sciences lecture in Cole Hall here on Thursday afternoon and started firing.

He left no known notes behind, said Donald Grady, the police chief at the university. He had no known relationships with any students or teachers inside the class. He had no previous run-ins with the police.

"He was an outstanding student, revered by faculty and staff," said Chief Grady, acknowledging how that increased the mystery of the violence.

Mr. Kazmierczak grew up on a tree-lined street of ranch-style homes in the suburbs of Chicago with a sister and parents who retired to Lakeland, Fla., in recent years, records show. His mother, Gail, died in 2006, at age 58.

In a modest golf and country club community in Lakeland, at the home of his father, Robert Kazmierczak, plastic pink flamingos adorned the lawn and a sign, "Illini fans live here," a reference to his son's most recent university, hung on the front door.

"Please leave me alone," the elder Mr. Kazmierczak told reporters from his front stoop in a brief, televised interview. "This is a very hard time. I'm a diabetic, and I don't want to have a relapse," he added, bursting into tears.

In Champaign, at the home of his sister, Susan, a message was taped to the door offering prayers and sympathies to all of the victims.

"We are both shocked and saddened," the note said. "In addition to the loss of innocent lives, Steven was a member of our family. We are grieving his loss as well as the loss of life resulting from his actions."

M-48

EXHIBIT N



Home Page > News > National > Stories

# Recent Deadly Campus Shootings

**February 15, 2008 - 11:43am**
**By The Associated Press**

**(AP) -** Fatal shootings at U.S. colleges or universities in recent years:

_Feb. 14, 2008: Stephen Kazmierczak, a 27-year-old former student opens fire in a lecture hall at Northern Illinois University in DeKalb, killing five people. He then commits suicide.

_Feb. 8, 2008: Latina Williams, 23, opens fire during an emergency medical technology class at Louisiana Technical College in Baton Rouge, killing Karsheika Graves and Taneshia Butler. She then kills herself.

_Dec. 13, 2007: Two Ph.D. students from India are found shot to death in a home invasion at an apartment on the campus of Louisiana State University in Baton Rouge.

_Oct. 1, 2007: University of Memphis football player Taylor Bradford, 21, who had been rumored to have won more than $3,000 at a casino, is fatally shot on campus in a botched robbery. Four men are later charged, including one student.

_Sept. 21, 2007: Two students are wounded at a late-night shooting at a campus dining hall at Delaware State University in Dover. Shalita K. Middleton, 17, dies Oct. 23 from her injuries. A student is charged in the shooting.

_April 16, 2007: Cho Seung-Hui, 23, fatally shoots 32 people in a dorm and a classroom at Virginia Tech in Blacksburg, then kills himself in the deadliest mass shooting in modern U.S. history.

_April 2, 2007: A 26-year-old researcher at the University of Washington in Seattle is shot to death in her office by her ex-boyfriend. Jonathan Rowan, 41, then kills himself.

_Sept. 2, 2006: Douglas W. Pennington, 49, kills himself and his two sons, Logan P. Pennington, 26, and Benjamin M. Pennington, 24, during a visit to the campus of Shepherd University in Shepherdstown, W.Va.

_May 9, 2003: A 62-year-old man with two handguns and a bulletproof vest fires hundreds of rounds during a seven-hour shooting spree and standoff at a Case Western Reserve University building in Cleveland. One student is killed and two others are wounded. Biswanath Halder, who authorities say was upset because he believed a student hacked into his Web site, is eventually sentenced to life in prison.

_Oct. 28, 2002: Failing student and Gulf War veteran Robert Flores, 40, walks into an instructor's office at the University of Arizona Nursing College in Tucson and fatally shoots her. A few minutes later, armed with five guns, he enters one of his nursing classrooms and kills two more of his instructors before fatally shooting himself.

_Jan. 16, 2002: Graduate student Peter Odighizuwa, 42, recently dismissed from Virginia's Appalachian School of Law in Grundy, returns to campus and kills the dean, a professor and a student before being

tackled by students. Odighizuwa is serving six life sentences after pleading guilty.

_May 17, 2001: Donald Cowan, 55, fatally shoots assistant music professor James Holloway at a dorm at Pacific Lutheran University in Parkland, Wash., then turns the gun on himself. He leaves a 16-page suicide note expressing anger at a colleague of Holloway's whom he dated briefly as a teenager.

_Aug. 28, 2000: James Easton Kelly, 36, a University of Arkansas graduate student recently dropped from a doctoral program after a decade of study and John Locke, 67, the English professor overseeing his coursework, are shot to death in an apparent murder-suicide by Kelly.

