1  DAL SOGLIO & MARTENS LLP
       Robin D. Dal Soglio (State Bar No. 155334)
2  27240 Turnberry Lane, Suite 200
3  Valencia, California 91355
   Telephone: (661) 362-0736
4  Facsimile: (661) 244-4942
5  E-mail: rdalsoglio@dm-lawfirm.com

6
   Attorneys for Defendants University of
7  Southern California, Robert Baughman, Brian
8  E. Henderson, Peter J. Katsufrakis and James
   M.H. Ball

9

10                    UNITED STATES DISTRICT COURT
11                  CENTRAL DISTRICT OF CALIFORNIA

12

13  JEFFREY DAVID ISAACS,              CASE NO. CV-06-3338 GAF (Ex)

14          Mr. Isaacs,                **DECLARATION OF AMY**
15                                      **BAUGHMAN IN SUPPORT OF**
                                        **DEFENDANT'S MOTION FOR**
16          v.                          **SUMMARY JUDGMENT, OR, IN**
                                        **THE ALTERNATIVE, PARTIAL**
17  UNIVERSITY OF SOUTHERN             **SUMMARY JUDGMENT**
18  CALIFORNIA; ROBERT WILLIAM
    BAUGHMAN; BRIAN E.                 Date:      April 21, 2008
19  HENDERSON; PETER J.                Time:      9:30 a.m.
20  KATSUFRAKIS; and JAMES M.H.        Courtroom: 740 – Roybal
    BALL                                          Hon. Gary A. Feess
21
22          Defendants.               [Filed Concurrently Herewith:
23                                     Defendant's Notice of Motion and Motion
                                       for Summary Judgment, Points and
24                                     Authorities in Support Thereof; Statement
                                       of Uncontroverted Facts and Conclusions
25                                     of Law; Declaration of Peter J.
26                                     Katsufrakis; Request for Judicial Notice;
                                       Proposed Judgment]
27
28

                                              Declaration of Amy Baughman

### DECLARATION OF AMY BAUGHMAN

I, Amy Baughman, declare as follows:

1.      I am a student at the Keck School of Medicine ("KSOM") at the University of Southern California ("USC").   I have personal knowledge of the facts set forth herein, and if called as a witness would and could testify thereto.

2.      I began my studies at KSOM in Fall 2005.  During my first semester at KSOM, a fellow medical student, Jeff Isaacs, began to make me feel uncomfortable.  As the fall semester progressed, he sent me excessive numbers of e-mails and text messages, one time more than 60 in one day (November 18, 2005).  I repeatedly told Mr. Isaacs to stop calling, texting, e-mailing or even talking to me.  However, he would not stop contacting me.  When I would set my e-mail to block his incoming e-mail messages, he would open new e-mail accounts in order to be able to e-mail me without being blocked.

3.      Attached as **Exhibit A** are true and correct copies of my cell phone records (which were sent to me by Verizon) showing text messages I received from Mr. Isaacs from November 7, 2005 through December 17, 2005.

4.      On November 21, 2005, I wrote an email to the Associate Dean for Student Affairs at KSOM, Peter Katsufrakis.  I complained about Mr. Isaacs "inappropriate" behavior that had "made me very, very uncomfortable."  A true and correct copy of my November 21, 2005 email to Dr. Katsufrakis is attached hereto as **Exhibit B**.

5.      On December 4, 2005, I sent Mr. Isaacs an email informing him that I was "reluctant to have any communication" with him, that his behavior "scared and upset me" and that I needed "distance" from him and just needed to "study, study, study…with no interruptions until exams end."  Nevertheless, Mr. Isaacs did not leave me alone and kept trying to talk to me at school.  On December 16, 2005, I sent Mr. Isaacs another e-mail telling him that "I do not feel we can or should be friends….I do not want to receive any more e-mail, phone or

1   text contact from you. I do not want any further 'explanations' from you....I need

2   you to leave me alone." True and correct copies of my December 4 and December

3   16, 2005 emails to Mr. Isaacs are attached hereto as **Exhibit C**.

4         6.    During the winter break, however, Mr. Isaacs did not leave me

5   alone, but tried to contact me several times and sent me several e-mails. He sent

6   lengthy e-mail messages to me on December 24 and 28, 2005 and one on

7   December 30, 2005 stating "it really hurts that you didn't respond at all over

8   break," and "There is little I would not do to be on better terms with you."

9   Attached as **Exhibit D** are true and correct copies of these e-mails I received from

10  Mr. Isaacs between December 24, 2005 and December 30, 2005.

11        7.    On January 5, 2006, Mr. Isaacs sent me another email asking

12  me to meet with him and one of his friends because it is "continually painful" to be

13  "sitting in a room with someone who said they want nothing to do with me." A

14  true and correct copy of this January 5, 2006 email to me is attached hereto as

15  **Exhibit E.**

16        8.    The very next day, January 6, Mr. Isaacs emailed me to criticize

17  me for forwarding his email to another classmate. (He apparently has a tracking

18  device, known as ReadyNotify, by which he can track what recipients do with his

19  e-mails.) In that e-mail, he expressed his anger at me, addressing me for the first

20  time as "Ms. Baughman," rather than "Amy." The following day, Saturday,

21  January 7, 2006, Mr. Isaacs sent me several emails between 4:39 a.m. and 10:02

22  p.m. One of these emails asked me if I wanted him to drop out of school, which he

23  said was "a pretty steep price to pay for being attracted to you," and another stated

24  that he was having "nightmares" about me. He stated: "I am seriously considering

25  dropping out, waiting for exam results but the bigger issue is you. I can't be

26  around you for four years like this. I'm not one to beg, Amy, but in this case I am

27  pleading with you to have a discussin [sic] with me or me and a friend." True and

28  correct copies of these January 6 and 7 emails are attached hereto as **Exhibit F.**

      Declaration of Amy Baughman

9.   Also on January 7, I received an email from the University online Facebook informing me that Mr. Isaacs was requesting to add me as a "friend" to his online Facebook.  A true and correct copy of the email from the Facebook Team is attached hereto as **Exhibit G.**

10.   On Sunday January 8, 2006, Mr. Isaacs wrote me an email suggesting "a walk on the beach or something" and expressing his desire to talk with me "in private" and "on my terms."  A true and correct copy of his January 8, 2006 email is attached hereto as **Exhibit H.**

11.   Based on Mr. Isaacs refusal to stop contacting and harassing me, and the increasingly bizarre nature of his most recent e-mails, I made the decision to seek a University restraining order against Mr. Isaacs.  On Sunday, January 8, 2006, I wrote Dr. Katsufrakis an e-mail informing him that I felt like Mr. Isaacs was "stalking me" and that I would be filing for the restraining order the next day, January 9.  A true and correct copy of my January 8, 2006 e-mail to Dr. Katsufrakis is attached hereto as **Exhibit I.**

12.   On Monday, January 9, 2006, Dr. Katsufrakis responded to my email with two emails at 7:46 a.m. and 10:04 a.m. providing approval and directions on how to proceed to obtain a restraining order, or "Stay Away Letter." He informed me that I should seek the Stay Away Letter through the University's Center for Women and Men.  True and correct copies of Dr. Katsufrakis' emails to me are attached hereto as **Exhibit J.**

13.   That same day, January 9, 2006, I made a report to the Center for Women and Men and requested that they issue a Stay Away Letter to Mr. Isaacs.

14.   Later that afternoon, Mr. Isaacs sent me an email angrily asking if I was going to reply to him or "just forward [his] emails to others."  Then, at 1:59 p.m., he sent me another email announcing that he did not attend class that day because he was preparing a lawsuit against me, which he would serve on me

3          Declaration of Amy Baughman

1   and my father if I did not agree to meet with him the following week.  He also put

2   a handwritten letter identical to the 1:59 p.m. email in my mail box that same day.

3   True and correct copies of Mr. Isaacs' January 9, 2006 emails to me, and his

4   handwritten note of the same date, are attached hereto as **Exhibit K**.

5           15.     On January 10, 2006, USC served Mr. Isaacs with the Stay

6   Away Order.  I also received a copy of the Order.  The Order stated that Mr. Isaacs

7   was to refrain from approaching or calling me at any time; sending anything to me

8   via campus mail, regular mail, email or text message; and contacting or

9   communicating with me – including through a third party.  A true and correct copy

10  of this order is attached hereto as **Exhibit L.**

11          16.     In violation of the stay away order, Mr. Isaacs sent me an email

12  and called me on February 17, 2006.  In his email, he apologized for his

13  "inappropriate actions" and stated "I honestly believe I fell in love with you…."

14  When he called me that day, he called from a restricted phone and, not recognizing

15  it as his phone number, I answered the phone.  After talking to him, I felt

16  somewhat sorry for him and sent an email to Dr. Katsufrakis expressing that I did

17  not really want to be responsible for Mr. Isaacs getting suspended from school (as

18  it had been relayed to me that he would be if he kept contacting me).  True and

19  correct copies of Mr. Isaacs' and my February 17, 2006 emails are attached hereto

20  as **Exhibit M.**

21          17.     On February 19, 2006, Mr. Isaacs sent me a lengthy, rambling,

22  bizarre email, again in violation of the Stay Away Order.  Among other things, he

23  suggested that we get "group counseling," and invited me out on a yacht with him

24  and his friend George.  On February 20, 2006, he sent another email, telling me to

25  disregard the email from the day before.  True and correct copies of Mr. Isaacs'

26  February 19 and 20, 2006 emails to me are attached hereto as **Exhibit N.**

27  / / /

28  / / /

4                    Declaration of Amy Baughman

18.    On Tuesday, February 28, 2006, Mr. Isaacs came rushing into one of my labs to tell me that he was being expelled.  I went into the hallway and tried to listen to him, but realized immediately that it was a mistake.  He accused me of creating a conspiracy to get him suspended.  He said that I was ruining his life.  He acted crazy and he scared me.  At that point, I became gravely concerned about my own safety.  I documented this situation and my concerns in an e-mail to Dr. Katsufrakis and other University administrators and faculty on March 2, 2006.  Dr. Katsufrakis responded to me that same day informing me that Mr. Isaacs had been told that he was no longer permitted on campus.  A true and correct copy of my March 2, 2006 e-mail to Dr. Katsufrakis, together with his return email to me, is attached hereto as **Exhibit O**.

Executed this 26th day of March, 2008 at Los Angeles, California.

