1  JEFFREY DAVID ISAACS
2  3553 West Chester Pike
   PMB #177
3  Newtown Square, PA 19073
   Telephone:    (215) 609 - 4625
4  Mobile:       (610) 202 -1460
5  E-Facsimile: (310) 564-0432
   Email: jdi@alum.dartmouth.org

FILED
2008 MAR 31 PM 3:06
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY DAVID ISAACS | Case No. CV-06-3338 GAF (Ex) |
| Plaintiff, *pro se*, | |
| -V- | **PLAINTIFF'S MOTION TO COMPEL USC TO COMPLY WITH DISCOVERY** |
| UNIVERSITY OF SOUTHERN CALIFORNIA; | |
| Defendant. | |
| | Date:  April 21, 2008 |
| | Time:  9:30 a.m. |
| | Court: 740 - Roybal |
| | Judge: Honorable Gary A. Feess |

FILED BY FAX

-1-

## MOTION TO COMPEL DEFENDANT USC TO COMPLY WITH DISCOVERY

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, the Plaintiff hereby moves the Court to compel USC to comply with:

1. Plaintiff's Second Request for Production of Documents (Joint stipulation attached);

2. Plaintiff's email request for USC Counsel to arrange deposition notice and subpoena delivery

This motion is made on the grounds that the document requests and deposition testimony sought are relevant to the subject matter of the action and do not relate to privileged matters, and the refusal to comply is without justification. Plaintiff avers (attached affidavit) that he knows certain documents existed at one point in time, despite the fact that USC claims to possess no such documents. Plaintiff avers in his affidavit that these documents have been lost and or destroyed and or improperly withheld.

Respectfully submitted, this 31st day of March, 2008.

*/s/ Jeffrey D. Isaacs*

JEFFREY DAVID ISAACS

Plaintiff, *pro se*
3553 West Chester Pike
PMB #177
Newtown Square, PA 19073
Telephone: (215) 609-4625
Facsimile: (310) 564-0432
Email: jdi@alum.dartmouth.org

ROBIN DAL SOGLIO
Counsel for Defendant USC
27240 Turnberry Lane, Suite 200
Valencia, CA

# CERTIFICATE OF SERVICE

I hereby certify that the following document

- PLAINTIFF'S MOTION TO COMPEL USC TO COMPLY WITH DISCOVERY

was served upon the represented parties, by CERTIFIED ELECTRONIC MAIL AS STIPULATED BY THE PARTIES, by e-mailing copies thereof to:

Robin D. Dal Soglio
27240 Turnberry Lane, Suite 200
Valencia, California 91355

On this 31st day of March, 2008

*/s/ Jeffrey D. Isaacs*

JEFFREY DAVID ISAACS
Plaintiff, *pro se*
3553 West Chester Pike
PMB #177
Newtown Square, PA 19073
Telephone: (215) 609-4625
Facsimile: (310) 564-0432
Email: jdi@alum.dartmouth.org

## MOTION TO COMPEL DEFENDANT USC TO COMPLY WITH DISCOVERY

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, the Plaintiff hereby moves the Court to compel USC to comply with:

1. Plaintiff's Second Request for Production of Documents (Joint stipulation attached);

2. Plaintiff's email request for USC Counsel to arrange deposition notice and subpoena delivery

This motion is made on the grounds that the document requests and deposition testimony sought are relevant to the subject matter of the action and do not relate to privileged matters, and the refusal to comply is without justification. Plaintiff avers (attached affidavit) that he knows certain documents existed at one point in time, despite the fact that USC Claims to possess no such documents. It follows that critical documents have been lost and or destroyed and or improperly withheld.

Respectfully submitted, this 31st day of March, 2008.

*JEFFREY DAVID ISAACS*

JEFFREY DAVID ISAACS

Plaintiff, *pro se*
3553 West Chester Pike
PMB #177
Newtown Square, PA 19073
Telephone: (215) 609-4625
Facsimile: (310) 564-0432
Email: jdi@alum.dartmouth.org

*Robin Dal Soglio*

ROBIN DAL SOGLIO
Counsel for Defendant USC
27240 Turnberry Lane, Suite 200
Valencia, CA

# EXHIBIT 1

Affidavit Of Jeffrey D Isaacs