# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

**Case No.** CV 06-3338-GAF (Ex)     **Date:** April 7, 2008

**Title:** JEFFREY DAVID ISAACS v. UNIVERSITY OF SOUTHERN CALIFORNIA et al.

---

**DOCKET ENTRY**

---

**PRESENT:**

**HON. CHARLES F. EICK, JUDGE**

| STACEY PIERSON | N/A |
|---|---|
| **DEPUTY CLERK** | **COURT REPORTER** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**     **ATTORNEYS PRESENT FOR DEFENDANTS:**

   None                                                                     None

**PROCEEDINGS:     (IN CHAMBERS)**

   The Court has received "Plaintiff's Motion to Compel USC to Comply with Discovery" ("the Motion"), filed March 31, 2008. Lodged with the Motion is an unsigned "Joint Stipulation for Motion to Compel with Discovery" and an affidavit from Plaintiff. The affidavit is hereby ordered filed.

   The Motion does not comply with the Order re: Ex Parte Application for Continuance of Trial and Pre-Trial Dates filed February 19, 2008 (the "Order"). The Order provides:

> . . . [I]f Isaacs believes he has improperly been denied discovery, he should file a motion with the Court asking the Court to order USC to comply with his discovery demands. The motion should set forth all relevant facts regarding the discovery, such as when it was requested, USC's response, if any, etc., and <u>it should attach a copy of the requests, objections, all communications [between the parties concerning the discovery at issue in the Motion]</u>.

By **Monday, April 14, 2008,** Plaintiff shall file: (1) a joint stipulation signed by Plaintiff and by counsel for Defendant; and (2) the attachments required by the Order. The previously noticed April 21, 2008 hearing date for the Motion is vacated. The matter will be taken under submission when the documents ordered above are filed or, if the Court deems necessary, the Court will set a hearing date.

cc:   Judge Feess
         Plaintiff
         All Counsel of Record

---