# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

**Case No.** CV 06-3338-GAF (Ex)   **Date:** April 11, 2008

**Title:** JEFFREY DAVID ISAACS v. UNIVERSITY OF SOUTHERN CALIFORNIA et al.

**DOCKET ENTRY**

**PRESENT:**

    **HON.  CHARLES F. EICK, JUDGE**

| STACEY PIERSON | N/A |
|---|---|
| **DEPUTY CLERK** | **COURT REPORTER** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**    **ATTORNEYS PRESENT FOR DEFENDANTS:**

    None    None

**PROCEEDINGS:**    **(IN CHAMBERS)**

    Because the parties reportedly have settled the above-referenced case, "Plaintiff's Motion to Compel USC to Comply with Discovery," filed March 31, 2008, is denied without prejudice as moot.


    cc:    Judge Feess
            Plaintiff
            All Counsel of Record