DAL SOGLIO & MARTENS LLP
  Robin D. Dal Soglio (State Bar No. 155334)
27240 Turnberry Lane, Suite 200
Valencia, California 91355
Telephone: (661) 362-0736
Facsimile: (661) 244-4942
E-mail: rdalsoglio@dm-lawfirm.com

Attorneys for Defendants University of Southern California, Robert Baughman, Brian E. Henderson, Peter J. Katsufrakis and James M.H. Ball

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY DAVID ISAACS,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA; ROBERT WILLIAM BAUGHMAN; BRIAN E. HENDERSON; PETER J. KATSUFRAKIS; and JAMES M.H. BALL<br><br>Defendants. | CASE NO. CV-06-3338 GAF (Ex)<br><br>**DEFENDANT UNIVERSITY OF SOUTHERN CALIFORNIA'S REQUEST TO STRIKE EX PARTE APPLICATION TO ENFORCE SETTLEMENT AGREEMENT _AND_ REQUEST TO RESUBMIT AND FILE AMENDED/REDACTED EX PARTE APPLICATION TO ENFORCE SETTLEMENT AGREEMENT OR, IN THE ALTERNATIVE, TO SHORTEN BRIEFING SCHEDULE ON MOTION TO ENFORCE SETTLEMENT AGREEMENT** |

Defendant University of Southern California ("USC") by and through its attorneys of record, hereby requests the Court to approve (1) its Request To Strike its Ex Parte Application To Enforce Settlement Agreement Or, In The Alternative, To Shorten Briefing Schedule On Motion To Enforce Settlement Agreement and (2) its Request to Resubmit and File the amended/redacted Ex

Parte Application To Enforce Settlement Agreement Or, In The Alternative, To Shorten Briefing Schedule On Motion To Enforce Settlement Agreement on the following grounds:

1. On April 14, 2008, counsel for USC filed an Ex Parte Application To Enforce Settlement Agreement Or, In The Alternative, To Shorten Briefing Schedule On Motion To Enforce Settlement Agreement (Docket #73).

2. In so doing, counsel attached Exhibit E to its Ex Parte Application which, through counsel's inadvertence, included the Social Security Number of Plaintiff Jeffrey Isaacs.

3. Because Plaintiff was in breach of the settlement agreement and time was of the essence due to other imminent filing deadlines, counsel overlooked the inclusion of the social security number in reviewing the exhibits to the Application.

4. Immediately upon learning of such oversight, Counsel for USC called Karen Park, the court's clerk, and left a message regarding the situation.

5. Counsel for USC concurrently faxed notice of the oversight to the clerk.

6. Counsel's mistake in including Plaintiff's Social Security Number as was excusable neglect, and was without malice.

7. Therefore, good cause exists to allow USC to strike the current Ex Parte Application and to re-file its amended/redacted Ex Parte Application.

///

///

///

USC therefore respectfully requests that the Court issue an order striking its Ex Parte Application to Enforce Settlement from the records and files of the Court. USC further requests that the Court's order allow USC to file its amended Ex Parte Application to Enforce Settlement with the redacted Exhibit E.

Dated: April 16, 2008

Respectfully submitted,

DAL SOGLIO & MARTENS LLP
Robin D. Dal Soglio

By: _____
Robin D. Dal Soglio
Attorneys for Defendants University of Southern California, *et al.*