JEFFREY DAVID ISAACS
3553 West Chester Pike
PMB #177
Newtown Square, PA 19073
Telephone:    (215) 609 - 4625
Mobile:        (610) 202 -1460
E-Facsimile: (310) 564-0432
Email: jdi@alum.dartmouth.org

FILED
CLERK, U.S. DISTRICT COURT

APR 1 6 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY DAVID ISAACS | ) ) ) |
| Plaintiff, *pro se,* | ) ) |
| -v- | ) ) ) |
| Defendant. | ) ) ) |
| | ) ) |

Case No. CV-06-3338 GAF (Ex)

**PLAINTIFF'S SECOND REQUEST FOR DOCUMENTS; DEFENDANT'S RESPONSES**

Date:      April 21, 2008
Time:      9:30 a.m.
Court:     740 - Roybal
Judge:     Honorable Gary A. Feess

-1-

1

## PLAINTIFF'S SECOND REQUEST FOR DOCUMENTS; DEFENDANT'S RESPONSES;

2

## DISCOVERY DOCUMENTS SPECIFIED IN FEBRUARY 19th COURT ORDER

3

4

On February 19th 2008, the Court ordered :

5

6

"if Issacs believes he has improperly been denied discovery, he should file a motion with the

7

Court asking the Court to order USC to comply with his discovery demands. The motion should set forth all relevant facts regarding the discovery, such as when it was requested, USC's response, if any, etc. and it should attach a copy of the requests, objections, all communications, etc"

8

9

Pursuant to this order, attached herein:

10

- Plaintiff's Second Request for Production of Documents, served September 23, 2007

11

- Defendant USC's Objections and Responses , allegedly served October 23, 2007 but received

12

by Plaintiff on February 8, 2008. No documents were produced with this response.

13

- Defendant USC's Supplemental Objections and Responses, served March 27, 2008. USC

14

produced Exhibits 281 – 600 with this response. Of these responses, approximately one

15

hundred pages are documents that were not written by Plaintiff or his attorney. The original documents are included herein, with the following exceptions to reduce redundant filing:

16

17

o Exhibits 316 – 362 consist of the Second Amended Complaint and Plaintiff's petition, which are already on the docket.

18

19

o Exhibits 385 – 405 are Plaintiff's emails which were already filed by the Defendant in their recent April 21 2008 motion.

20

21

o Exhibits 418-495 is Plaintiff's *Ad Hoc* Keck appeal, written by Plaintiff's Attorney,

22

Nina Marino. Mrs. Marino was already in possession of this document prior to USC's production.

23

24

o Exhibits 505-517 is Plaintiff's request for medical leave, written by Plaintiff's Attorney, Nina Marino. Mrs. Marino was already in possession of this document prior to USC's production.

25

26

27

o Exhibits 512-530 is Plaintiff's plea for an *Ad Hoc* appeal, written by Plaintiff's

28

Attorney, Nina Marino. Mrs. Marino was already in possession of this document prior to USC's production.

-2-

1

o    Exhibits 552-592 are USC's OSHA, Bloodborne Pathogen, Seismic Activity and other Safety Procedures. USC and Plaintiff are in agreement that this production is unrelated to this case.

Under separate cover, Plaintiff will file the joint stipulation along with any informal email/voicemail records between Plaintiff and opposing Counsel that pertain to this Motion to Compel Discovery.

Respectfully submitted, this 14th day of April, 2008.

JEFFREY DAVID ISAACS

Plaintiff, *pro se*
3553 West Chester Pike
PMB #177
Newtown Square, PA 19073
Telephone: (215) 609-4625
Facsimile: (310) 564-0432
Email: jdi@alum.dartmouth.org

PLAINTIFF'S SECOND REQUEST FOR DOCUMENTS; DEFENDANT'S RESPONSES
No. CV-06-3338 GAF (Ex)

1

2                                **CERTIFICATE OF SERVICE**

3

4        I hereby certify that the following document

5

6        -    PLAINTIFF'S REQUEST FOR DOCUMENTS; USC'S RESPONSES

7

8        was served upon the represented parties, by CERTIFIED ELECTRONIC MAIL AS

9    STIPULATED BY THE PARTIES, by e-mailing copies thereof to:

10

11   Robin D. Dal Soglio
     27240 Turnberry Lane, Suite 200
12   Valencia, California 91355

13

14

15   On this 14th day of April, 2008

16

17                                               JEFFREY DAVID ISAACS
                                                 Plaintiff, *pro se*
18                                               3553 West Chester Pike
                                                 PMB #177
19                                               Newtown Square, PA 19073
                                                 Telephone: (215) 609-4625
20                                               Facsimile: (310) 564-0432
21                                               Email: jdi@alum.dartmouth.org

22

23

24

25

26

27

28

JEFFREY DAVID ISAACS
3553 West Chester Pike
PMB #177
Newtown Square, PA 19073
Telephone: (610) 202-1460
Facsimile: (310) 564-0432
Email: jdi@alum.dartmouth.org

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY DAVID ISAACS | ) Case No. CV-06-3338 GAF (Ex) |
| | ) |
| Plaintiff, *pro se*, | ) **PLAINTIFF'S SECOND REQUEST** |
| | ) **FOR PRODUCTION OF** |
| -V- | ) **DOCUMENTS** |
| | ) |
| UNIVERSITY OF SOUTHERN CALIFORNIA; | ) |
| ROBERT WILLIAM BAUGHMAN; | ) |
| BRIAN E. HENDERSON; | ) Date:      September 23, 2007 |
| PETER J. KATSUFRAKIS; | ) Time: |
| and JAMES M. H. BALL, | ) Courtroom:  740 - Roybal |
| | )              Hon. Gary A. Feess |
| Defendants. | ) |
| | ) |

-1-

## REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure ("FRCP") Plaintiff hereby requests Defendants to produce the documents specified below, within thirty (30) days of service, to his address of record, or at such other time and place, or in such other manner, as may be mutually agreed upon by the parties. Defendants' production of documents shall be in accordance with the Instructions and Definitions set forth below and Fed.R.Civ.P. 34.

*Notice to Counsel*: Document Requests #1, #2, #3 and #22 are to be produced by the appropriate agent(s) representing both the NIH and Defendant USC. All other document requests are intended solely for production by the respective agent(s) for Defendant USC. Should the matter be resolved against the individual Defendants, these discovery requests would be directed to Defendant USC.

## INSTRUCTIONS AND DEFINITIONS

(a) Whenever reference is made to a person, it includes any and all of such person's principals, employees, agents, attorneys, consultants and other representatives.

(b) When production of any document in Plaintiff's possession is requested, such request includes documents subject to the Plaintiff's possession, custody or control. In the event that Defendant is able to provide only part of the document(s) called for in any particular Request for Production, provide all document(s) that Defendants are able to provide and state the reason, if any, for the inability to provide the remainder.

(c) "Document(s)" means all materials within the full scope of Fed.R.Civ.P. 34 including but not limited to: all writings and recordings, including the originals and all non-identical copies, whether different from the original by reason of any notation made on such copies or otherwise (including but without limitation to, email and attachments, correspondence, memoranda, notes, diaries, minutes, statistics, letters, telegrams, minutes, contracts, reports, studies, checks, statements, tags, labels, invoices, brochures, periodicals, telegrams, receipts,

-2-

returns, summaries, pamphlets, books, interoffice and intraoffice communications, offers, notations of any sort of conversations, working papers, applications, permits, file wrappers, indices, telephone calls, meetings or printouts, teletypes, telefax, invoices, worksheets, and all drafts, alterations, modifications, changes and amendments of any of the foregoing), graphic or aural representations of any kind (including without limitation, photographs, charts, microfiche, microfilm, videotape, recordings, motion pictures, plans, drawings, surveys), and electronic, mechanical, magnetic, optical or electric records or representations of any kind (including without limitation, computer files and programs, tapes, cassettes, discs, recordings), including metadata.

(d) If any document is withheld from production under a claim of privilege or other exemption from discovery, state the title and nature of the document, and furnish a list signed by the attorney of record giving the following information with respect to each document withheld:

     (i) the name and title of the author and/or sender and the name and title of the recipient;

     (ii) the date of the document's origination;

     (iii) the name of each person or persons (other than stenographic or clerical assistants) participating in the preparation of the document);

     (iv) the name and position, if any, of each person to whom the contents of the documents have been communicated by copy, exhibition, reading or substantial summarization;

     (v) a statement of the specific basis on which privilege is claimed and whether or not the subject matter or the contents of the document is limited to legal advice or information provided for the purpose of securing legal advice; and

     (vi) the identity and position, if any, of the person or persons supplying the attorney signing the list with the information requested in subparagraphs above.