_June 28, 2000: Medical resident Dr. Jian Chen kills his supervisor and then himself in his supervisor's office at the University of Washington in Seattle. Faculty say Chen, 42, was upset he'd be forced to return to China because of his academic shortcomings.

(Copyright 2008 The Associated Press. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.)

## Also on wtopnews.com

- Stocks Sink on Bleak Corporate Forecasts
- 3 Dead After Restaurant Shooting During Super Bowl
- Sadrists Asked to Respect Cease-Fire
- Helicopter Crash in Iraq Kills 8
- Oil Falls on OPEC Worries, Supply View

powered by **Inform**

## Also on the Web

- DeKalb grand jury finds 1 of 12 police shootings unjustified
- Shooting Outside Texas College Dorm Leaves Two Injured
- Two injured in shooting in Texas College dorm parking lot in Tyler
- ISRAEL OUTBURST
- 2 wounded after shooting in dorm parking lot in Tyler

powered by **Inform**

< Back

**Car Donation Alternative**
Don't settle for a small tax break. Get much more back in cash now.
www.CarAlternative.com

**Donate Car to Charity**
It's Easy. Free Pickup. No Hassle. We Handle It All. Tax Deductible.
www.donate-a-car.org

**Ready to Donate Your Car?**
We Make it Easy to Donate Your Car. No Paperwork. Quick & Simple.
CarsForKids.org

**Car Donation**
Donate Your Ca PickUp. Tax De
www.Outreach

N-50

**EXHIBIT C**



◀ Back to Article        🖶 Click to Print



Monday, Apr. 16, 2007

# Fatal Shootings at Colleges and Schools

**By AP/School Violence Resource Center**

**August 1, 1966: Austin, Texas**
Charles Whitman points a rifle from the observation deck of the University of Texas at Austin's Tower and begins shooting in a homicidal rampage that goes on for 96 minutes. Sixteen people are killed, 31 wounded.

**May 4, 1970: Kent, Ohio**
Four students are killed and nine wounded by National Guard troops called in to quell anti-war protests on the campus of Kent State University in Ohio.

**November 1, 1991: Iowa City, Iowa**
Gang Lu, 28, a graduate student in physics from China reportedly upset because he was passed over for an academic honor, opens fire in two buildings on the University of Iowa campus. Five University of Iowa employees are killed, including four members of the physics department, and two other people are wounded. The student fatally shoots himself.

**February 29, 1996: St. Louis, Missouri**
A 30-year-old man fires into a school bus where two are injured, including a pregnant teenager and the bus driver.

**August 15, 1996: San Diego, California**
Frederick Martin Davidson, 36, a graduate engineering student at San Diego State, is

defending his thesis before a faculty committee when he pulls out a handgun and kills three
professors. February 19, 1997: Bethel, Alaska
A 16 year-old shoots and kills his principal and a student. Two other students are injured.

October 1, 1997: Pearl, Mississippi
A 16-year-old kills his mother, then goes to school and shoots nine others. Two die.

December 1, 1997: West Paducah, Kentucky
A 14 year-old shoots eight students as they pray in school. Three die and one student is left
paralyzed.

December 15, 1997: Stamps, Arkansas
An eighth grader is arrested and charged as an adult after he confesses to shooting and
wounded two of his fellow students as he hid in the woods outside of a high school.

March 24, 1998: Jonesboro, Arkansas
Two boys, ages 11 and 13, shoot 14 students and one teacher. The teacher and four of the
students die.

April 28, 1998: Pomona, California
A 14 year-old shoots three boys. Two are killed.

May 21, 1998: Springfield, Oregon
A 15 year-old shoots and kills both parents before going to school and opening fire in the
cafeteria. Two students are killed.

April 20, 1999: Littleton, Colorado
Two boys, ages 16 and 17, shoot 35 students and 1 teacher before committing suicide. Twelve
students and the teacher die.

May 13, 1999: Port Huron, Michigan
Two 14 year-olds plot to kill at least 154 people at school in an attempt to outdo the shooting

O-52

at Columbine high school. They are stopped after fellow students report them.

**Oct. 28, 1999: Cleveland, Ohio**
A 14 year-old and three 15 year-olds plan on killing mostly black students, then dying in a shoot-out with police. A student's mother alerts officials.

**January 29, 2000: Cupertino, California**
A 19 year-old plans to attack his high school with guns and explosives. He takes photos of himself and his arsenal. When he has the photos developed, a drug store clerk sees them and calls police.

**February 29, 2000: Mount Morris Township, Michigan**
A 6 year-old boy brings a .32 semi-automatic handgun to school and kills a first grader.