Under the laws of the State of California and the United States of America, I declare under penalty of perjury that the foregoing is true and correct.

_____
Amy Baughman

Declaration of Amy Baughman

**EXHIBIT A**

Cell Phone Text Messages

| | | | | |
|---|---|---|---|---|
| 11/7/2005 17:11 | 650-278-2318 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/7/2005 17:13 | 650-278-2318 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 11/7/2005 23:23 | 760-525-4452 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 11/8/2005 19:55 | 310-431-6576 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 11/8/2005 20:06 | 310-431-6576 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/9/2005 0:25 | 510-520-7281 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 11/9/2005 0:32 | 510-520-7281 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/10/2005 21:34 | 585-721-3272 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 11/10/2005 21:41 | 208-720-9402 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 11/10/2005 21:43 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/10/2005 21:58 | 917-215-1909 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 11/10/2005 23:42 | 208-720-9402 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/11/2005 0:17 | 208-720-9402 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 11/11/2005 3:31 | 208-720-9402 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 11/11/2005 3:36 | 585-721-3272 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 11/11/2005 19:40 | 617-275-6317 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 11/12/2005 1:54 | 914-805-9268 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 11/12/2005 2:37 | 914-805-9268 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/12/2005 4:36 | 617-275-6317 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/12/2005 5:38 | 914-805-9268 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 11/12/2005 13:37 | 914-805-9268 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 11/12/2005 13:41 | 914-805-9268 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/12/2005 13:56 | 914-805-9268 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 11/12/2005 20:56 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/12/2005 21:00 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/12/2005 22:44 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/13/2005 0:21 | 917-215-1909 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 11/13/2005 3:45 | 617-275-6317 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/13/2005 20:29 | 562-335-1451 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/13/2005 20:30 | 562-335-1451 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 11/13/2005 23:01 | 917-575-2519 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 11/13/2005 23:05 | 917-575-2519 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/13/2005 23:05 | 917-575-2519 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 11/13/2005 23:06 | 917-575-2519 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/13/2005 23:22 | 650-278-2318 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/14/2005 0:03 | 617-275-6317 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/14/2005 2:06 | 617-275-6317 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 11/15/2005 18:33 | 626-353-1433 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 11/15/2005 18:56 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/15/2005 19:50 | 626-353-1433 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/15/2005 21:31 | 917-575-2519 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 11/15/2005 22:02 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/15/2005 23:44 | 626-353-1433 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/15/2005 23:45 | 626-353-1433 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 11/16/2005 11:58 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/16/2005 11:59 | 617-275-6317 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 11/16/2005 12:31 | 617-275-6317 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/16/2005 13:56 | 617-275-6317 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 11/16/2005 15:58 | 617-275-6317 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/16/2005 17:58 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/16/2005 17:59 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/16/2005 20:08 | 917-215-1909 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |

incoming  9
out       3

A-6

| | | | | |
|---|---|---|---|---|
| 11/16/2005 20:26 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/16/2005 20:46 | 917-215-1909 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 11/16/2005 20:48 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/16/2005 21:43 | 832-816-6279 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/16/2005 22:19 | 832-816-6279 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 11/17/2005 0:38 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/17/2005 0:40 | 917-215-1909 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 11/17/2005 0:41 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/17/2005 1:13 | 917-215-1909 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 11/17/2005 13:36 | 617-275-6317 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 11/17/2005 13:39 | 617-275-6317 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/17/2005 13:42 | 617-275-6317 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 11/17/2005 17:56 | 650-804-0265 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 11/17/2005 17:59 | 650-804-0265 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/17/2005 18:00 | 650-804-0265 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 11/17/2005 18:01 | 650-804-0265 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/17/2005 18:04 | 323-428-4204 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 11/17/2005 18:05 | 323-428-4204 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/17/2005 18:06 | 323-428-4204 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 11/17/2005 22:04 | 917-215-1909 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 11/17/2005 23:38 | 626-688-3246 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 11/17/2005 23:41 | 626-688-3246 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 1:04 | 917-575-2519 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 1:48 | 917-575-2519 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 2:41 | 917-575-2519 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 15:05 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 15:06 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 15:07 | 917-215-1909 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 15:20 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 15:32 | 917-215-1909 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 16:34 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 16:45 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 16:52 | 917-215-1909 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 16:59 | 917-575-2519 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 17:00 | 917-215-1909 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 17:01 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 17:13 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 17:52 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 17:52 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 17:52 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 17:53 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 17:54 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 17:54 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 19:14 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 20:18 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 20:18 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 20:18 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 20:18 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 20:18 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 20:18 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 20:32 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 21:22 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |

IN  26
OUT  7

11/18/05  Total  IN

A-7

**USC 0204**

| | | | | |
|---|---|---|---|---|
| 11/18/2005 21:35 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 21:35 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 21:36 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 21:38 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 21:38 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 21:38 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 21:38 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 21:39 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 21:39 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 21:42 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 21:42 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 21:42 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 21:43 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 21:43 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 21:43 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 21:43 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 21:43 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 21:43 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 21:56 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 21:56 | 914-805-9268 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 22:01 | 917-215-1909 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 22:03 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 22:31 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 22:36 | 832-816-6279 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 23:00 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 23:05 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 23:39 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 23:39 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 23:41 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 23:45 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 23:45 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 23:45 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 23:48 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 23:48 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 23:52 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 23:52 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 23:57 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 23:57 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 23:57 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 23:59 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 23:59 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/18/2005 23:59 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/19/2005 0:02 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/19/2005 2:57 | 914-805-9268 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 11/19/2005 5:08 | 650-451-8252 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 11/19/2005 19:46 | 617-680-6865 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 11/19/2005 19:48 | 832-816-6279 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 11/19/2005 19:49 | 832-816-6279 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 11/19/2005 19:55 | 617-680-6865 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/19/2005 20:35 | 914-805-9268 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/19/2005 20:38 | 914-805-9268 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 11/19/2005 21:30 | 914-805-9268 | TERMINATING | DOMESTIC - SMS Message | $0.00 |

IN 40
OUT 1

A-8

| | | | | |
|---|---|---|---|---|
| 11/20/2005 1:15 | 617-680-6865 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 11/20/2005 1:52 | 650-804-0265 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 11/20/2005 3:27 | 914-805-9268 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 11/20/2005 12:52 | 650-804-0265 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 11/20/2005 14:12 | 650-804-0265 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 11/20/2005 14:45 | 323-428-4204 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 11/20/2005 14:46 | 323-428-4204 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/20/2005 14:47 | 323-428-4204 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 11/20/2005 15:31 | 914-805-9268 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/20/2005 15:54 | 914-805-9268 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 11/20/2005 15:57 | 914-805-9268 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 11/20/2005 16:03 | 914-805-9268 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/20/2005 17:19 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/20/2005 17:22 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 11/20/2005 18:11 | 917-215-1909 | ORIGINATING | DOMESTIC - SMS Message | $0.10 |
| 11/21/2005 2:15 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.10 |
| 11/21/2005 2:15 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.10 |
| 11/21/2005 2:38 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.10 |
| 11/21/2005 2:52 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.10 |
| 11/21/2005 3:17 | 626-353-1433 | ORIGINATING | DOMESTIC - SMS Message | $0.10 |
| 11/21/2005 20:59 | 208-720-9402 | ORIGINATING | DOMESTIC - SMS Message | $0.10 |
| 11/21/2005 21:39 | 510-220-0824 | TERMINATING | DOMESTIC - SMS Message | $0.10 |
| 11/22/2005 14:53 | 510-520-7281 | ORIGINATING | DOMESTIC - SMS Message | $0.10 |
| 11/22/2005 19:11 | 917-575-2519 | TERMINATING | DOMESTIC - SMS Message | $0.10 |
| 11/22/2005 19:11 | 917-575-2519 | ORIGINATING | DOMESTIC - SMS Message | $0.10 |
| 11/23/2005 13:25 | 650-278-2318 | TERMINATING | DOMESTIC - SMS Message | $0.10 |
| 11/23/2005 13:26 | 650-278-2318 | ORIGINATING | DOMESTIC - SMS Message | $0.10 |
| 11/23/2005 14:21 | 323-428-4204 | ORIGINATING | DOMESTIC - SMS Message | $0.10 |
| 11/23/2005 17:56 | 617-275-6317 | ORIGINATING | DOMESTIC - SMS Message | $0.10 |
| 11/23/2005 19:45 | 650-278-2318 | TERMINATING | DOMESTIC - SMS Message | $0.10 |
| 11/23/2005 19:46 | 650-278-2318 | ORIGINATING | DOMESTIC - SMS Message | $0.10 |
| 11/23/2005 19:54 | 650-278-2318 | TERMINATING | DOMESTIC - SMS Message | $0.10 |
| 11/23/2005 23:41 | 617-275-6317 | TERMINATING | DOMESTIC - SMS Message | $0.10 |
| 11/24/2005 5:19 | 617-275-6317 | TERMINATING | DOMESTIC - SMS Message | $0.10 |
| 11/24/2005 15:50 | 720-273-5101 | TERMINATING | DOMESTIC - SMS Message | $0.10 |
| 11/24/2005 16:03 | 646-734-8562 | TERMINATING | DOMESTIC - SMS Message | $0.10 |
| 11/24/2005 16:03 | 310-431-6576 | TERMINATING | DOMESTIC - SMS Message | $0.10 |
| 11/24/2005 16:10 | 720-273-5101 | ORIGINATING | DOMESTIC - SMS Message | $0.10 |
| 11/24/2005 16:12 | 310-431-6576 | ORIGINATING | DOMESTIC - SMS Message | $0.10 |
| 11/24/2005 21:53 | 760-409-4531 | TERMINATING | DOMESTIC - SMS Message | $0.10 |
| 11/24/2005 22:00 | 760-409-4531 | TERMINATING | DOMESTIC - SMS Message | $0.10 |
| 11/24/2005 22:44 | 760-409-4531 | ORIGINATING | DOMESTIC - SMS Message | $0.10 |
| 11/25/2005 16:27 | 202-321-9268 | ORIGINATING | DOMESTIC - SMS Message | $0.10 |
| 11/25/2005 21:14 | 617-275-6317 | TERMINATING | DOMESTIC - SMS Message | $0.10 |
| 11/28/2005 14:22 | 650-278-2318 | TERMINATING | DOMESTIC - SMS Message | $0.10 |
| 11/28/2005 14:25 | 650-278-2318 | ORIGINATING | DOMESTIC - SMS Message | $0.10 |
| 11/28/2005 14:30 | 650-278-2318 | TERMINATING | DOMESTIC - SMS Message | $0.10 |
| 11/28/2005 16:59 | 650-278-2318 | ORIGINATING | DOMESTIC - SMS Message | $0.10 |
| 11/28/2005 17:14 | 650-278-2318 | TERMINATING | DOMESTIC - SMS Message | $0.10 |
| 11/28/2005 18:13 | 650-278-2318 | TERMINATING | DOMESTIC - SMS Message | $0.10 |
| 11/30/2005 16:30 | 323-428-4204 | ORIGINATING | DOMESTIC - SMS Message | $0.10 |
| 11/30/2005 16:31 | 323-428-4204 | ORIGINATING | DOMESTIC - SMS Message | $0.10 |