-3-

(e) "Relate(s) to," "related to" or "relating to" shall be used interchangeable with refer to, reflect, concern, pertain to or in any manner be connected with the matter discussed.

(f) Every Request for Production herein shall be deemed a continuing Request for Production, and Defendant is to supplement its answers promptly if and when Defendant obtains responsive documents which add to or are in any way inconsistent with Defendant's initial production.

(g) These discovery requests are not intended to be duplicative. All requests should be responded to fully and to the extent not covered by other requests. If there are documents that are responsive to more than one request, please note and produce each such document first in response to the request that is more specifically directed to the subject matter of the particular document.

(h) Any word written in the singular herein shall be construed as plural or vice versa when necessary to facilitate the response to any request.

(i) "And" as well as "or" shall be construed disjunctively or conjunctively as necessary in order to bring within the scope of the request all responses which otherwise might be construed to be outside its scope.

.

## DOCUMENTS TO BE PRODUCED

1)     Documents sufficient to show fully the written policies, procedures and guidelines related to Defendants computers, computer systems, electronic data and electronic media including, but not limited to, the following:  Backup tape rotation schedules;  Electronic data retention, preservation and destruction schedules;  Employee use policies of company computers, data, and other technology;  File naming conventions and standards;  Password,

-4-

encryption and other security protocols; Diskette, CD, DVD, and other removable media labeling standards; Email storage conventions (i.e., limitations on mailbox sizes/storage locations, schedule and logs for storage, etc.)

2)      Organization charts for all Information Technology or Information Services departments or divisions from 2005-2007, including contact information for any "e-discovery liaison" to assist in time- and cost-saving discovery techniques.

3)      All documents evidencing or pertaining to any communication or relations between Defendant Robert Baughman and Defendant USC or its agents, including Defendants Henderson and Katsufrakis. These documents need not be directly related to Plaintiff's claim; documents older than seven years are not requested.

4)      Documents constituting the entire Keck School of Medicine Student File and Admissions file (including letters of recommendation) for Plaintiff as well as for any student who lodged any form of complaint, retaliatory or otherwise, against Plaintiff.

5)      All documents evidencing or pertaining to the USC DPS involvement in this matter, including, without limitation, those leading to the issuance of any "stay-away" letter(s) or any other matter involving any party to this lawsuit, or any person who lodged any form of complaint, retaliatory or otherwise, against Plaintiff.

6)      All documents evidencing or pertaining to the Office of Student Judicial Affairs and Community Standards involvement in this matter, including, without limitation, relevant work-product created by Donna Budar-Turner.

7)      All documents evidencing or pertaining to the Office of Student Affairs involvement in this matter, including, without limitation, relevant work-product created by Peter Katsufrakis and his supervisors.

8)      All documents evidencing or pertaining to the involvement of any Officer at the University of Southern California in this matter, including, without limitation, Clive Taylor, Brian Henderson, Erin Quinn, Fred Kuyt, Todd Dickey, and Stephen Sample.

9)      Documents sufficient to fully describe any pertinent communication between any Defendant or agent, and the Los Angeles Police Department, another authority, or the

-5-

1    UCLA Neuropsychiatric Hospital. Pertinent communication is any that is related to a

2    party to this lawsuit, or any person who participated in any complaint, retaliatory or

3    otherwise, against Plaintiff.

10)    Documents sufficient to fully describe any communication between Defendant USC
and any third-party concerning Plaintiff. This shall include, without limitation, the Liaison
Committee on Medical Education, AMCAS, or any other person or entity not a party to
this lawsuit.

11)    Documents sufficient to fully describe any SPC hearing or other USC
administrative conference, in which any person who participated in any complaint,
retaliatory or otherwise, against Plaintiff was subject to any disciplinary or academic
review.

12)    Documents sufficient to fully describe the SPC hearing, ad-hoc appeal, and other
USC administrative conferences to which Plaintiff was subjected to, with or without his
knowledge. All documents leading up to any hearing or complaint memorandum,
including those authored by Defendant James Ball, are specifically requested.

13)    Documents sufficient to fully describe the circumstances surrounding the departure
of Brian Henderson and Peter Katsufrakis from the Keck School of Medicine. This shall
include, without limitation, any internal reports to the Keck Board of Overseers,
communications with the University Provost or President, any known infraction(s) by
either of these officers, as well as any documents or things related to Plaintiff's enrollment
at Keck.

14)    Documents containing guidelines, procedures, regulations, or other best practices in
effect during the 2005-2006 school year for the handling of a complaint about a
supervised agent and/or employee. Only those documents applicable to Steven Sample,
Todd Dickey, Clive Taylor, and Brian Henderson are requested.

15)    Documents containing guidelines, procedures, regulations, or other best practices in
effect during the 2005-2006 school year for the handling of an inquiry or complaint by a
student's parent to an officer and/or administrator. Only those documents applicable to

-6-

Steven Sample and Brian Henderson are requested.

16)     Documents containing guidelines, procedures, regulations, or other best practices in effect during the 2005-2006 school year for the handling of a formal or informal disability complaint made to an officer or administrator. Only those documents applicable to Stephen Sample, Todd Dickey and Brian Henderson are requested.

17)     Documents containing guidelines, procedures, regulations, or other best practices in effect during the 2005-2006 school year for the handling of any school safety or security threat witnessed by an officer, faculty member, or administrator.

18)     Documents sufficient to summarily describe any and all administrative hearings held at Keck involving complaints of harassment, discrimination, violence, drug abuse, stalking, or apprehension of violence. Documents for the past seven years shall suffice.

19)     Documents sufficient to fully describe all work product, by any agent or contractor of USC, related to this legal action and not subject to attorney-client privilege.

20)     All documents sent using the usc.edu mail domain and which contain discussion of the Plaintiff, this lawsuit, or the events leading up to this lawsuit.

21)     All documents currently in the possession of Defendants that could either support or refute, or that could be reasonably related to, any assertion made in Plaintiff's Complaint.

22)     For each Certified IP-Address Receipt identified in Exhibit O, all documents sent or received within a twenty-four hour window by the individual user. "Documents" shall specifically include, without limitation, comprehensive email and telephone records for the given user registered to the respective IP address.

23) Documents constituting Plaintiff Jeffrey David Isaacs' entire Keck student file. For any specific document that may be privileged, cite a description of the document being withheld and any privilege(s) that may exist.

24) Documents constituting Plaintiff's redacted / partial  student file sent to Nina Marino.

25) The letter from Amy Baughman to Peter Katsufrakis, previously sent to Nina Marino, in which Baughman asks Keck/Katsufrakis not to suspend Plaintiff, and in which she states that she does not feel that Plaintiff is dangerous, only slightly crazy.

-7-

26) The forwarded email sent from William Baughman to Brian Henderson upon receiving Plaintiff's "Lawsuit" email, and containing Plaintiff's "Lawsuit" email in its message body, on January 10th, 2006. This email is specifically identified in the Readnotify.com records provided by Plaintiff.

27) The forwarded email sent from Brian Henderson to Peter Katsufrakis upon receiving Plaintiff's "Lawsuit" email, and containing this "Lawsuit" email in its message body, on January 10th, 2006.

28) The email (specified in the SAC) sent from Ms. Amy Baughman's USC.edu email account to the Keck Student mailserv distribution list, which advertises her apartment and mentions "no crazies, pleeze."

29) Any replies to Ms Baughman's aforementioned email sent to her USC.edu account.

30) Ms. Baughman's email sent to Plaintiff via the USC.edu domain concerning her illicit drug use (see SAC for specific reference).

31) Documents relating to any USC investigation of drug abuse by Amy Baughman, Alex Jack, and/or Dave Braxton.

32) Documents sufficient to fully describe Krishna Ramaswamy's first meeting with Katsufrakis, as described by Ramaswamy's "going-away blog" message to Katsufrakis, in which he referred to himself and friends as "scoundrels."

33) Any documents in the possession of USC referencing the assault Plaintiff suffered by Ramaswamy.

34) Any signed settlement agreements between Plaintiff and USC. (These can be kept under seal if so required.)

35) Plaintiff's statement to Ms. Donna Budar-Turner (she took extensive verbatim notes of his testimony).

36) All documents assembled by Ms. Donna Budar-Turner in relation to Ms. Baughman's complaint.

37) Ms. Baughman's complaint and statements about Plaintiff to Ms. Donna Budar-Turner.

38) Documents containing Ms. Baughman's letters of recommendation to Keck.