**February 5, 2001: Hoyt, Kansas**
Three students, ages 16, 17, and 18, plan a school shooting. An anonymous caller to a tip line alerts police. When their homes are searched, police discover guns, bombs, and white supremacist drawings.

**February 7, 2001: Fort Collins, Colorado**
A 14 year-old and two 15 year-olds plot to "redo Columbine." Several classmates alert the police after overhearing them talking about it.

**February 11, 2001: Palm Harbor, Florida**
A 14 year-old builds a bomb having a kill radius of 15 feet. The parents of another student who had received an e-mail detailing the bomber's plans alert the sheriff's deputies.

**February 14, 2001: Elmira, New York**
A high schools student's plans for a school shooting are foiled after students bring the fact that he had weapons on him to a teacher's attention. He carried 14 pipe bombs, three smaller bombs, a propane tank, a sawed-off shotgun, and a .22 caliber pistol into the school by a duffel bag and also a book bag full of ammunition. On December 17, 2001, Jeremy he is sentenced to

8 1/2 years.

**March 5, 2001: Santee, California**
A 15 year-old opens fire from inside a school bathroom, shooting 15 and killing 2.

**January 16, 2002: Grundy, Virginia**
Graduate student Peter Odighizuwa, 42, recently dismissed from Virginia's Appalachian School of Law, returns to campus and kills the dean, a professor and a student before being tackled by students. The attack also wounds three female students.

**October 28, 2002: Tucson, Arizona**
Failing University of Arizona Nursing College student and Gulf War veteran Robert Flores, 40 walks into an instructor's office and fatally shoots her. A few minutes later, armed with five guns, he enters one of his nursing classrooms and kills two more of his instructors before fatally shooting himself.

**March 21, 2005: Red Lake, Minnesota**
Jeff Weise, 16, kills his grandfather and companion, and then arrives at school where he kills teacher, a security guard, five students, and finally himself, leaving a total of 10 dead.

**August 25, 2006: Essex, Vermont**
A gunman looking for an old girlfriend bursts into a Vermont elementary school and kills a teacher.

**September 2, 2006: Shepherdstown, West Virginia**
Douglas W. Pennington, 49, kills himself and his two sons, Logan P. Pennington, 26, and Benjamin M. Pennington, 24, during a visit to the campus of Shepherd University.

**September 13, 2006: Van Nuys, California**
A student is shot and killed in a crosswalk in front of a school. The incident is suspected to be gang related.

Copyright ? 2008 Time Inc. All rights reserved. Reproduction in whole or in part without permission is prohibited.

D-54

**September 25, 2006: Las Vegas, Nevada**
A bus driver pulls over to drop off students. One student gets off the bus and then shoots at it
Three bullets hit the back of the bus, but none of the 34 students on board are injured.

**September 27, 2006: Bailey, Colorado**
An adult male sexual predator enters a school, sexual assaults six female students, kills a
fleeing girl, and then kills himself.

**October 2, 2006: Nickel Mines, Pennsylvania**
An adult male sexual predator enters a one-room Amish School and kills six female students
and himself.

**April 16, 2007: Blacksburg, Virginia**
A gunman kills 33 people in a dorm and a classroom at Virginia Tech. The gunman later dies.

🖳 **Click to Print**

**Find this article at:**
http://www.time.com/time/nation/article/0,8599,1611004,00.html

Privacy Policy  |  Add TIME Headlines to your Site  |  Contact Us  |  Customer Service

O-55

# PROOF OF SERVICE

1

2

STATE OF CALIFORNIA      )
3      COUNTY OF LOS ANGELES )

4

5      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 27240
6      Turnberry Lane, Suite 200, Valencia, CA 91355.

7      On March 28, 2008, I caused to be served the foregoing documents
8      described as:

9
**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S**
10      **MOTION FOR SUMMARY JUDGMENT**

11
on the person listed as follows:
12

13      Jeffrey David Isaacs
      3553 West Chester Pike
14      PMB #177
      Newtown Square, PA 19073
15

16      ☒      (BY MAIL) I enclosed the documents in a sealed envelope addressed to the
17      persons above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's
18      practice for collecting and processing correspondence for mailing. It is deposited in the ordinary course of business with the United States Postal
19      Service, in a sealed envelope with postage fully prepaid at our firm's office
20      address in Valencia, California. Service made pursuant to this paragraph shall be presumed invalid if the postal cancellation date on the envelope is
21      more than one day after the date of deposit for mailing contained in this
22      affidavit.

23      Executed on March 28, 2008 in Valencia, California.
24

25      I declare under penalty of perjury under the laws of the state of California that the above is true and correct.
26      _____**Robin Fink**_____      _____
27      **Type or Print Name**                    **Signature**

28

---

1