IN    6
OUT    2

A-9

USC 0206

| | | | |
|---|---|---|---|
| 11/30/2005 21:31 | 323-428-4204 | ORIGINATING | DOMESTIC - SMS Message | $0.10 |
| 12/1/2005 12:07 | 650-804-0265 | TERMINATING | DOMESTIC - SMS Message | $0.10 |
| 12/1/2005 12:07 | 650-804-0265 | ORIGINATING | DOMESTIC - SMS Message | $0.10 |
| 12/2/2005 16:02 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.10 |
| 12/2/2005 17:54 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.10 |
| 12/2/2005 18:56 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.10 |
| 12/2/2005 19:02 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.10 |
| 12/2/2005 19:33 | 917-215-1909 | ORIGINATING | DOMESTIC - SMS Message | $0.10 |
| 12/2/2005 19:37 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.10 |
| 12/2/2005 19:38 | 917-215-1909 | ORIGINATING | DOMESTIC - SMS Message | $0.10 |
| 12/2/2005 19:40 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.10 |
| 12/2/2005 19:42 | 917-215-1909 | ORIGINATING | DOMESTIC - SMS Message | $0.10 |
| 12/2/2005 19:45 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.10 |
| 12/2/2005 19:48 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.10 |
| 12/2/2005 19:50 | 917-215-1909 | ORIGINATING | DOMESTIC - SMS Message | $0.10 |
| 12/3/2005 0:36 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.10 |
| 12/4/2005 5:10 | 617-275-6317 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/4/2005 5:12 | 617-275-6317 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 12/4/2005 19:35 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/5/2005 0:10 | 240-472-7653 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 12/5/2005 12:43 | 626-353-1433 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/5/2005 16:33 | 000-000-6245 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/5/2005 16:34 | 000-000-6245 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 12/5/2005 17:02 | 000-000-6245 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/6/2005 1:56 | 650-278-2318 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/6/2005 1:57 | 650-278-2318 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 12/6/2005 2:00 | 650-278-2318 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/6/2005 2:02 | 650-278-2318 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 12/6/2005 2:03 | 650-278-2318 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/6/2005 2:04 | 650-278-2318 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 12/6/2005 2:08 | 650-278-2318 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 12/6/2005 2:08 | 650-278-2318 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/6/2005 2:10 | 650-278-2318 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 12/6/2005 2:13 | 650-278-2318 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/6/2005 2:17 | 650-278-2318 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 12/6/2005 2:29 | 650-278-2318 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/6/2005 16:35 | 650-278-2318 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/6/2005 20:46 | 323-428-4204 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 12/8/2005 0:05 | 510-520-7281 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/8/2005 0:09 | 510-520-7281 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 12/8/2005 0:17 | 510-520-7281 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/8/2005 0:38 | 510-520-7281 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 12/8/2005 0:41 | 510-520-7281 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/8/2005 18:59 | 323-428-4204 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 12/8/2005 19:00 | 323-428-4204 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/8/2005 19:05 | 323-428-4204 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 12/9/2005 3:32 | 323-428-4204 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 12/10/2005 15:15 | 323-428-4204 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 12/10/2005 15:53 | 323-428-4204 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 12/10/2005 16:47 | 650-804-0265 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 12/10/2005 20:55 | 000-000-6245 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/10/2005 20:56 | 000-000-6245 | TERMINATING | DOMESTIC - SMS Message | $0.00 |

IN 10
OUT 4

A-10

| | | | | |
|---|---|---|---|---|
| 12/11/2005 2:38 | 650-278-2318 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/11/2005 2:38 | 650-804-0265 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/11/2005 2:39 | 650-804-0265 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 12/11/2005 2:41 | 650-278-2318 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/11/2005 2:41 | 650-278-2318 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 12/11/2005 16:42 | 310-968-5595 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/11/2005 21:19 | 240-472-7653 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/12/2005 16:59 | 301-318-3692 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/12/2005 16:59 | 301-318-3692 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 12/12/2005 17:43 | 301-318-3692 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/12/2005 17:45 | 301-318-3692 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 12/12/2005 18:24 | 301-318-3692 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/12/2005 21:07 | 323-428-4204 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/12/2005 22:05 | 650-278-2318 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/12/2005 22:13 | 650-278-2318 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 12/12/2005 22:31 | 650-278-2318 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/13/2005 1:24 | 000-000-6245 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/13/2005 17:14 | 240-472-7653 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/13/2005 17:37 | 650-278-2318 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/14/2005 14:28 | 650-278-2318 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/14/2005 15:15 | 650-278-2318 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 12/16/2005 1:37 | 650-278-2318 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 12/16/2005 4:09 | 240-472-7653 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 12/16/2005 13:56 | 301-318-3692 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/16/2005 16:52 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/16/2005 17:52 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/16/2005 20:11 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/16/2005 21:58 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/16/2005 22:00 | 917-215-1909 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 12/17/2005 16:00 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/17/2005 19:48 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/17/2005 19:55 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/17/2005 20:11 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/17/2005 20:15 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/17/2005 20:20 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/17/2005 20:22 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/17/2005 20:23 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/17/2005 20:23 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/17/2005 20:25 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/17/2005 20:28 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/17/2005 20:32 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/17/2005 20:55 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/17/2005 20:57 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/17/2005 20:58 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/17/2005 21:01 | 401-378-7044 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/17/2005 21:03 | 401-378-7044 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 12/17/2005 21:03 | 617-275-6317 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/17/2005 21:06 | 617-275-6317 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 12/17/2005 21:09 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/17/2005 21:11 | 240-472-7653 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/17/2005 21:11 | 617-275-6317 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 12/17/2005 21:14 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |

IN   21
OUT   ø

A-11

| | | | | |
|---|---|---|---|---|
| 12/17/2005 21:15 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/17/2005 21:16 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/17/2005 21:18 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/17/2005 21:19 | 626-688-3246 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/17/2005 21:20 | 626-688-3246 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 12/17/2005 21:25 | 401-378-7044 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/17/2005 21:29 | 401-378-7044 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 12/17/2005 21:32 | 401-378-7044 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/17/2005 21:48 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/17/2005 21:50 | 917-215-1909 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/18/2005 5:19 | 626-688-3246 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/18/2005 5:32 | 626-688-3246 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 12/18/2005 6:10 | 617-275-6317 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/18/2005 6:40 | 617-275-6317 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/18/2005 6:41 | 617-275-6317 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 12/18/2005 6:41 | 617-275-6317 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/18/2005 6:42 | 617-275-6317 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 12/18/2005 6:46 | 617-275-6317 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/18/2005 6:46 | 617-275-6317 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/18/2005 6:47 | 617-275-6317 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 12/18/2005 12:47 | 617-275-6317 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/18/2005 16:29 | 617-275-6317 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 12/18/2005 16:53 | 617-275-6317 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/19/2005 2:16 | 323-428-4204 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 12/19/2005 11:27 | 917-575-2519 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/20/2005 18:59 | 917-575-2519 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 12/20/2005 19:00 | 917-575-2519 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/22/2005 23:18 | 617-680-6865 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 12/22/2005 23:23 | 617-680-6865 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/22/2005 23:24 | 617-680-6865 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 12/22/2005 23:28 | 617-680-6865 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/23/2005 0:48 | 617-275-6317 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 12/23/2005 16:00 | 617-875-4968 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 12/23/2005 16:02 | 617-875-4968 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 12/23/2005 16:05 | 617-875-4968 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/23/2005 16:06 | 617-875-4968 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 12/23/2005 16:48 | 917-575-2519 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 12/23/2005 19:06 | 617-875-4968 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 12/23/2005 23:20 | 617-275-6317 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/23/2005 23:23 | 617-275-6317 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 12/23/2005 23:48 | 617-275-6317 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 12/23/2005 23:51 | 617-275-6317 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/24/2005 4:32 | 617-275-6317 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/24/2005 4:33 | 617-275-6317 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 12/24/2005 16:08 | 650-278-2318 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/24/2005 20:09 | 781-888-0216 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 12/25/2005 3:13 | 626-688-3246 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/25/2005 15:58 | 650-278-2318 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 12/25/2005 15:58 | 202-487-3670 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/25/2005 15:58 | 760-525-4452 | TERMINATING | DOMESTIC - SMS Message | $0.00 |
| 12/25/2005 15:59 | 760-525-4452 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |
| 12/25/2005 16:00 | 202-487-3670 | ORIGINATING | DOMESTIC - SMS Message | $0.00 |

IN 5
OUT 0

A-12

USC 0209

**EXHIBIT**

From amy baughman <abaughma@usc.edu>

Sent Monday, November 21, 2005 12:34 am
To pkatsu@usc.edu
Subject meeting

Dr. Katsufrakis,

I have ended up in a situation with another student that has gotten out of hand. His behavior in recent days has been inappropriate towards me and has made me very, very uncomfortable.  At the moment, things seem to have calmed down, but   I'd like to speak with you in person about it as soon as possible.  It's a rather sensitive issue and I'd prefer to not meet with you at your KAM office. I am fairly nervous about speaking with you and I suspect the other student invovled would be very upset if he knew.

Please let me know.  Thank you.