-8-

39) All written complaints about Plaintiff issued by Ms. Baughman and provided to any person at USC or the LAPD.

40) For each and every SMS message itemized in Defendant USC's exhibit of Amy Baughman's cell-phone records, the actual text of the SMS message sent or received.

41) All documents provided by USC to the LAPD concerning Plaintiff, which resulted in the LAPD's eventual letter stating that Plaintiff was not a threat, in their opinion.

42) Dr. Fred Kuyt's official first semester evaluation of Plaintiff's performance in his ICM class.

43) Dr. Mark Vogel's official first semester evaluation of Plaintiff's performance in his ICM class.

44) Plaintiff's official first semester evaluations by Dr. Stellwegen and Dr. White.

45) Plaintiff's official peer evaluations by Amy Savagian

46) Plaintiff's official peer evaluations by Cambria Garrell.

47) Plaintiff's official peer evaluations by Daria Younessi.

48) Plaintiff's official peer evaluations by Arash Motammed.

49) Plaintiff's official peer evaluations by Leah Ruslen.

50) Dr. Fred Kuyt's letters and voicemail records to Katsufrakis and/or Taylor requesting to be present in Plaintiff's SPC hearing and/or advocating for Plaintiff.

51) Any and all documents produced by any past or current member of the Keck SPC and referencing Plaintiff's July 2006 petition to the SPC.

52) Any correspondence pertaining to Plaintiff or his SPC Petition or this Lawsuit, between USC and AMCAS (AAMC) or the LCME.

53) Documents sufficient to fully describe submissions/complaints against Amy Baughman or Alex Jack or Krishna Ramaswamy using the anonymous USC DPS online complaint submission form. Include both the initial submission and any follow-up response by USC officers.

54) For each instance that Plaintiff's email titled "Letter of Appeal to President Sample" was forwarded to another party using the USC.edu domain or another network, as identified by

Readnotify.com in attached Exhibit A, provide the entire message body of each forwarded email. Should any privilege exist, provide the unique message serial number of the email, along with an explanation of any privilege(s) that may exist.

55) For each instance that Plaintiff's email titled "Transferred SAC to respective USC entities" was forwarded to another party via the USC.edu domain or another network, as identified by Readnotify.com in attached Exhibit B, provide the entire message body of each forwarded email. Should any privilege exist, provide the unique message serial number of the email, along with an explanation of any privilege(s) that may exist.

56) For each instance that Plaintiff's email titled "Lawsuit" was forwarded to another party via the USC.edu domain or another network, as identified by Readnotify.com in attached Exhibit C, provide the entire message body of each forwarded email. Should any privilege exist, provide the unique message serial number of the email, along with an explanation of any privilege(s) that may exist.

57) For each instance that Plaintiff's email titled "Letter of Settlement to Verified Complaint" was forwarded to another party via the USC.edu domain or another network, as identified by Readnotify.com in attached Exhibit D, provide the entire message body of each forwarded email. Should any privilege exist, provide the unique message serial number of the email, along with an explanation of any privilege(s) that may exist.

58) Any general statements released to the Keck student body or factuly pertaining to Plaintiff, including the alert circulated for "campus security" purposes.

59) Peter Katsufrakis' letter of resignation from Keck.

60) Brian Henderson's letter of resignation from the post of Dean.

Respectfully submitted, this 23rd day of September, 2007.

Jeffrey D Jacuses

-10-

No. CV-06-3338 GAF (Ex)          PLAINTIFF'S SECOND REQUEST
                                 FOR PRODUCTION OF DOCUMENTS

1

2                                JEFFREY DAVID ISAACS

3                                Plaintiff, *pro se*

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

No. CV-06-3338 GAF (Ex)          PLAINTIFF'S SECOND REQUEST
                                 FOR PRODUCTION OF DOCUMENTS

1
2

**CERTIFICATE OF SERVICE**

3          I hereby certify that the foregoing Second Request for Production of Documents was served

4     upon the parties, by digitally signed PDF transmission (as stipulated by Dal Soglio) by e-mailing

5     copies thereof to:

6
7
8     Robin D. Dal Soglio
      27240 Turnberry Lane, Suite 200
9     Valencia, California 91355

10
11
12          on this 23rd   day of September, 2007.

13
14
15
16                                              By _____

17                                                    JEFFREY DAVID ISAACS
                                                      Plaintiff, *pro se*
18                                                    3553 West Chester Pike
                                                      PMB #177
19                                                    Newtown Square, PA 19073
                                                      Telephone: (610) 202-1460
20                                                    Facsimile: (310) 564-0432
                                                      Email: jdi@alum.dartmouth.org
21
22
23
24
25
26
27
28

                                              -12-

1
2
3
4
5
6
7
8

# EXHIBIT A

9

**READNOTIFY.COM RETURN RECEIPTS AND PROOF OF FORWARDING FOR
EMAIL "APPEAL TO PRESIDENT SAMPLE"**

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-13-

1
2
3      To: rdalsoglio@dm-lawfirm.com
4      From: Jeffrey.D.Isaacs.99@Alum.Dartmouth.ORG
5      Subject: **Appeal to President Sample**
6      Sent on: 15-Feb-07 at 09:12:51am 'US/Central' time
7
8      1st Open: **15-Feb-07 at 18:34:39pm**  -5:00                    (43%) Los Angeles, California, United States
9
10                                     Tracking Details
11
12     **Opened**
13
14     Opened 15-Feb-07 at 18:34:39pm (UTC -5:00)  -  9hours21mins48secs after sending
15
16     Location Los Angeles, California, United States (43% likelihood)
17
18
19
20     **Re-Opened**
21
22     Opened 16-Feb-07 at 14:37:00pm (UTC -5:00)  -  1day5hours24mins9secs after sending
23
24     Location Valencia, California, United States (86% likelihood)
25
26     Opened on (66.251.119.2:61230)
27
28     Language of recipient's PC: en-us (English/United States)

       Browser used by recipient: Moz/4.0 (MSIE 6.0; WinNT 5.1; YPC 3.2.0; .NET CLR 1.1.4322)


       **Re-Opened** at apparent address of: rdalsoglio@dm-lawfirm.com

       Opened 16-Feb-07 at 16:39:15pm (UTC -5:00)  -  1day7hours26mins24secs after sending

       Location Valencia, California, United States (86% likelihood)

       Opened on (66.251.119.2:11123)

                                           -14-

1    Language of recipient's PC: en-us (English/United States)

2    Browser used by recipient: Moz/4.0 (MSIE 6.0; WinNT 5.1; YPC 3.2.0; .NET CLR 1.1.4322)

3    Last log: No more activity after 16-Feb-07 at 16:40:04pm (UTC -5:00)  -  Log data indicates email was read
4         for at least 49secs (approx.)

5

6

7

**Re-Opened**
8
9    Opened 16-Feb-07 at 16:57:24pm (UTC -5:00)  -  1day7hours44mins33secs after sending

10   Location Los Angeles, California, United States (43% likelihood)

11

12

13   **Forwarded**

14   Opened 16-Feb-07 at 20:37:39pm (UTC -5:00)  -  1day11hours24mins48secs after sending

15   Location Los Angeles, California, United States (86% likelihood)

16   Opened on adm352-10.usc.edu (128.125.59.213:3107)

17   Language of recipient's PC: en-us (English/United States)

18
19   Browser used by recipient: Moz/4.0 (MSIE 7.0; WinNT 5.1; .NET CLR 1.1.4322; InfoPath.1; .NET CLR
         2.0.50727; .NET CLR 3.0.04506.30)
20

21

22

23   **Re-Opened (by earlier reader #2)**

24   Opened 21-Feb-07 at 21:01:08pm (UTC -5:00)  -  6days11hours48mins17secs after sending

25   Location Los Angeles, California, United States (86% likelihood)

26   Opened on adm352-10.usc.edu (128.125.59.213:1913)

27   Language of recipient's PC: en-us (English/United States)
28

-15-

1    used by recipient: Moz/4.0 (MSIE 7.0; WinNT 5.1; .NET CLR 1.1.4322; InfoPath.1; .NET CLR
     Browser
2    2.0.50727; .NET CLR 3.0.04506.30)

3    No more activity after 21-Feb-07 at 21:01:37pm (UTC -5:00)  -  Log data indicates email was read
     Last log
4    for at least 29secs (approx.)