Amy Baughman

cell phone: 617 823 0032

B-13

USC 0224

**EXHIBIT C**

Date: Sat, 25 Feb 2006 16:46:05 -0500 (EST)
From: Jeffrey.D.Isaacs.99@Alum.Dartmouth.ORG (Jeffrey D. Isaacs 99)
Subject: Re: Personal letter for you.
To: pkatsu@usc.edu
Reply-to: jeffrey.isaacs@alumni.insead.edu
X-Mailer: BlitzMail® version 2.6.3b27/blitzserv 3.14a4
X-MailScanner: Found to be clean by whoville.Dartmouth.ORG
X-MailScanner-From: jeffrey.d.isaacs.99@alum.dartmouth.org
Original-recipient: rfc822;pkatsu@usc.edu

--- Forwarded message from amy baughman ---
>Date: Sun, 04 Dec 2005 12:35:49 -0800
>From: amy baughman <abaughma@usc.edu>
>Subject: Re: Personal letter for you.
>In-reply-to: <49462047@newdoc.Dartmouth.ORG>
>To: "jdi@Alum.Dartmouth.ORG" <jdi@Alum.Dartmouth.ORG>
>Priority: normal
>References: <49462047@newdoc.Dartmouth.ORG>

Jeff,

I am really sorry to hear about Mr. Baker. This is terrible news.

Let me explain why I am so reluctant to have any communication with you.

Similar to you, I also have an intense response to stress, and that mainly consists of eliminating
the original source. In this case, it was you. After seeing how upset you were intially, I realized
that you have a complicated history and I didn't want to be involved. And the more upset you got,
the more I wanted to distance myself. It may have been a selfish way to handle things, but I
believe it was the best thing for me.

You sent me over 50 messages and nonstop called me for several hours. You feel you have a
justified explanation for this. But in my mind, there is no justification for such behavior. It scared
and upset me. I told my friends because I needed their support.

But now I understand you were out of sorts. And we can put that whole thing behind us. I want
you to understand that I don't feel any animosity towards you. You are an interesting person with
lots of quirks, and you are going through a tough spot. I just feel that distance would be a good
way to let things simmer and move on asap until January. We are not friends right now, but we
can be in the future.

Right now, my focus is to study, study, study for Core 2 exams. And anything that interferes
with that is going to be a problem. I honestly can't afford to put any more time into this matter.
Please understand that like you, being at keck means the world to me, and I want to do my best -
and this means studying non-stop with no interruptions until exams end.
Good luck.
Best,
Amy

C-14

USC 0033

From Amy Baughman <abaughma@usc.edu>

Sent Friday, December 16, 2005 5:24 pm
To "jdi@Alum.Dartmouth.ORG" <jdi@Alum.Dartmouth.ORG>
Subject status

Jeff,

I told you before Thanksgiving break that I wanted no contact from you. I told you first in person outside the library, in a text message later that afternoon, and then through Dr K, and that again, at our meeting with Dr. K. You refused to such an arrangment. In response to teh email you sent the following week, I replied that I needed to focus on studying. So you did not contact me. In the past week you have approached me several times to small talk. And today, as you pointed out, exams are finished.

However, based on our interactions up to date, I do not feel we can or should be friends. You have made me uncomforble on several occasions (barrage of phone calls to texts, then refusing to stop contacting me, and then continuing to try small talking with after I've repeated told you I want nothing to do with me) which culminated in today's counter productive conversation. Today confirmed that communication between us on any level is a bad idea.

Perhaps I have been unclear. i will spell it out here. I do not want to receive any more email, phone or text contact from you. I do not want any further "explanations" from you. Things unraveled in an unpleasant way and nobody is at fault. I realize that you may have a strong reaction to this letter, and I suggest you direct your feelings towards another party. I want NOTHING else to do with this situation and from this point on will do everything in my power to make it so. I am putting this whole business behind me and I hope you can too.

I believe that we can coexist in medical school. There are close to 200 students in our class and there is absolutely no need for us to be on good, friendly, or any terms at all. We both worked hard to get here and deserve to try our best in making it work. For me to do this, I need you to leave me alone.

Amy

C-15

**USC 0179**

**EXHIBIT D**

From Jeffrey.D.Isaacs.99@Alum.Dartmouth.ORG (Jeffrey D. Isaacs 99)

Sent Saturday, December 24, 2005 4:13 am
   To abaughma@usc.edu
Subject status post

Dear Amy,

I'm writing about what happened between us last semester. This email is meant to be reconciliatory, but I must apologize in advance because this effort requires some transparency.

You asked me not to contact you ever again on Friday; you did this about a month ago as well. In contrast, over the past two weeks you sent me some letters that seem civil and caring. You also spoke with me on two occasions: first in anatomy review, and second, immediately following exams. I thought our discussion in anatomy review was actually quite warm given the circumstances. Afterwards I noticed you come into the library, look at me and cough, and proceed to leave the room. Both of our discussions were almost exclusively about exams and, moreover, the death of my best friend's father. Your reference to this as small talk was somewhat insulting to me and, indirectly, my friends. But I understand that a lot of tension built up, and by Friday, your email to me carried with it deep frustration. Nevertheless, I am disappointed and wonder what happened. I can't think of anything I did to explain this. I can only guess at what may have influenced your change. Earlier in the week, a friend of yours enquired in a probing way about my relationship with my best friend. I made a difficult decision not to go to the memorial service. In retrospect it was the right decision, only because I passed Core so narrowly that going to NY would have been precarious at best. Should you have questions about this situation, George will be in San Diego in early January staying on his yacht, and you are more than welcome to query him directly. All I know is that last Friday, I was informed that you asked people to keep me away from you. I was surprised, and sought elaboration from you . We had a counterproductive discussion in some kind of laboratory - there are better things we could have been doing after exams.

You dismissed the value of "explanations" in your previous letter, and generally I am of the same philosophy. I was hoping to talk about things in a laid-back environment to establish trust. This email will have to suffice. I want to provide a few additional details, given that I've already written you partial explanations. First, I mentioned PTSD as a reason why I didn't start medical school until now. It's a contributing factor but perhaps an oversimplification. Even a basic google search on me would reveal an early interest in health care technology development. My father, who got his doctorate at Penn, arranged for me to be mentored by a few individuals that made world-class contributions to global health care. I have aspired to achieve like some of these friends from a young age, and hence made some uncommon decisions accordingly. I think I mentioned to you once that as a child and teenager, I spent alot of summers in the Vineyard with one of my close mentors/family friends. Anyway, long story short, graduating college in the peak of the tech boom, I thought venture capital was the best way to contribute to this field. Moved to Paris to work - still miss driving my Vespa around carefree, and the parties, with all the music that you make fun of. This turned into a position in NYC, and gave me continued independence from everything in making decisions. I started thinking about what to do for the rest of my life and entered a one-year international studies program in Asia to reflect. Racking up degrees was not my plan nor anything I endorse, per se. It was supposed to be a one-year MBA, but I spread it out over two years to vacation throughout Asia and Oceania. Much of these years including and following Dartmouth consisted of extravagance and elitism that I came to question; it was also once-in-a-lifetime experience that I don't shun by any means. I reconsidered alot of Western ideals and their importance, and decided international med was where I should focus in the near term. I spent four months sailing the barrier reef with a med student from New Zealand, who tutored me for the MCAT on our boat. I considered attending the same British med school as she, and my acceptance there has been held open for two years. Ultimately I held out to see what US options I had. What this meant, though, was that I had to defer a perfectly good med school position and keep my fingers crossed for USC.. It sucked, I went to law school for a semester, put on twenty pounds, and then went to Sri Lanka. Worst year of my life(except Sri Lanka). I know this caused me to get off to a late start in becoming engaged with everything at Keck. USC was by far my top choice among American med schools; I applied early and think the clinical work is amazing. I even miss LA a bit.

So given that brief, unfairly brief, synopsis, I want to say that I am thankful to you for, perhaps without your knowledge, helping me through some issues. My mood and spirits lifted after Core I and you were around me during this period. I lost fifteen pounds during Core II and feel much happier. I think this has been a source of confusion; we had significant problems, and meanwhile, I'm feeling more engaged and able to live present-day. Basically I think sometime around the Mexico trip I was able to start putting the prior year behind me, which as I said, was the worst year of my life by far. So yeah, summing it up, you holding my hand for a few minutes to go swimming at 2AM in Mexico had much greater ramifications than you probably imagined. That was supposed to be a joke - at the same time, it's serious enough that I wrote this letter. I don't expect anything from you. Like I said last week, however, it would mean alot to me if we are able to be friends - in whatever capacity you may prefer.

I feel this email is a reasonable effort to get to the bottom of all this and figure out the best way to put it behind us. To this extent, the ball is very much in your court. I realize sometimes you get second chances, and sometimes you don't. I'm amenable to whatever you want at this point, you don't owe me anything. I do think we are two rational med students who can manage this on our own. You said it to me earlier in the year, you are very good at influencing dynamics, so I have faith you could make this situation as you'd like.

I am sending this letter very close to Christmas; I don't know what that means to you - actually I'm still perplexed why, in Las

D-16

USC 0180

Vegas, you approached me and emphatically remarked "You aren't Christian, are you?" . So for what that's all worth, have a
great xmas.

Best regards,
Jeff

USC 0181

D-17

From Jeffrey.D.Isaacs.99@Alum.Dartmouth.ORG (Jeffrey D. Isaacs 99)

Sent Wednesday, December 28, 2005 4:13 am
    To abaughma@usc.edu
Subject Greetings from a dilapidated train

Dear Amy,

Should have gotten the aircon train. Actually I'd rather have no laptop and no aircon..

Please understand I'm not writing you to be defiant. I am trying to mitigate a situation that, as you said, unraveled in an
unpleasant way. I personally do not believe I did anything to warrant you feeling so uncomfortable. Yes, I regret doing a few
things that were really pretty unkind, and the more sleep I get, the more I am embarrassed about these errors.

I like you and am curious about you as a person, and I'm pretty sure you know this much. I am of the firm belief that unjust
peer pressure at Keck exacerbated our tension. I think you would agree there is pervasive commentary about our interaction.
For example, and relatively benign in context, I remember hearing people joke with you about getting into the shower with me
in Mexico. You say that I worry about what others think, but I have to say I think it's you who does. Most people I know have
very strong 'backbones' and I expect this out of my friends. I try to enjoy a separate social life from med school, and only seek
to maintain a good working relationship with most people in our class. In a little over a year the classroom atmosphere will go
away, and I'm more interested in sustained friendship in terms of doing overseas work, vacationing with friends, etc etc. Other
than the fluke semester at law school, most recently I've been around older people at a later stage of life. Anyway, given all
this I am in agreement that we shouldn't talk at school because it seems to make things more difficult. A civil and respectable
conversation with me outside of school is more my style, and I'd really enjoy the opportunity to get to know one another better
one of these days. I don't mention you to anyone at school anymore, so if it's "pride" getting in the way of us reaching a truce
or even friendship, please try to see beyond that.