5

6

7
     **Forwarded**
8
     Opened 22-Feb-07 at 00:38:51am (UTC -5:00)  -  6days15hours26mins after sending
9

10   Location Irvine, California, United States (86% likelihood)

11   Opened on adsl-69-106-200-159.dsl.irvnca.pacbell.net (69.106.200.159:2561)

12   Language of recipient's PC: en-us (English/United States)

13   used by recipient: Moz/4.0 (MSIE 6.0; WinNT 5.1; {6CFBE7FD-5F96-5901-2111-3E845E352705};
     Browser
14   YPC 3.2.0; .NET CLR 1.1.4322; yplus 5.1.03b)

15   Referrer http://mail. dm-lawfirm. com/cgi-bin/inbox. exe?id=0040

16

17

18
     **Re-Opened (by earlier reader #1)**
19
     Opened 23-Feb-07 at 12:21:30pm (UTC -5:00)  -  8days3hours8mins39secs after sending
20

21   Location Los Angeles, California, United States (43% likelihood)

22

23

24   **Re-Opened (by earlier reader #2)**

25   Opened 23-Feb-07 at 17:45:06pm (UTC -5:00)  -  8days8hours32mins15secs after sending

26   Location Los Angeles, California, United States (86% likelihood)

27   Opened on adm352-10.usc.edu (128.125.59.213:2918)

28

-16-

1  Language of recipient's PC: en-us (English/United States)

2  used by recipient: Moz/4.0 (MSIE 7.0; WinNT 5.1; .NET CLR 1.1.4322; InfoPath.1; .NET CLR

3  Browser
   2.0.50727; .NET CLR 3.0.04506.30)

4

5

6  **Re-Opened (by earlier reader #2)**

7  Opened 23-Feb-07 at 21:17:12pm (UTC -5:00)  -  8days12hours4mins21secs after sending

8
   Location Los Angeles, California, United States (86% likelihood)
9

10 Opened on adm352-10.usc.edu (128.125.59.213:3726)

11 Language of recipient's PC: en-us (English/United States)

12 used by recipient: Moz/4.0 (MSIE 7.0; WinNT 5.1; .NET CLR 1.1.4322; InfoPath.1; .NET CLR

13 Browser
   2.0.50727; .NET CLR 3.0.04506.30)

14

15

16 **Re-Opened (by earlier reader #1)**

17 Opened 26-Feb-07 at 19:27:07pm (UTC -5:00)  -  11days10hours14mins16secs after sending

18
   Location Los Angeles, California, United States (43% likelihood)
19

20

21
   **Re-Opened (by earlier reader #2)**
22

23 Opened 27-Feb-07 at 17:27:32pm (UTC -5:00)  -  12days8hours14mins41secs after sending

24 Location Los Angeles, California, United States (86% likelihood)

25 Opened on adm352-10.usc.edu (128.125.59.213:1663)

26 Language of recipient's PC: en-us (English/United States)

27 Browser used by recipient: Moz/4.0 (MSIE 7.0; WinNT 5.1; .NET CLR 1.1.4322; InfoPath.1; .NET CLR

28

-17-

1   2.0.50727; .NET CLR 3.0.04506.30)

2

3

4   **Re-Opened (by earlier reader #2)**

5   Opened 27-Feb-07 at 19:44:53pm (UTC -5:00)   -   12days10hours32mins2secs after sending

6   Location Los Angeles, California, United States (86% likelihood)

7   Opened on adm352-10.usc.edu (128.125.59.213:1881)

8   Language of recipient's PC: en-us (English/United States)

9

10  used by recipient: Moz/4.0 (MSIE 7.0; WinNT 5.1; .NET CLR 1.1.4322; InfoPath.1; .NET CLR
    Browser
11  2.0.50727; .NET CLR 3.0.04506.30)

12  No more activity after 27-Feb-07 at 19:46:05pm (UTC -5:00)   -   Log data indicates email was read
    Last log
13  for at least 1min12secs (approx.)

14

15

16  **Re-Opened (by earlier reader #2)**

17  Opened 1-Mar-07 at 13:08:43pm (UTC -5:00)   -   14days3hours55mins52secs after sending

18  Location Los Angeles, California, United States (86% likelihood)

19  Opened on adm352-10.usc.edu (128.125.59.213:3188)

20  Language of recipient's PC: en-us (English/United States)

21

22  used by recipient: Moz/4.0 (MSIE 7.0; WinNT 5.1; .NET CLR 1.1.4322; InfoPath.1; .NET CLR
    Browser
23  2.0.50727; .NET CLR 3.0.04506.30)

24

25

26  **Re-Opened (by earlier reader #2)**

27  Opened 1-Mar-07 at 13:27:36pm (UTC -5:00)   -   14days4hours14mins45secs after sending

28

-18-

1   Location Los Angeles, California, United States (86% likelihood)

2   Opened on adm352-10.usc.edu (128.125.59.213:3220)

3   Language of recipient's PC: en-us (English/United States)

4       Browser used by recipient: Moz/4.0 (MSIE 7.0; WinNT 5.1; .NET CLR 1.1.4322; InfoPath.1; .NET CLR
5       2.0.50727; .NET CLR 3.0.04506.30)

6       Last log No more activity after 1-Mar-07 at 13:27:46pm (UTC -5:00)   -   Log data indicates email was read
7       for at least 10secs (approx.)
8

9

10

11   **Re-opened (by earlier reader #1)**

12   Opened 1-Mar-07 at 16:51:21pm (UTC -5:00)   -   14days7hours38mins30secs after sending

13   Location Valencia, California, United States (86% likelihood)

14   Opened on (66.251.119.2:2076)

15   Language of recipient's PC: en-us (English/United States)

16   Browser used by recipient: Moz/4.0 (MSIE 6.0; WinNT 5.1; YPC 3.2.0; .NET CLR 1.1.4322)

17       Last log No more activity after 1-Mar-07 at 16:52:11pm (UTC -5:00)   -   Log data indicates email was read
18       for at least 50secs (approx.)
19

20

21

22   **Forwarded**

23   Opened 2-Mar-07 at 11:31:47am (UTC -5:00)   -   15days2hours18mins56secs after sending

24   Location Los Angeles, California, United States (86% likelihood)

25   Opened on adm110-pc05.usc.edu (128.125.59.112:4208)

26   Language of recipient's PC: en-us (English/United States)

27   Browser used by recipient: Moz/4.0 (MSIE 6.0; WinNT 5.1; SV1; InfoPath.1; .NET CLR 1.1.4322; .NET CLR
28

-19-

1       2.0.50727)

2       No more activity after 2-Mar-07 at 11:32:13am (UTC -5:00)  -  Log data indicates email was read
        Last log
3       for at least 26secs (approx.)

4

5

6
        **Re-Opened (by earlier reader #1)**
7
        Opened 2-Mar-07 at 16:50:41pm (UTC -5:00)  -  15days7hours37mins50secs after sending
8
        Location Los Angeles, California, United States (43% likelihood)
9

10

11

12      **Re-Opened (by earlier reader #2)**

13      Opened 5-Mar-07 at 17:31:40pm (UTC -5:00)  -  18days8hours18mins49secs after sending

14      Location Los Angeles, California, United States (86% likelihood)

15      Opened on adm352-10.usc.edu (128.125.59.213:1653)

16      Language of recipient's PC: en-us (English/United States)

17      used by recipient: Moz/4.0 (MSIE 7.0; WinNT 5.1; .NET CLR 1.1.4322; InfoPath.1; .NET CLR
18      Browser
        2.0.50727; .NET CLR 3.0.04506.30)
19
        No more activity after 5-Mar-07 at 17:38:32pm (UTC -5:00)  -  Log data indicates email was read
20      Last log
        for at least 6mins52secs (approx.)
21

22

23

24      **Re-opened (by earlier reader #1)**

25      Opened 5-Mar-07 at 18:19:19pm (UTC -5:00)  -  18days9hours6mins28secs after sending

26      Location Valencia, California, United States (86% likelihood)

27      Opened on (66.251.119.2:16165)

28

-20-

Language of recipient's PC: en-us (English/United States)

Browser used by recipient: Moz/4.0 (MSIE 6.0; WinNT 5.1; YPC 3.2.0; .NET CLR 1.1.4322)

**Re-Opened (by earlier reader #1)**

Opened 7-Mar-07 at 11:53:25am (UTC -5:00)  -  20days2hours40mins34secs after sending

Location Valencia, California, United States (86% likelihood)

Opened on (66.251.119.2:57302)

Language of recipient's PC: en-us (English/United States)

Browser used by recipient: Moz/4.0 (MSIE 6.0; WinNT 5.1; YPC 3.2.0; .NET CLR 1.1.4322)

**Re-Opened (by earlier reader #1)**

Opened 8-Mar-07 at 17:08:21pm (UTC -5:00)  -  21days7hours55mins30secs after sending

Location Los Angeles, California, United States (86% likelihood)

Opened on (66.28.50.5:61229)

Language of recipient's PC: en-us (English/United States)

Browser used by recipient: Moz/4.0 (MSIE 6.0; WinNT 5.1; YPC 3.2.0; .NET CLR 1.1.4322)

Last log    No more activity after 8-Mar-07 at 17:14:03pm (UTC -5:00)  -  Log data indicates email was read
for at least 5mins42secs (approx.)