I am willing to go out of my way to make you comfortable and prevent any professional problems for either of us. If, indeed,
your stance is to be totally left alone as per your email dated Dec 16th, I will be compliant in resolving such a request. Both of
us had tears in our eyes this day, and I personally think we were exhausted more than anything else. Regardless, I hereby
offer to cover all legal fees to draft whatever agreement you reasonably need - from changing study spaces, parking lots, etc
if you so desire. I think it's unnecessary, but at your request, I shall honor this offer which is probably more favourable to you
than most other remedies available for this situation.


    Sincerely,
    Jeffrey D. Isaacs

USC 0182

D-18

From Jeffrey.D.Isaacs.99@Alum.Dartmouth.ORG (Jeffrey D. Isaacs 99)

Sent Friday, December 30, 2005 6:17 pm

To abaughma@usc.edu

Subject

Dear Amy,

Tonight is New Years Eve and I head back to LA tomorrow. Quite honestly, it really hurts that you didn't respond at all over break. I genuinely thought you might rethink what you said and wrote to me on the 16th. There is little I would not do to be on better terms with you. I mean that. I have my ideas for how this could happen, but I think it's best to leave a blank slate open for you to consider.

-Jeff

USC 0183

D-19

**EXHIBIT**

From Jeffrey.D.Isaacs.99@Alum.Dartmouth.ORG (Jeffrey D. Isaacs 99)

Sent Thursday, January 5, 2006 8:41 pm
To abaughma@usc.edu
Subject sorry, Amy

Hey Amy,

I want to say how sorry I am for how I treated you last semester. This should have come earlier but there was just way too much emotion, bronchitis, and jet travel involved. I'd like to forgive and forget the whole thing ever happened.

It's asking a huge favor, but I feel like there is a middle ground that we could go back to that would help me alot. For me, sitting in any room with someone who said they want nothing to do with me is continually painful and not something I want to be the case during the rest of medical school. I don't know if you can understand what that is like, and being a rather sensitive person, it really is tough for me.

George was asking me about what happened. He suggested, and I think it would actually be very nice, that we meet during his trip to SoCal next week. He's staying with me in Santa Monica next monday/tuesday before heading down to stay in San Diego for a week -his father had just built a yacht to circle the world in, and George is deciding what to do with it. I'm pretty sure you and I have friends/acquaintances in common and I do feel terribly about what happened regardless. I hope you consider this as simply a gesture of goodwill, and a significant one for me.

I'm planning on moving forward this semester. To kick start this process, I know it would be easier if we could be on friendly terms (as you define them). If there's any chance you could share your response when you have time, or preferably discuss with me, it would be helpful.

I know some of my letters have not been the most direct. I admire and usually consider myself a straight-shooter and I hope you sense from this letter that I am being completely honest and fair with you.

Regards,
Jeff

USC 0184

E-20

**EXHIBIT**

From Jeffrey.D.Isaacs.99@Alum.Dartmouth.ORG (Jeffrey D. Isaacs 99)

Sent Friday, January 6, 2006 3:51 pm
   To ab002i@yahoo.com , abaughma@usc.edu
Subject Forwarding of email.

Dear Ms. Baughman:

That was not right of you to forward my email containing George's invite to another guy in our class. That was private. You told me you kept my emails to yourself.

Signed,
Jeffrey Isaacs

F-21

USC 0240

From Jeffrey.D.Isaacs.99@Alum.Dartmouth.ORG (Jeffrey D⟨Isaacs 99)
Sent Saturday, January 7, 2006 4:39 am
To ab002i@yahoo.com , abaughma@usc.edu
Subject Yo Amy

Do you want me to drop out of med? If so, just tell me and I will.There are other things I could be doing than putting up with this crap. I think it's a pretty steep price to pay for being attracted to you, even though I do feel sorry for how I handled the situation. I know you get the gist, but you never gave me a decent chance - but hey, that's your call. All I know is that there is nothing in my past that couldn't be made distant history by a somewhat normal med school experience. and although it was very real, much of it was not. You could help me instead of making it worse, but again, do whatever you want.. I'm beyond threatening lawsuits or any ridiculousness like that-I only fight battles worth fighting. To spell it out -- I DONT HOLD ANYTHING AGAINST YOU BUT ID LIKE THE STUPIDITY TO END. we're just two people that shit, eat, breathe, (and go to Keck SOM)... oh yeah and we're both children of half german half english Pennsylvania boys.. so whatever.

You can disregard my previous email. I won't mention things to you without the expectation that the whole class will probably hear. i'd like things to be between you and I but that's not my decision. And I won't call you - your friend said something tonight about changing your number because of me..please don't inconvenience yourself. If I have something to say I'll say it this way if you still let me. I was actually having a pretty fun time tonight and not thinking about all this until people started coming up to me and asking questions. FYI I am sober, I had two beers around 11PM.

Wanted to ask you about the imsig thing since I'll be in San Diego anyway. not a big deal, oh well.

peace.

F-22

**USC 0241**

Case 2:06-cv-03338-GAF-E    Document 69    Filed 03/31/08    Page 30 of 61    Page ID
#:435

From Jeffrey.D.Isaacs.99@Alum.Dartmouth.ORG (Jeffrey D. Isaacs 99)

Sent Saturday, January 7, 2006 2:33 pm
To ab002i@yahoo.com , abaughma@usc.edu
Subject Yo again

Slept well despite a few nightmares about you. I am seriously considering dropping out, waiting for exam results but the bigger issue is you. I can't be around you for four years like this. I'm not one to beg, Amy, but in this case, I am pleading with you to have a discussin with me or me and a friend.

this is where the suit was from last night... you don't even get my good stories like this, just bring out my worst.

Camilla's son was 'drugs supplier'
From the archive, first published Monday 24th May 1999.

Camilla Parker Bowles's son supplied pals with drugs while he studied at Oxford University, claim his ex-college friends.

Prince Charles's godson Tom Parker Bowles, 24, bought cocaine, ecstasy and cannabis for himself and friends during his three years at Worcester College.

One source told a Sunday paper: "I would put an order in and Tom would come back with what I wanted."

During his first year, he was arrested for possession of ecstasy tablets and cannabis after being searched leaving a south London nightclub. He claimed the drugs were for personal use and escaped with a caution.

Mr Parker Bowles confessed to taking cocaine last week and has since promised his mother and Prince Charles he will stay clean.

Another friend said: "Tom was well known as a heavy drug user and somebody who could get you drugs if you wanted them. He was quite open about taking drugs and when he went to buy them from dealers, he would often get them for his friends too.

"He seemed to be able to get pretty much anything I needed - cocaine, cannabis, Ecstasy. He certainly liked to party and drugs and alcohol were a very important part of his life. They were an important part of a lot of people's lives at Oxford and from what I understand, they still are." Parker Bowles became a 'baron' of the secretive society, Assassins, known for its bizarre parties and drinking sessions.

He was a founder member of the Oxford 'brat-pack' which included Lord Frederick Windsor, son of Prince and Princess Michael of Kent, Piers Adam, founder of fashionable K-Bar chain, and Peregrine Hood, son of 4th Viscount Bridport, who is now described as 'out of control'.

Prince Charles is said to be 'fraught with worry' that William is now seen out with the group and has asked his son directly if he has ever taken drugs.

The Marquess of Blanford, heir to Blenheim Palace at Woodstock, admitted being addicted to cocaine for five years, and said: "I know to my own personal cost that drugs ruin your health, disturb your mind, cost all your money and hurt family and friends. "Tom might not know it yet. He might be so deeply in danger that he thinks all this is funny, but he is now a moving target. I hope this is the shock he needs to turn his life around."

F-23

USC 0242

From Jeffrey.D.Isaacs.99@Alum.Dartmouth.ORG (Jeffrey D. Isaacs 99)          ▶

Sent Saturday, January 7, 2006 2:47 pm
To abaughma@usc.edu
Subject Yo again (2) email prob

Slept well despite a few nightmares about you. I am seriously considering dropping out, waiting for exam results but the bigger issue is you. I can't be around you for four years like this. I'm not one to beg, Amy, but in this case, I am pleading with you to have a discussin with me or me and a friend.

this is where the suit was from last night... you don't even get my good stories like this, just bring out my worst.


Camilla's son was 'drugs supplier'
From the archive, first published Monday 24th May 1999.

Camilla Parker Bowles's son supplied pals with drugs while he studied at Oxford University, claim his ex-college friends.

Prince Charles's godson Tom Parker Bowles, 24, bought cocaine, ecstasy and cannabis for himself and friends during his three years at Worcester College.

One source told a Sunday paper: "I would put an order in and Tom would come back with what I wanted."

During his first year, he was arrested for possession of ecstasy tablets and cannabis after being searched leaving a south London nightclub. He claimed the drugs were for personal use and escaped with a caution.

Mr Parker Bowles confessed to taking cocaine last week and has since promised his mother and Prince Charles he will stay clean.

Another friend said: "Tom was well known as a heavy drug user and somebody who could get you drugs if you wanted them. He was quite open about taking drugs and when he went to buy them from dealers, he would often get them for his friends too.

"He seemed to be able to get pretty much anything I needed - cocaine, cannabis, Ecstasy. He certainly liked to party and drugs and alcohol were a very important part of his life. They were an important part of a lot of people's lives at Oxford and from what I understand, they still are." Parker Bowles became a 'baron' of the secretive society, Assassins, known for its bizarre parties and drinking sessions.

He was a founder member of the Oxford 'brat-pack' which included Lord Frederick Windsor, son of Prince and Princess Michael of Kent, Piers Adam, founder of fashionable K-Bar chain, and Peregrine Hood, son of 4th Viscount Bridport, who is now described as 'out of control'.

Prince Charles is said to be 'fraught with worry' that William is now seen out with the group and has asked his son directly if he has ever taken drugs.

The Marquess of Blanford, heir to Blenheim Palace at Woodstock, admitted being addicted to cocaine for five years, and said: "I know to my own personal cost that drugs ruin your health, disturb your mind, cost all your money and hurt family and friends. "Tom might not know it yet. He might be so deeply in danger that he thinks all this is funny, but he is now a moving target. I hope this is the shock he needs to turn his life around."