**Re-opened (by earlier reader #2)**

Opened 8-Mar-07 at 18:34:09pm (UTC -5:00)  -  21days9hours21mins18secs after sending

Location Los Angeles, California, United States (86% likelihood)

-21-

Opened on adm352-10.usc.edu (128.125.59.213:2132)

Language of recipient's PC: en-us (English/United States)

Browser used by recipient: Moz/4.0 (MSIE 7.0; WinNT 5.1; .NET CLR 1.1.4322; InfoPath.1; .NET CLR 2.0.50727; .NET CLR 3.0.04506.30)

Last log No more activity after 8-Mar-07 at 18:35:58pm (UTC -5:00)   -   Log data indicates email was read for at least 1min49secs (approx.)

**Forwarded**

Opened 15-Mar-07 at 19:31:51pm (UTC -5:00)   -   28days10hours19mins after sending

Location Los Angeles, California, United States (86% likelihood)

Opened on adm110-pc05.usc.edu (128.125.59.112:1519)

Language of recipient's PC: en-us (English/United States)

Browser used by recipient: Moz/4.0 (MSIE 6.0; WinNT 5.1; SV1; InfoPath.1; .NET CLR 1.1.4322; .NET CLR 2.0.50727; .NET CLR 3.0.04506.30)

**Re-opened (by earlier reader #2)**

Opened 13-Apr-07 at 13:50:02pm (UTC -5:00)   -   57days4hours37mins11secs after sending

Location Los Angeles, California, United States (86% likelihood)

Opened on adm352-10.usc.edu (128.125.59.213:3531)

Language of recipient's PC: en-us (English/United States)

Browser used by recipient: Moz/4.0 (MSIE 7.0; WinNT 5.1; .NET CLR 1.1.4322; InfoPath.1; .NET CLR 2.0.50727; .NET CLR 3.0.04506.30)

Last log No more activity after 13-Apr-07 at 13:50:22pm (UTC -5:00)   -   Log data indicates email was read for at least 20secs (approx.)

-22-

1

2

3  **Summary  -  as at 22-Sep-07 at 12:28:15pm (UTC -5:00)  -**  219days3hours15mins24secs after sending

4      Total Opened 25 times by 5 readers

5  Reader #1 (rdalsoglio@dm-lawfirm.com) Opened 11 times for 7mins21secs total

6  Reader #2 Opened 11 times for 10mins52secs total

7  Reader #3 Opened 1 time

8  Reader #4 Opened 1 time for 26secs total

9

10  Reader #5 Opened 1 time

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-23-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B

**READNOTIFY.COM RETURN RECEIPTS AND PROOF OF FORWARDING FOR
EMAIL "Transferring Second Amended Complaint to respective USC entities"**

-24-

**ReadNotify email tracking history**

To rdalsoglio@dm-lawfirm.com

From Jeffrey.D.Isaacs.99@Alum.Dartmouth.ORG

Subject **Transferring Second Amended Complaint to respective USC entities**

Sent on 14-Sep-06 at 17:38:34pm 'US/Central' time

1st Open **14-Sep-06 at 17:41:10pm** -5:00                    (86%) Valencia, California, United States

Tracking Details

**Opened** at apparent address of: rdalsoglio@dm-lawfirm.com

Opened 14-Sep-06 at 17:41:10pm (UTC -5:00) - 2mins36secs after sending

Location Valencia, California, United States (86% likelihood)

Opened on (66.251.119.2:23068)

Language of recipient's PC: en-us (English/United States)

Browser used by recipient: Moz/4.0 (MSIE 6.0; WinNT 5.1; YPC 3.2.0; .NET CLR 1.1.4322)

Last log
                No more activity after 14-Sep-06 at 17:47:55pm (UTC -5:00) - Log data indicates email was read
                for at least 6mins45secs (approx.)

**Forwarded**

Opened 14-Sep-06 at 18:00:25pm (UTC -5:00) - 21mins51secs after sending

Location Los Angeles, California, United States (86% likelihood)

Opened on uscgc003.usc.edu (128.125.59.64:2130)

Language of recipient's PC: en-us (English/United States)

-25-

1           used by recipient: Moz/4.0 (MSIE 6.0; WinNT 5.1; SV1; InfoPath.1; .NET CLR 1.1.4322; .NET CLR
Browser
2           2.0.50727)

3

4

5 **Re-opened (by earlier reader #1)** at apparent address of: <u>rdalsoglio@dm-lawfirm.com</u>

6 Opened 18-Sep-06 at 10:30:19am (UTC -5:00)  -  3days16hours51mins45secs after sending

7 Location Valencia, California, United States (86% likelihood)

8
9 Opened on (66.251.119.2:55444)

10 Language of recipient's PC: en-us (English/United States)

11 Browser used by recipient: Moz/4.0 (MSIE 6.0; WinNT 5.1; YPC 3.2.0; .NET CLR 1.1.4322)

12

13

14 **Re-opened (by earlier reader #2)**

15 Opened 21-Sep-06 at 11:56:17am (UTC -5:00)  -  6days18hours17mins43secs after sending

16 Location Los Angeles, California, United States (86% likelihood)

17 Opened on uscgc003.usc.edu (128.125.59.64:1197)

18
19 Language of recipient's PC: en-us (English/United States)

20           used by recipient: Moz/4.0 (MSIE 6.0; WinNT 5.1; SV1; InfoPath.1; .NET CLR 1.1.4322; .NET CLR
Browser
21           2.0.50727)

22           No more activity after 21-Sep-06 at 11:56:47am (UTC -5:00)  -  Log data indicates email was read
Last log
23           for at least 30secs (approx.)

24

25

26 **Forwarded**

27 Opened 21-Sep-06 at 11:58:32am (UTC -5:00)  -  6days18hours19mins58secs after sending

28

| No. CV-06-3338 GAF (Ex) | PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS |

Location Los Angeles, California, United States (86% likelihood)

Opened on uscgc008.usc.edu (128.125.59.77:1221)

Language of recipient's PC: en-us (English/United States)

Browser used by recipient: Moz/4.0 (MSIE 6.0; WinNT 5.1; SV1; .NET CLR 1.1.4322; .NET CLR 2.0.50727; InfoPath.1)

Last log No more activity after 21-Sep-06 at 12:13:40pm (UTC -5:00)   -   Log data indicates email was open for at least 15mins8secs (approx.)

**Re-Opened (by earlier reader #3)**

Opened 21-Sep-06 at 12:27:00pm (UTC -5:00)   -   6days18hours48mins26secs after sending

Location Los Angeles, California, United States (86% likelihood)

Opened on uscgc008.usc.edu (128.125.59.77:1282)

Language of recipient's PC: en-us (English/United States)

Browser used by recipient: Moz/4.0 (MSIE 6.0; WinNT 5.1; SV1; .NET CLR 1.1.4322; .NET CLR 2.0.50727; InfoPath.1)

**Re-Opened (by earlier reader #1)**

Opened 21-Sep-06 at 12:52:11pm (UTC -5:00)   -   6days19hours13mins37secs after sending

Location Valencia, California, United States (86% likelihood)

Opened on (66.251.119.2:26633)

Language of recipient's PC: en-us (English/United States)

Browser used by recipient: Moz/4.0 (MSIE 6.0; WinNT 5.1; YPC 3.2.0; .NET CLR 1.1.4322)

Last log No more activity after 21-Sep-06 at 12:55:54pm (UTC -5:00)   -   Log data indicates email was read

-27-

1    for at least 3mins43secs (approx.)

2

3

4    **Re-opened (by earlier reader #3)**

5    Opened 21-Sep-06 at 13:22:59pm (UTC -5:00)  -  6days19hours44mins25secs after sending

6
     Location Los Angeles, California, United States (86% likelihood)
7
     Opened on uscgc008.usc.edu (128.125.59.77:1366)
8
9    Language of recipient's PC: en-us (English/United States)

10   used by recipient: Moz/4.0 (MSIE 6.0; WinNT 5.1; SV1; .NET CLR 1.1.4322; .NET CLR 2.0.50727;
     Browser
11   InfoPath.1)

12   No more activity after 21-Sep-06 at 13:31:54pm (UTC -5:00)  -  Log data indicates email was read
     Last log
13   for at least 8mins55secs (approx.)