F-24

USC 0189

From Jeffrey.D.Isaacs.99@Alum.Dartmouth.ORG (Jeffrey D. Isaacs 99)

Sent Saturday, January 7, 2006 8:12 pm
To ab002i@yahoo.com, abaughma@usc.edu
Subject Request for counseling

Hey Amy,

I have been thinking alot today. And not eating - I have barely been able to eat for a while.
First, I want to address why I wrote you four emails today.

I was planning to minimize contact with you assuming you did the same. This did not happen. Yesterday at MedProm I
understand you requested that friend(s) to speak with me. When I entered the Pre-Prom party, you left the room for the
remainder of the party and I felt bad. I want to tell you that I intentionally showed up at 9:30 just to share taxis, as I did not
want there to be any uncomfort if you were there (which I didn't know but thought was likely). Unfortunately there was a
problem with the taxis and I ended up being there for almost an hour before they arrived.

At the MedProm itself, you made physical contact with me twice. Noone else that entire evening, except Krishna who tends to
now tap/push me when he sees me, made contact with me. Many people had more to drink than you (judging by the color of
your cheeks), so I cannot accept that this was accidental both times. The first incident I walked over to join part of my ICM
group in line for the bar. Apparently you told them you were "going to leave", so presumably you saw me walking towards the
group in line. You then walked towards my direction and firmly tapped my hip. On the second occassion, I was on the dance
floor about eight feet from you, when you backed into me abruptly, pretended to be surprised to have bumped into me, then
quickly went to the other side of the dance floor.

The reason I tell you this is so you know EXACTLY what I am thinking/perceiving.

I am concerned about this situation, perhaps more so than ever. A month ago Dr. K mentioned to me the possibility of
counseling through student health that could involve both of us. I was wondering if you would be receptive to this. As you
know, I am seriously considering my place at Keck and attribute this primarily to what transpired with you. If this counseling
sounds like a possibility you can let me know or bring it up with Dr K or someone. I hope you consider it, since you haven't
responded to my request that you join up with George to talk about this. He's one of the most reputable people I have ever
met and I think this is a good opportunity to calm things down. I'll be spending much of the week with him, so I think an hour
with you too would be a good change of mindset, actually.

I don't know your philosophical beliefs but if you could forgive on some level and try to help patch some problems that relate
to you, I think in the long run you'd be happy you made that choice.

Jeff

F-25

USC 0191

From Jeffrey Isaacs <jeffreydi1999@yahoo.com>

Sent Saturday, January 7, 2006 10:02 pm

To ab002i@yahoo.com , abaughma@usc.edu , jdi@alum.dartmouth.org

Subject Request for counseling and dif't email acct

Hey Amy,

I have been thinking alot today. And not eating - I have barely been able to eat for a while.
First, I want to address why I wrote you four emails today.

I was planning to minimize contact with you assuming you did the same. This did not happen. Yesterday at MedProm I understand you requested that friend(s) to speak with me. When I entered the Pre-Prom party, you left the room for the remainder of the party and I felt bad. I want to tell you that I intentionally showed up at 9:30 just to share taxis, as I did not want there to be any uncomfort if you were there (which I didn't know but thought was likely). Unfortunately there was a problem with the taxis and I ended up being there for almost an hour before they arrived.

At the MedProm itself, you made physical contact with me twice. Noone else that entire evening, except Krishna who tends to now tap/push me when he sees me, made contact with me. Many people had more to drink than you (judging by the color of your cheeks), so I cannot accept that this was accidental both times. The first incident I walked over to join part of my ICM group in line for the bar. Apparently you told them you were "going to leave", so presumably you saw me walking towards the group in line. You then walked towards my direction and firmly tapped my hip. On the second occassion, I was on the dance floor about eight feet from you, when you backed into me abruptly, pretended to be surprised to have bumped into me, then quickly went to the other side of the dance floor.

The reason I tell you this is so you know EXACTLY what I am thinking/perceiving.

I am concerned about this situation, perhaps more so than ever. A month ago Dr. K mentioned to me the possibility of counseling through student health that could involve both of us. I was wondering if you would be receptive to this. As you know, I am seriously considering my place at Keck and attribute this primarily to what transpired with us. If this counseling sounds like a possibility you can let me know or bring it up with Dr K or someone. I hope you consider it, since you haven't responded to my request that you join up with George to talk about this. He's one of the most reputable people I have ever met and I think this is a good opportunity to calm things down. I'll be spending much of the week with him, so I think an hour with you too would be a good change of mindset, actually.

I don't know your philosophical beliefs but if you could forgive on some level and try to help patch some problems that relate to you, I think in the long run you'd be happy you made that choice.

Jeff

_____

Yahoo! Photos □ Showcase holiday pictures in hardcover
Photo Books. You design it and weÂ□ll bind it!

F-26

**USC 0192**

**EXHIBIT G**

From Facebook <confirm@facebook.com>
Sent Saturday, January 7, 2006 7:20 pm
To abaughma@usc.edu
Subject jeffrey isaacs has listed you as a friend...

Jeffrey Isaacs has requested to add you as a friend, but before we can
do that, you must confirm that you are in fact friends with Jeffrey.

To confirm this request, go to:
http://usc.facebook.com/confirminvite.php

Thanks,
The Facebook Team.

+ message on Facebook (deleted)

G -27

USC 00190

**EXHIBIT H**

From Jeffrey.D.Isaacs.99@Alum.Dartmouth.ORG (Jeffrey D. Isaacs 99)

Sent Sunday, January 8, 2006 1:21 pm
To abaughma@usc.edu
Subject Beach

Amy,

Going for a run on the beach. Made me think, all I am still asking for is a chance to talk to you in private, with no pressure
from anyone else, no recorded emails, etc etc. Maybe we could go for a walk on the beach or something. Everytime we have
spoken since mexico you have put me on the defensive, which I think is why there is this skewed perspective now. There's
just stuff I haven't been able to say over email and in fact, what I have said is mostly negative stuff about me, I've realized. I
guess this is asking a lot, from your perspective, but to me it's pretty reasonable and important.

I read your facebook profile. Didn't know you sailed...i didn't think you were the adventurous type given your comments about
flying. we can go sailing too if you'd like. one thing i wanted to talk about in person was the whole friends/date thing, and I
think i've said things which give you the wrong impression of how I think of things in this regard. But I don't think , at this point,
anything I say over email or in a pressured conversation will mean much to you, and that is why I want to talk somewhere,
admittedly, on my terms for an hour.

Have a nice day.

Jeff

H-28

USC 0193

**EXHIBIT**

From Amy Baughman <abaughma@usc.edu>
Sent Sunday, January 8, 2006 8:58 pm
To Peter J Katsufrakis <pkatsu@usc.edu>
Subject jeff isaacs and restraining order

Dr. K,

I'd like to talk to you tomorrow (monday) if you have a moment. I am planning on filing for a restraining order through the school tomorrow. I was going to call the Center for Women and Men and see what they suggest, but the general consensus from my friends and family is that my current strategy is not working. Jeff followed me around at Med Prom and has sent me numerous emails over the weekend and also over break. I haven't responded to anything, having sent a clear email before break stating that I wanted zero contact from him. I have a new cell phone number but I am having trouble blocking him from my email. But the bottom line is that I feel like he's stalking me and he's hit a 10 on my creepometer. Please let me know if you have a moment. My new cell is 617 913 5209. Thanks.

Amy Baughman

I-29

USC 0233

**EXHIBIT .**

From Peter J Katsufrakis <pkatsu@usc.edu>

Sent Monday, January 9, 2006 7:46 am
  To Amy Baughman <abaughma@usc.edu>
Subject Re: jeff isaacs and restraining order

Amy,

Your plan makes sense.  Coincidentally, I have been trying to set up a
meeting with one of the DPS officers to discuss the matter with you both,
to explain options, outline expectations, etc.  If you think this is no
longer necessary, please let me know.

I have a meeting that will probably run until 9:30, and then should be in
my office and available before noon.  See you soon?

PJK


At 08:58 PM 1/8/2006 -0800, you wrote:
>Dr. K,
>
>I'd like to talk to you tomorrow (monday) if you have a moment.  I am
>planning on filing for a restraining order through the
>school tomorrow.  I was going to call the Center for Women and Men and see
>what they suggest, but the general consensus
>from my friends and family is that my current strategy is not
>working.  Jeff followed me around at Med Prom and has sent me
>numerous emails over the weekend and also over break.  I haven't responded
>to anything, having sent a clear email before
>break stating that I wanted zero contact from him. I have a new cell phone
>number but  I am having trouble blocking him
>from my email.  But the bottom line is that I feel like he's stalking me
>and he's hit a 10 on my creepometer.  Please let me
>know if you have a moment. My new cell is 617 913 5209. Thanks.
>
>Amy Baughman

J-30

USC 0234

From Peter J Katsufrakis <pkatsu@usc.edu>

Sent Monday, January 9, 2006 10:04 am
To Amy Baughman <abaughma@usc.edu>
Subject Re: jeff isaacs and restraining order

Amy,

I just spoke to Sgt. Baker, and he agreed that he should just let you
pursue the process with the Center for Women & Men. When a stay away
letter results, we need to let DPS know, and I believe this happens
automatically. So, no further action needed presently by DPS until you
complete the Center's process.

PJK


At 08:58 PM 1/8/2006 -0800, you wrote:
>Dr. K,
>
>I'd like to talk to you tomorrow (monday) if you have a moment. I am
>planning on filing for a restraining order through the
>school tomorrow. I was going to call the Center for Women and Men and see
>what they suggest, but the general consensus
>from my friends and family is that my current strategy is not
>working. Jeff followed me around at Med Prom and has sent me
>numerous emails over the weekend and also over break. I haven't responded
>to anything, having sent a clear email before
>break stating that I wanted zero contact from him. I have a new cell phone
>number but I am having trouble blocking him
>from my email. But the bottom line is that I feel like he's stalking me
>and he's hit a 10 on my creepometer. Please let me
>know if you have a moment. My new cell is 617 913 5209. Thanks.
>
>Amy Baughman

J-31

USC 0235

**EXHIBIT K**

From Jeffrey.D.Isaacs.99@Alum.Dartmouth.ORG (Jeffrey D. Isaacs 99)

Sent Monday, January 9, 2006 12:03 pm

To abaughma@usc.edu

Subject

Are you going to reply to me or just forward my emails to others?