14

15

16   **Re-Opened (by earlier reader #3)**

17   Opened 22-Sep-06 at 11:30:48am (UTC -5:00)  -  7days17hours52mins14secs after sending

18
     Location Los Angeles, California, United States (86% likelihood)
19
     Opened on uscgc008.usc.edu (128.125.59.77:2801)
20
21   Language of recipient's PC: en-us (English/United States)

22   used by recipient: Moz/4.0 (MSIE 6.0; WinNT 5.1; SV1; .NET CLR 1.1.4322; .NET CLR 2.0.50727;
     Browser
23   InfoPath.1)

24

25

26   **Re-Opened (by earlier reader #1)**

27   Opened 22-Sep-06 at 12:30:13pm (UTC -5:00)  -  7days18hours51mins39secs after sending

28

-28-

No. CV-06-3338 GAF (Ex)          PLAINTIFF'S SECOND REQUEST
                                 FOR PRODUCTION OF DOCUMENTS

1  Location Fairport, New York, United States (43% likelihood)

2

3

4  **Re-Opened (by earlier reader #3)**

5      Opened 22-Sep-06 at 15:38:33pm (UTC -5:00)  -  7days21hours59mins59secs after sending

6      Location Los Angeles, California, United States (86% likelihood)

7

8  Opened on uscgc008.usc.edu (128.125.59.77:3555)

9  Language of recipient's PC: en-us (English/United States)

10      used by recipient: Moz/4.0 (MSIE 6.0; WinNT 5.1; SV1; .NET CLR 1.1.4322; .NET CLR 2.0.50727;
   Browser
11           InfoPath.1)

12      No more activity after 22-Sep-06 at 15:44:46pm (UTC -5:00)  -  Log data indicates email was read
   Last log
13           for at least 6mins13secs (approx.)

14

15

16  **Re-opened (by earlier reader #2)**

17      Opened 22-Sep-06 at 16:00:48pm (UTC -5:00)  -  7days22hours22mins14secs after sending

18      Location Los Angeles, California, United States (86% likelihood)

19

20  Opened on uscgc003.usc.edu (128.125.59.64:1679)

21  Language of recipient's PC: en-us (English/United States)

22      used by recipient: Moz/4.0 (MSIE 6.0; WinNT 5.1; SV1; InfoPath.1; .NET CLR 1.1.4322; .NET CLR
   Browser
23           2.0.50727)

24      No more activity after 22-Sep-06 at 16:01:18pm (UTC -5:00)  -  Log data indicates email was read
   Last log
25           for at least 30secs (approx.)

26

27

28  **Re-opened (by earlier reader #1)**

-29-

1    Opened 22-Sep-06 at 16:10:48pm (UTC -5:00)  -  7days22hours32mins14secs after sending

2    Location Valencia, California, United States (86% likelihood)

3    Opened on (66.251.119.2:21854)

4    Language of recipient's PC: en-us (English/United States)

5    Browser used by recipient: Moz/4.0 (MSIE 6.0; WinNT 5.1; YPC 3.2.0; .NET CLR 1.1.4322)

6

7    Last log    No more activity after 22-Sep-06 at 16:11:15pm (UTC -5:00)  -  Log data indicates email was read
         for at least 27secs (approx.)

8

9

10

11    **Re-Opened (by earlier reader #3)**

12    Opened 25-Sep-06 at 11:13:57am (UTC -5:00)  -  10days17hours35mins23secs after sending

13    Location Los Angeles, California, United States (86% likelihood)

14    Opened on uscgc008.usc.edu (128.125.59.77:3898)

15    Language of recipient's PC: en-us (English/United States)

16

17    Browser    used by recipient: Moz/4.0 (MSIE 6.0; WinNT 5.1; SV1; .NET CLR 1.1.4322; .NET CLR 2.0.50727;
         InfoPath.1)

18

19    Last log    No more activity after 25-Sep-06 at 11:20:07am (UTC -5:00)  -  Log data indicates email was read
         for at least 6mins10secs (approx.)

20

21

22

23    **Re-opened (by earlier reader #2)**

24    Opened 25-Sep-06 at 11:22:43am (UTC -5:00)  -  10days17hours44mins9secs after sending

25    Location Los Angeles, California, United States (86% likelihood)

26    Opened on uscgc003.usc.edu (128.125.59.64:1163)

27    Language of recipient's PC: en-us (English/United States)

28

-30-

1        used by recipient: Moz/4.0 (MSIE 6.0; WinNT 5.1; SV1; InfoPath.1; .NET CLR 1.1.4322; .NET CLR
    Browser
2        2.0.50727)

3

4

5  **Re-opened (by earlier reader #1)**

6    Opened 25-Sep-06 at 11:24:43am (UTC -5:00)   -   10days17hours46mins9secs after sending

7
  Location Valencia, California, United States (86% likelihood)
8
Opened on (66.251.119.2:42489)
9
  Language of recipient's PC: en-us (English/United States)
10
  Browser used by recipient: Moz/4.0 (MSIE 6.0; WinNT 5.1; YPC 3.2.0; .NET CLR 1.1.4322)
11

12

13

14  **Re-opened (by earlier reader #2)**

15    Opened 25-Sep-06 at 11:31:29am (UTC -5:00)   -   10days17hours52mins55secs after sending

16    Location Los Angeles, California, United States (86% likelihood)

17
Opened on uscgc003.usc.edu (128.125.59.64:1180)
18
  Language of recipient's PC: en-us (English/United States)
19
      used by recipient: Moz/4.0 (MSIE 6.0; WinNT 5.1; SV1; InfoPath.1; .NET CLR 1.1.4322; .NET CLR
20      Browser
21        2.0.50727)

22        No more activity after 25-Sep-06 at 11:39:20am (UTC -5:00)   -   Log data indicates email was read
    Last log
23        for at least 7mins51secs (approx.)

24

25

26  **Re-Opened (by earlier reader #2)**

27    Opened 25-Sep-06 at 12:07:17pm (UTC -5:00)   -   10days18hours28mins43secs after sending

28

-31-

Location Los Angeles, California, United States (86% likelihood)

Opened on uscgc003.usc.edu (128.125.59.64:1131)

Language of recipient's PC: en-us (English/United States)

Browser used by recipient: Moz/4.0 (MSIE 6.0; WinNT 5.1; SV1; InfoPath.1; .NET CLR 1.1.4322; .NET CLR 2.0.50727)

**Re-opened (by earlier reader #1)**

Opened 25-Sep-06 at 12:10:01pm (UTC -5:00)  -  10days18hours31mins27secs after sending

Location Valencia, California, United States (86% likelihood)

Opened on (66.251.119.2:47695)

Language of recipient's PC: en-us (English/United States)

Browser used by recipient: Moz/4.0 (MSIE 6.0; WinNT 5.1; YPC 3.2.0; .NET CLR 1.1.4322)

Last log No more activity after 25-Sep-06 at 12:12:13pm (UTC -5:00)  -  Log data indicates email was read for at least 2mins12secs (approx.)

**Re-opened (by earlier reader #3)**

Opened 25-Sep-06 at 12:12:45pm (UTC -5:00)  -  10days18hours34mins11secs after sending

Location Los Angeles, California, United States (86% likelihood)

Opened on uscgc008.usc.edu (128.125.59.77:1109)

Language of recipient's PC: en-us (English/United States)

Browser used by recipient: Moz/4.0 (MSIE 6.0; WinNT 5.1; SV1; .NET CLR 1.1.4322; .NET CLR 2.0.50727; InfoPath.1)

-32-

1 | **Re-Opened (by earlier reader #3)**

2 | Opened 26-Sep-06 at 11:42:38am (UTC -5:00)  -  11days18hours4mins4secs after sending

3 | Location Los Angeles, California, United States (86% likelihood)

4 | Opened on uscgc008.usc.edu (128.125.59.77:2464)

5 | Language of recipient's PC: en-us (English/United States)

6 |
7 | Browser used by recipient: Moz/4.0 (MSIE 6.0; WinNT 5.1; SV1; .NET CLR 1.1.4322; .NET CLR 2.0.50727;
8 | InfoPath.1)

9 | Last log No more activity after 26-Sep-06 at 11:47:33am (UTC -5:00)  -  Log data indicates email was read
10 | for at least 4mins55secs (approx.)