K-32

From Jeffrey.D.Isaacs.99@Alum.Dartmouth.ORG (Jeffrey D. Isaacs 99)

Sent Monday, January 9, 2006 1:59 pm
  To abaughma@usc.edu
Subject Lawsuit

Dear Ms. Baughman,

I did not attend class today as I was preparing a lawsuit against you. I realize I have wavered on this issue, partially because I was keeping my fingers crossed for a resolution, and partially because you have made me unstable in this regard.

My friend is visiting LA beginning tomorrow for one week. If I do not hear from you during this period, I will forward the relevant court service process to you and your father at his NIH mailing address. I can tell you my choice is to review the facts of the case with the appropriate parties in order to reach a timely settlement, in lieu of filing.

Any follow up to this letter must be addressed to this email address.

Regards,
Jeffrey D. Isaacs

K-33

USC 0195

Ms. Amy Wisteria Baughman
via MDL at USC Keck School

27 Clinton Street                    ?,
Cambridge, MA  02139

K-34

USC 0197

January 1, 2006
Los Angeles, CA

# JEFFREY D. ISAACS

Dear Ms. Baughman:

I did not attend class today as I was preparing a lawsuit against you. I realize I have wavered on this issue, partially because I was keeping my fingers crossed for a resolution, and partially because you have made me unstable in this regard.

My friend is visiting LA beginning tomorrow for one week. If I do not hear from you during this period, I will forward the relevant court service process to you and your

K-35

USC 0198

I can tell you my choice is to review the facts of this case with the appropriate parties in order to reach a timely settlement, in lieu of filing.

Any follow up to this letter shall be addressed to JDI @ ALUM. DARTMOUTH. ORG.

Regards,

Jeffrey D. Deans

K-36

USC 0199

**EXHIBIT L**

**USC**

UNIVERSITY
OF SOUTHERN
CALIFORNIA

Student Affairs

January 10, 2006

Jeffrey Isaacs
425 Broadway #408
Santa Monica, CA 90401

Dear Mr. Isaacs:

Amy Baughman has asked that, pending a possible Student Judicial Affairs review, I require you and her each to avoid contact with the other until such time as this order is lifted in writing by Student Judicial Affairs. The Vice President for Student Affairs has delegated to me the authority to make this order based on the right of every USC student to avoid contact with another student if he or she determines that such contact may be harmful or detrimental. This order does not imply any judgment regarding the factual nature of Ms. Baughman's complaint.

With this information in mind, I ask both you and Ms. Baughman's to refrain from:

i)    approaching one another at any time;
ii)   calling one another at any time;
iii)  sending via campus or regular mail or e-mail or text message, anything to one another;
iv)   contacting or communicating with one another – including through a third party – in any way at any time.

This letter will remain in a file in my office and will be made available to the appropriate university personnel if a grievance or Student Judicial Affairs complaint is filed by either party against the other party regarding further difficulties and/or breach of this order. If you have questions about this matter, please be in touch with Raquel Torres-Retana at Student Judicial Affairs, or with the representative of Student Affairs whom Ms. Torres-Retana will assign to assist you in understanding the processes involved.

Sincerely,

Lynette S. Merriman
Associate Dean

cc.   Amy Baughman
      Raquel Torres-Retana, Director, Office for Student Judicial Affairs
      Department of Public Safety

University of
Southern California
Student Union 201
Los Angeles,
California 90089-4891
Tel: 213 740 2421
Fax: 213 740 5229

L-37

USC 0201

**EXHIBIT M**

Amy Baughman, 07:32 PM 2/17/2006 -0800, Fwd: returned mail

(ORCPT abaughma@usc.edu); Fri, 17 Feb 2006 18:45:27 -0800 (PST)
Received: from emsvr.com (localhost [127.0.0.1])
   by emsvr.com (8.12.11/8.12.10/CWT/DCE) with ESMTP id k1I2jNSp010945    for
&lt;abaughma@usc.edu&gt;; Sat, 18 Feb 2006 02:45:23 +0000 (GMT)
Received: (from mail@localhost) by emsvr.com (8.12.11/8.12.11/Submit)
id k1I2jNWH010941    for abaughma@usc.edu; Sat, 18 Feb 2006 02:45:23 +0000 (GMT)
Received: from [205.188.157.36] by emsvr.com [208.185.243.103]
  &lt;abaughma@usc.edu&gt;  on-behalf-of Jetyssey@aol.com; Sat Feb 18 02:45:21 2006
Received: from imo-d04.mx.aol.com (imo-d04.mx.aol.com [205.188.157.36])
   by emsvr.com (8.12.11/8.12.10/CWT/DCE) with ESMTP id k1I2jKaB010930    for
&lt;abaughma@usc.edu&gt;; Sat, 18 Feb 2006 02:45:21 +0000 (GMT)
Received: from Jetyssey@aol.com   by imo-d04.mx.aol.com (mail_out_v38_r7.3.)
id s.1e.54e0251c (17377)   for &lt;abaughma@usc.edu&gt;; Fri,
17 Feb 2006 21:45:12 -0500 (EST)
Content-return: allowed
Resent-date: Sat, 18 Feb 2006 02:45:23 +0000 (GMT)
Date: Fri, 17 Feb 2006 21:45:12 -0500 (EST)
Resent-from: Jetyssey@aol.com.mbrxjvcgqbpdsxk.emsvr.com
From: "Jetyssey@aol.com" &lt;Jetyssey@aol.com&gt;
Subject: returned mail
To: abaughma@usc.edu
Errors-to: Jetyssey@aol.com.mbrxjvcgqbpdsxk.emsvr.com
Reply-to: Jetyssey@aol.com
Resent-message-id: &lt;200602180245.k1I2jNWH010941@emsvr.com&gt;
Message-id: &lt;1e.54e0251c.3127e438@aol.com&gt;
MIME-version: 1.0
Content-type: text/html; charset=US-ASCII
Content-disposition: inline
Notice-Requested-Upon-Delivery-To: Jetyssey@aol.com.mbrxjvcgqbpdsxk.emsvr.com
X-Mailer: 9.0 for Windows sub 5043
X-Spam-Flag: NO
Original-recipient: rfc822;abaughma@usc.edu

this came back returned from earlier from my dartmouth account.

subj:text message

not sure if your phone received a text I just sent you. I failed my exam today and it will be difficult
to even face my family or my friends who I was supposed to hang out with this week in San
Diego. People have done so much for me and everyone thought I had finally hit it right – med
school in CA would be perfect for me. I feel like i've given up so much that I will risk telling you
what I have been holding back.

I got to USC and part of me still wanted to be in med school in another country with my ex-
girlfriend. Because of this, I couldn't be my normal self and was reluctant to make friends since I
wanted to leave. I knew what I was normally like, but none of you did. You changed this for me. I
started to see the possibility of feeling like my self again. I thought you were on the same
wavelength with your email understanding that I was 'feeling out of sorts,' but I wasn't sure. I am

M-38

USC 0031

Case 2:06-cv-03338-GAF-E    Document 69    Filed 03/31/08    Page 53 of 61   Page ID
#:458
Amy Baughman, 07:32 PM 2/17/2006 -0800, Fwd: returned mail

sorry for what I am about to say, I didn't even realize what was going on at the time, but I honestly believe that I fell in love with you. Call it foolish, clearly unrequited, but it happened. I have thoroughly embarrassed myself because I was unable to deal with emotions stemming from these feelings and how they related to the worst episode in my life - a girl whose father wouldn't let her marry me because of my religious background.  what my ex-girlfriend's father did to me caused me to overreact and jump to conclusions, hence the email to your father, just because of his relationship with Dean Henderson. But this was my issue, and you didn't deserve any of this in your first semester of medical school.

I accept full responsibility for my inappropriate actions and will do so in the SPC hearing.  I want to move on and realize my potential. The 61 I got on heme is just the way things worked for me , because I had to get over some things to focus on med. I think i'll be able to now, and hopefully time will prove me right.  I just want you to know that I feel guilty beyond words for causing you any pain. The biggest loss for me here is not the 61, the public embarrassment, but rather, feeling guilty that I unintentionally put you through my own sorting out of issues.

I am sorry.

Jeff

M-39

USC 0032

**EXHIBIT N**

Amy Baughman, 07:22 PM 2/25/2006 -0800, Fwd: I think this is everything..off to San Diego

Date: Sat, 25 Feb 2006 19:22:06 -0800
From: Amy Baughman <abaughma@usc.edu>
Subject: Fwd: I think this is everything..off to San Diego
To: budartur@usc.edu, erinquin@usc.edu, pkatsu@usc.edu
X-Mailer: Sun Java(tm) System Messenger Express 6.2-5.02 (built Dec  1 2005)
X-Accept-Language: en
Priority: normal

Date: Sun, 19 Feb 2006 20:11:52 -0500 (EST)
Resent-from: Jetyssey@aol.com.ekponjqggfkptzi.emsvr.com
From: "Jetyssey@aol.com" <Jetyssey@aol.com>
Subject: I think this is everything..off to San Diego
To: abaughma@usc.edu
Cc: jdi@alum.dartmouth.org

-Yesterday a friend called me from NYC. He was in my fraternity at Dartmouth. He's Chinese,
incidentally. Wanted to see how things are going, he hadn't heard and was completely shocked.
Had been camping with him this summer and we were talking about how perfect everything was
looking for both of us - he's a successful financier. Anyway, he reminded me of a time at
Dartmouth where I (drunkenly) kicked down his door in our fraternity and he didn't talk to me for a
week. I tell you this because I think you are like me in that regard and have done some silly
things, but who hasn't. But I think, call me crazy, you are sometimes self-destructive (like me)
because of some conflict on the whole hybrid vigor thing. That's really what I wanted to get
across if we ever could have had group counselling, which I know, seemed silly considering our
relationship consisted of a lousy back massage.. Back to my fraternity friend, point is, anyone
who knows me could tell you a few (or a bunch of) funny stories, but they'd only tell them in the
context of harmless quirks - because I am someone who, until now, had everything going for me
despite some adversity(and other times, privilege) in my life. Well he told me he could help me
get a job in his investment bank if I got kicked out - I replied I didn't want to give up on medicine
just yet.

-Back before Core I exams, you were just randomly sitting next to me in a lecture, talking about
your respect for PhDs and suggested we study at some point for exams. I remember thinking,
Amy seems really awesome, but I don't want to form study partners because I may not return
next semester. I probably said nothing in response and to you I mush have just seemed shy. At
that point, I still had an acceptance to another foreign med school, and as I told you, was really
questioning if I'd stay at USC.