11 |
12 |
13 | **Re-opened (by earlier reader #2)**

14 | Opened 26-Sep-06 at 13:08:12pm (UTC -5:00)  -  11days19hours29mins38secs after sending

15 | Location Los Angeles, California, United States (86% likelihood)

16 | Opened on uscgc003.usc.edu (128.125.59.64:1347)

17 | Language of recipient's PC: en-us (English/United States)

18 |
19 | Browser used by recipient: Moz/4.0 (MSIE 6.0; WinNT 5.1; SV1; InfoPath.1; .NET CLR 1.1.4322; .NET CLR
20 | 2.0.50727)

21 |
22 |
23 | **Re-opened (by earlier reader #3)**

24 | Opened 26-Sep-06 at 18:50:22pm (UTC -5:00)  -  12days1hour11mins48secs after sending

25 | Location Los Angeles, California, United States (86% likelihood)

26 | Opened on uscgc008.usc.edu (128.125.59.77:1409)

27 | Language of recipient's PC: en-us (English/United States)

28 |

-33-

1    used by recipient: Moz/4.0 (MSIE 6.0; WinNT 5.1; SV1; .NET CLR 1.1.4322; .NET CLR 2.0.50727;
     Browser
2          InfoPath.1)

3

4

5    **Re-Opened (by earlier reader #3)**

6    Opened 29-Sep-06 at 19:07:37pm (UTC -5:00)  -  15days1hour29mins3secs after sending

7    Location Los Angeles, California, United States (86% likelihood)

8    Opened on uscgc008.usc.edu (128.125.59.77:1549)

9

10   Language of recipient's PC: en-us (English/United States)

11   used by recipient: Moz/4.0 (MSIE 6.0; WinNT 5.1; SV1; .NET CLR 1.1.4322; .NET CLR 2.0.50727;
     Browser
12         InfoPath.1)

13

14

15   **Re-Opened (by earlier reader #1)**

16   Opened 1-Oct-06 at 19:55:27pm (UTC -5:00)  -  17days2hours16mins53secs after sending

17   Location Valencia, California, United States (86% likelihood)

18   Opened on (66.251.119.2:59862)

19

20   Language of recipient's PC: en-us (English/United States)

21   Browser used by recipient: Moz/4.0 (MSIE 6.0; WinNT 5.1; YPC 3.2.0; .NET CLR 1.1.4322)

22   No more activity after 1-Oct-06 at 19:58:08pm (UTC -5:00)  -  Log data indicates email was read
     Last log
23         for at least 2mins41secs (approx.)

24

25

26   **Re-Opened (by earlier reader #1)**

27   Opened 31-Oct-06 at 16:34:26pm (UTC -5:00)  -  46days22hours55mins52secs after sending

28

-34-

Location Valencia, California, United States (86% likelihood)

Opened on (66.251.119.2:19198)

Language of recipient's PC: en-us (English/United States)

Browser used by recipient: Moz/4.0 (MSIE 6.0; WinNT 5.1; YPC 3.2.0; .NET CLR 1.1.4322)

**Re-Opened (by earlier reader #1)**

Opened 5-Nov-06 at 19:54:50pm (UTC -5:00)  -  52days2hours16mins16secs after sending

Location Valencia, California, United States (86% likelihood)

Opened on (66.251.119.2:32162)

Language of recipient's PC: en-us (English/United States)

Browser used by recipient: Moz/4.0 (MSIE 6.0; WinNT 5.1; YPC 3.2.0; .NET CLR 1.1.4322)

**Re-Opened (by earlier reader #1)**

Opened 5-Feb-07 at 16:39:02pm (UTC -5:00)  -  143days23hours28secs after sending

Location Cleveland, Ohio, United States (86% likelihood)

Opened on jd-131-26.jdrp.com (168.98.131.26:53469)

Language of recipient's PC: en-us (English/United States)

Browser used by recipient: Moz/4.0 (MSIE 6.0; WinNT 5.1; YPC 3.2.0; .NET CLR 1.1.4322)

**Summary  -  as at 22-Sep-07 at 12:21:26pm (UTC -5:00)  -  372days18hours42mins52secs after sending**

Total Opened 28 times by 3 readers

Reader #1 (rdalsoglio@dm-lawfirm.com) Opened 11 times for 15mins48secs total

-35-

1    Reader #2 Opened 7 times for 8mins51secs total

2    Reader #3 Opened 10 times for 41mins21secs total

3

4
        To  rb175y@nih.gov
5
      From  a2006usc@hotmail.com
6

7    Subject  **Lawsuit**

8    Sent on 10-Jan-06 at 17:48:18pm 'US/Central' time

9    1st Open **10-Jan-06 at 19:13:38pm**  -5:00                    (86%) Bethesda, Maryland, United States

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-36-

1
2
3
4
5

# EXHIBIT C

6
7

**READNOTIFY.COM RETURN RECEIPTS AND PROOF OF FORWARDING FOR
EMAIL "Lawsuit"**

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

No. CV-06-3338 GAF (Ex)          PLAINTIFF'S SECOND REQUEST
                                 FOR PRODUCTION OF DOCUMENTS

Tracking Details

**Opened**

Opened 10-Jan-06 at 19:13:38pm (UTC -5:00)  -  1hour25mins20secs after sending

Location Bethesda, Maryland, United States (86% likelihood)

Opened on b12-arbiter-b.net.nih.gov (128.231.88.6:60446),fernwood-arbiter-b.net.nih.gov (128.231.88.7:64823)

Language of recipient's PC: en-us (English/United States)

Browser used by recipient: Moz/4.0 (MSIE 6.0; WinNT 5.1; SV1; .NET CLR 1.1.4322; .NET CLR 2.0.50727)

Last log No more activity after 10-Jan-06 at 19:19:24pm (UTC -5:00)  -  Log data indicates email was read for at least 5mins46secs (approx.)

**Forwarded**

Opened 10-Jan-06 at 19:36:18pm (UTC -5:00)  -  1hour48mins after sending

Location Los Angeles, California, United States (86% likelihood)

Opened on zni100-1.hsc.usc.edu (128.125.75.181:3058)

Language of recipient's PC: en-us (English/United States)

Browser used by recipient: Moz/4.0 (MSIE 6.0; WinNT 5.1; SV1)

Last log No more activity after 10-Jan-06 at 19:37:46pm (UTC -5:00)  -  Log data indicates email was read for at least 1min28secs (approx.)

**Forwarded**

Opened 10-Jan-06 at 19:38:42pm (UTC -5:00)  -  1hour50mins24secs after sending

Location Los Angeles, California, United States (86% likelihood)

-38-

Opened on zni100-1.hsc.usc.edu (128.125.75.181:3063)

Browser used by recipient: Eudora

Last log
No more activity after 10-Jan-06 at 19:49:02pm (UTC -5:00)   -   Log data indicates email was
open for at least 10mins20secs (approx.)

**Re-opened (by earlier reader #1)**

Opened 10-Jan-06 at 21:49:36pm (UTC -5:00)   -   4hours1min18secs after sending

Location Bethesda, Maryland, United States (86% likelihood)

Opened on b12-arbiter-b.net.nih.gov (128.231.88.6:38907),fernwood-arbiter-b.net.nih.gov
(128.231.88.7:34903)

Language of recipient's PC: en-us (English/United States)

Browser used by recipient: Moz/4.0 (MSIE 6.0; WinNT 5.1; SV1; .NET CLR 1.1.4322; .NET CLR 2.0.50727)

Last log
No more activity after 10-Jan-06 at 21:57:10pm (UTC -5:00)   -   Log data indicates email was read
for at least 7mins34secs (approx.)

**Re-opened (by earlier reader #2)**

Opened 11-Jan-06 at 00:14:41am (UTC -5:00)   -   6hours26mins23secs after sending

Location Los Angeles, California, United States (86% likelihood)

Opened on vpn-052-038.usc.edu (128.125.52.38:4766)

Language of recipient's PC: en-us (English/United States)

Browser used by recipient: Moz/4.0 (MSIE 6.0; WinNT 5.1; SV1)

-39-

**Re-Opened (by earlier reader #2)**

Opened 11-Jan-06 at 09:38:31am (UTC -5:00)  -  15hours50mins13secs after sending

Location San Juan, Puerto Rico (86% likelihood)

Opened on 207.166.116-82.isla.net (207.166.116.82:63526)

Language of recipient's PC: en-us (English/United States)

Browser used by recipient: Moz/4.0 (MSIE 6.0; WinNT 5.1; SV1)


**Re-Opened (by earlier reader #2)**

Opened 11-Jan-06 at 16:12:42pm (UTC -5:00)  -  22hours24mins24secs after sending

Location Los Angeles, California, United States (86% likelihood)

Opened on zni100-1.hsc.usc.edu (128.125.75.181:4212)

Language of recipient's PC: en-us (English/United States)

Browser used by recipient: Moz/4.0 (MSIE 6.0; WinNT 5.1; SV1)

Last log    No more activity after 11-Jan-06 at 16:15:04pm (UTC -5:00)  -  Log data indicates email was read for at least 2mins22secs (approx.)