-On that note, I know right now I'm perceived as totally inept at dealing with women/relationships.
To my credit I have had 4 relationships over the last 10 years each lasting about 2 years each.
Please don't take this the wrong way, but each girl was rather WASPy, confident, well poised,
etc, and similar in many ways to you. Except for the one from New Zealand, they ended
amicably. So falling for you was a little unexpected for me. That's the only word I'll use -
unexpected - because I have many friends around the world from all different backrounds,
married to people of different backgrounds, etc.. I was , during the library /phone incident on nov
18th, about to send you a text message that said "You had me at Konichiwa" but I didn't,
because I thought it would be perceived as racist even though I meant it to be cute. The fact is
my family has all kinds of japanese stuff all over their respective houses, etc, because this is my

N-40

USC 0035

Amy Baughman, 07:22 PM 2/25/2006 -0800, Fwd: I think this is everything..off to San Diego

sister's work and the family really loved all their time in Japan. And for me, coming from diverse backgrounds, the most hypocritical thing in the world I could do would be to make fun of you for that. And I thought we could trust each other after our chat. As far as the texts, I do think that was the moment when I got over my ex-girlfriend and realized my feelings for you. You had no idea, and I just looked like a total jerk, and whoever picked up the phone and called me an asshole was totally justified. I would have done the same thing.

-Right or wrong, I think of myself a bit like the character in Good Will Hunting, from math ability right down to court hearings (that won't happen) representing myself, citing court opinions from 1812. I bounced around quite a bit in my life, and the only thing that keeps me going is potential, determination, and people who have faith in me helping me out once in a while. I know I need to end up with a strong girl, and that you are. I didn't bounce around between abusive foster homes, but rather, caring families, so maybe the comparison is an exaggeration. From 6th grade (parents' divorce) until college, I spent most of my time with my high school best friend's family. Every weekend. Every break. They live about 40 miles outside of Philadelphia. They are a devout Christian, German family, in an area that isn't quite PA Dutch but almost. The father is a small town vascularthoracic surgeon, and one of my early inspirations to become a doctor. I also spent summers with a family in Martha's Vineyard. They were friends of my fathers. CEO at the time of the largest pharma company in the world. Always telling amazing stories about health care and made me start to think about administrative backgrounds in addition/in lieu of medical school.

-as for College, you know about George. He's like a brother to me. I know how mentioning him to you, in the context I did, may have been wrong, and god I am sorry for that. I was devastated and just did what was spontaneous. Threatening lawsuits to you at the time was just not right—it was like, give me sympathy or I'll sue you. It was totally wrong but I was in shock. Totally wrong except I did think you had some of your own difficulties at Keck and I was trying to get everyone to think twice about what was happening. Amy you know I am a bit traditional.. I don't think of it as conservative because I'm pretty damn open minded, but my friends are my friends because we share similar views on life, not because of money, race, religion, or anything else. You'd get along really well with my friends and I know it. That said, George is having friends on his boat next weekend.the captain of the yacht is a naval officer so it's safe to say it would just be drunken good fun and nothing more than that. I won't tell anyone if you want, it would have never happened, so to speak. I do want to throw out one idea for you to ponder.

I guess you wonder why I'm telling you more of my life story. It means alot to me; to you it may be Bla Bla Bla, I really hope not. My ICM instructor (who in addition to being a top surgeon, is a gifted musician and ex-hippy I think you'd connect with) was concerned about me, and I opened up with him about much of what I've shared with you over the last few days. I know I've told you about my feelings, and that's probably tough for you to hear. I have gotten over being in love before, I'll do it again if I have to but it's pretty damn hard when you see the person in 8 hours of class a day though. I'm going to try my hardest in neuro to focus. I did have a concussion/MTBI in college and this was the 'trauma' I had referred to months ago, so neurology really is an area that I want to learn about.

As for this, it was all worth it, because life is about those you care about, a career is nothing by itself. The happiest people I've seen in three different grad schools(not to mention, life) are those that have found stable personal lives and could sustain focus and really rely on someone else,

N-41

USC 0036

**Amy Baughman, 07:22 PM 2/25/2006 -0800, Fwd: I think this is everything..off to San Diego**

not just a group of friends, most of whom are transient. I feel like we each took out hardships on each other, in my opinion, because we did trust each other on some level. Speaking for myself, it is time to back off and fess up. I am doing that at the SPC hearing. But you are the ultimate judge. I've done enough now that you can get me expelled if you think I wronged you that badly. I did it because of the strongest feelings for you. I know you can figure out a way to give me a chance if you want to. I promise I won't let you down again. Whatever happens, I want us to both be at graduation in 2009, on our way to great things.

Take care.
Jeff

PS- you called me strange a few times and I took that as a compliment.

THERE WAS A BOY
A VERY STRANGE, ENCHANTED BOY

THEY SAY HE WANDERED VERY FAR

VERY FAR
OVER LAND AND SEA
A LITTLE SHY
AND SAD OF EYE
BUT VERY WISE WAS HE

AND THEN ONE DAY

A MAGIC DAY, HE PASSED MY WAY

AND WHILE WE SPOKE OF MANY THINGS
FOOLS AND KINGS

THIS HE SAID TO ME:
THE GREATEST THING
YOU€™LL EVER LEARN
IS JUST TO LOVE
AND BE LOVED
IN RETURN

(The Moulin Rouge)

N-42

USC 0037

Amy Baughman, 07:23 PM 2/25/2006 -0800, Fwd: Recall: I think this is everything..off to San Diego

Date: Sat, 25 Feb 2006 19:23:06 -0800
From: Amy Baughman <abaughma@usc.edu>
Subject: Fwd: Recall: I think this is everything..off to San Diego
To: budartur@usc.edu, erinquin@usc.edu, pkatsu@usc.edu
X-Mailer: Sun Java(tm) System Messenger Express 6.2-5.02 (built Dec 1 2005)
X-Accept-Language: en
Priority: normal

Date: Mon, 20 Feb 2006 13:15:03 -0500 (EST)
Resent-from: Jetyssey@aol.com.hyisttathyyclzk.emsvr.com
From: "Jetyssey@aol.com" <Jetyssey@aol.com>
Subject: Recall: I think this is everything..off to San Diego
To: abaughma@usc.edu

Amy, please disregard my previous email and just delete it. I've told you how I feel about you and,
stay away order or not, I should not have sent that last email. Rather obvious I had been in bed
for three days feeling sorry for myself. Just wanted you to realize that even something small, like
studying together, would make me feel so much better, I'll get therapy if that's what they want –
but it's a chance to gain your trust I really need.

-Jeff

N-43

USC 0038

**EXHIBIT C**

From Peter J Katsufrakis <pkatsu@usc.edu>

Sent Thursday, March 2, 2006 5:51 pm
    To Amy Baughman <abaughma@usc.edu> , erinquin@usc.edu
    Cc budartur@usc.edu , schechte@usc.edu , baughman@ninds.nih.gov

Subject Re: touch base?

Amy,

I informed Jeff today that he was not permitted on campus except for pre-arranged appointments with administrators, etc. that have been cleared with me. This is effective immediately, and violations should be reported to the Department of Public Safety at (323) 442-1000 and to me.

I appreciate your patience in all this as we have struggled to reach a resolution. I would welcome the chance to speak with you if you wish, and we can meet in my office or I can call you. Please just let me know your preference. I hope the steps we've taken eliminate any further disturbance for you.

PJK


At 05:21 PM 3/2/2006 -0800, Amy Baughman wrote:
>Hi Dr. K and Dr. Quinn,
>
>I was hoping to meet briefly with either of you just to touch base,
>because I've heard very little from the school and am not convinced at
>all that this will be the end of things. On Tuesday afternoon, Jeff came
>tearing into my MDL and interrupted my neuroanatomy lab to tell me that
>he'd be "expelled." I stood up and walked to the hallway and attempted to
>listen to him, but as usual it was stupid attempt on my part and mess of a
>conversation. He accused me of creating a conspiracy - that because my
>father was friend's with Dean Henderson (news to me) he was suspended. He
>said that Dave Braxton (one of the people who wrote a letter ) had speared
>headed a letter about his behavior because Dave "liked" me and was
>jealous...basically just totally crazy stuff. Crazy enough to scare
>me. He also said that I was ruining his life and was being unfair. Dean
>Schehcter eventually came and took him away. I was also told that he
>called my dad at work.
>
>I do not believe anything Jeff said. However, I am gravely concerned
>about his lack of understanding of the circumstances regarding his
>suspension, both in terms of my own safety and also in terms of the
>school's handling of his mental status.
>
>Yesterday, classmates told me that he was seen at the library sitting in a
>carol in the library on the second floor. He was not studying and has
>never studied at the library, but knows that I only study at the library,
>and usually on the second floor. Today he saw me walking with a friend
>from behind and made a point to say hi and small talk with my friend and
>then as we parted directions, clearly tried to say bye to me. My friend
>Kali and fellow ICM member told me today that he sent her email that was
>addessed to many people saying that he missed being in school and wanted
>to come back. All of these things are horribly unsettling and
>discomforting as they all highlight how out of touch Jeff is with the
>reality of his situation.
>
>His obvious inability to leave me alone or accept the situation is fairly
>unnerving, and I would appreciate some reassurance from the school that he
>is being managed. Dr. Schechter mentioned in passing yesterday that the
>school was looking into keeping him off campus for the time being. I
>would feel much more safe if this were the case.
>
>Thanks.
>
>Amy

O-44

USC 0215

# PROOF OF SERVICE

STATE OF CALIFORNIA       )
COUNTY OF LOS ANGELES )

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 27240 Turnberry Lane, Suite 200, Valencia, CA 91355.

    On March 28, 2008, I caused to be served the foregoing documents described as:

**DECLARATION OF AMY BAUGHMAN IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**

on the person listed as follows:

Jeffrey David Isaacs
3553 West Chester Pike
PMB #177
Newtown Square, PA 19073

☒  (BY MAIL) I enclosed the documents in a sealed envelope addressed to the persons above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. It is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at our firm's office address in Valencia, California. Service made pursuant to this paragraph shall be presumed invalid if the postal cancellation date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

Executed on March 28, 2008 in Valencia, California.

    I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

| **Robin Fink** | |
| --- | --- |
| **Type or Print Name** | **Signature** |