**Re-opened (by earlier reader #3)**

Opened 11-Jan-06 at 16:15:07pm (UTC -5:00)  -  22hours26mins49secs after sending

Location Los Angeles, California, United States (86% likelihood)

Opened on zni100-1.hsc.usc.edu (128.125.75.181:4227)

Browser used by recipient: Eudora

-40-

1    **Forwarded**

2       Opened 28-Feb-06 at 18:53:08pm (UTC -5:00)  -   49days1hour4mins50secs after sending

3       Location Bethesda, Maryland, United States (86% likelihood)

4    Opened on fernwood-arbiter-b.net.nih.gov (128.231.88.7:9652),b12-arbiter-b.net.nih.gov (128.231.88.6:10654)

5       Language of recipient's PC: en-us (English/United States)

6       Browser used by recipient: Moz/4.0 (MSIE 6.0; WinNT 5.1; SV1; .NET CLR 1.1.4322)
7

8

9

10   **Summary  -  as at 22-Sep-07 at 12:40:11pm (UTC -5:00)  -  619days18hours51mins53secs after sending**

11       Total Opened 9 times by 4 readers

12   Reader #1 Opened 2 times for 13mins20secs total

13   Reader #2 Opened 4 times for 3mins50secs total

14   Reader #3 Opened 2 times for 10mins20secs total

15   Reader #4 Opened 1 time
16

17

18

19

20

21

22

23

24

25

26

27

28

-41-

No. CV-06-3338 GAF (Ex)          PLAINTIFF'S SECOND REQUEST
                                 FOR PRODUCTION OF DOCUMENTS

1
2
3
4
5
6
7
8

# EXHIBIT D

9
10

**READNOTIFY.COM RETURN RECEIPTS AND PROOF OF FORWARDING FOR
EMAIL "Letter of Settlement to Verified Complaint"**

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-42-

To rb175y@nih.gov

From Jeffrey.D.Isaacs.99@Alum.Dartmouth.ORG

Subject **Letter of Settlement to Verified Complaint**

Sent on 17-Jan-06 at 02:56:08am 'US/Central' time

1st Open **17-Jan-06 at 07:40:20am**  -5:00                                      (86%) Bethesda, Maryland, United States

Tracking Details

**Opened**

Opened 17-Jan-06 at 07:40:20am (UTC -5:00)  -  4hours44mins12secs after sending

Location Bethesda, Maryland, United States (86% likelihood)

Opened on b12-arbiter-b.net.nih.gov (128.231.88.6:21707),fernwood-arbiter-b.net.nih.gov (128.231.88.7:58241)

Language of recipient's PC: en-us (English/United States)

Browser used by recipient: Moz/4.0 (MSIE 6.0; WinNT 5.1; SV1; .NET CLR 1.1.4322; .NET CLR 2.0.50727)

Last log No more activity after 17-Jan-06 at 07:45:22am (UTC -5:00)  -  Log data indicates email was read for at least 5mins2secs (approx.)

**Forwarded**

Opened 17-Jan-06 at 10:40:14am (UTC -5:00)  -  7hours44mins6secs after sending

Location Los Angeles, California, United States (86% likelihood)

Opened on hmr200-4.hsc.usc.edu (128.125.6.243:4423)

Language of recipient's PC: en-us (English/United States)

Browser used by recipient: Moz/4.0 (MSIE 6.0; WinNT 5.0; .NET CLR 1.1.4322)

Accepts Files browser can open: i/gif, i/x-xbitmap, i/jpeg, i/pjpeg, ap/x-shockwave-flash, ap/vnd.ms-excel,

-43-

1       ap/vnd.ms-powerpoint, ap/msword, */*

2     Referrer http://sartre. usc. edu:4444/scrip

3

4

5

**Re-Opened (by earlier reader #1)**

6
      Opened 17-Jan-06 at 14:00:40pm (UTC -5:00)  -  11hours4mins32secs after sending
7
      Location Los Angeles, California, United States (43% likelihood)
8

9

10

11    **Re-Opened (by earlier reader #1)**

12    Opened 23-Jan-06 at 17:53:50pm (UTC -5:00)  -  6days14hours57mins42secs after sending

13    Location Los Angeles, California, United States (43% likelihood)

14

15

16    **Forwarded**

17
      Opened 14-Feb-06 at 16:17:09pm (UTC -5:00)  -  28days13hours21mins1sec after sending
18
      Location Bethesda, Maryland, United States (86% likelihood)
19
      Opened on b12-arbiter-b.net.nih.gov (128.231.88.6:2079),fernwood-arbiter-b.net.nih.gov (128.231.88.7:35917)
20
      Language of recipient's PC: en-us (English/United States)
21
      Browser used by recipient: Moz/4.0 (MSIE 6.0; WinNT 5.1; SV1; .NET CLR 1.1.4322)
22
         No more activity after 14-Feb-06 at 16:23:38pm (UTC -5:00)  -  Log data indicates email was read
23    Last log
24         for at least 6mins29secs (approx.)

25

26

27    **Forwarded**

28

-44-

1  Opened 14-Feb-06 at 16:23:38pm (UTC -5:00)  -  28days13hours27mins30secs after sending

2  Location Los Angeles, California, United States (86% likelihood)

3  Opened on kam100c-3.hsc.usc.edu (128.125.34.235:4297)

4  Language of recipient's PC: en-us (English/United States)

5  Browser used by recipient: Moz/4.0 (MSIE 6.0; WinNT 5.1; SV1)

6
7  Last log    No more activity after 14-Feb-06 at 16:23:48pm (UTC -5:00)  -  Log data indicates email was read for at least 10secs (approx.)

8
9

10

11  **Re-opened (by earlier reader #3)**

12  Opened 14-Feb-06 at 16:26:04pm (UTC -5:00)  -  28days13hours29mins56secs after sending

13  Location Bethesda, Maryland, United States (86% likelihood)

14  Opened on b12-arbiter-b.net.nih.gov (128.231.88.6:41217)

15  Language of recipient's PC: en-us (English/United States)

16
17  Browser used by recipient: Moz/4.0 (MSIE 6.0; WinNT 5.1; SV1; .NET CLR 1.1.4322)

18
19

20  **Forwarded**

21  Opened 20-Feb-06 at 21:31:15pm (UTC -5:00)  -  34days18hours35mins7secs after sending

22  Location Los Angeles, California, United States (86% likelihood)

23  Opened on pool-68-238-78-223.lax.dsl-w.verizon.net (68.238.78.223:50531)

24  Language of recipient's PC: en-us (English/United States), en;q=0.5 (English)

25
26  Browser  used by recipient: Moz/5.0 (Win; U; Windows NT 5.1; en-US; rv:1.7.10) Gecko/20050716 Firefox/1.0.6 (ax)

27
28  Accepts Files browser can open: i/png,*/*;q=0.5

-45-

**Re-opened (by earlier reader #3)**

Opened 21-Feb-06 at 00:10:56am (UTC -5:00)  -  34days21hours14mins48secs after sending

Location Los Angeles, California, United States (86% likelihood)

Opened on pool-68-238-78-223.lax.dsl-w.verizon.net (68.238.78.223:50232)

Language of recipient's PC: en-us (English/United States)

Browser used by recipient: Moz/4.0 (MSIE 6.0; WinNT 5.1; SV1; .NET CLR 1.1.4322)

**Forwarded**

Opened 25-Feb-06 at 22:08:24pm (UTC -5:00)  -  39days19hours12mins16secs after sending

Location Montague, California, United States (86% likelihood)

Opened on ca-eglrck-cuda2-c23a-127.vnnyca.adelphia.net (24.55.26.127:1577)

Language of recipient's PC: en-us (English/United States), en;q=0.5 (English)

Browser used by recipient: Moz/5.0 (Win; U; Windows NT 5.1; en-US; rv:1.7.12) Gecko/20050915 Firefox/1.0.7

Accepts Files browser can open: i/png,*/*;q=0.5

**Re-opened (by earlier reader #3)**

Opened 28-Feb-06 at 18:53:17pm (UTC -5:00)  -  42days15hours57mins9secs after sending

Location Bethesda, Maryland, United States (86% likelihood)

Opened on fernwood-arbiter-b.net.nih.gov (128.231.88.7:9869),b12-arbiter-b.net.nih.gov (128.231.88.6:10855)

Language of recipient's PC: en-us (English/United States)

-46-