# Jeffrey D. Isaacs

426 Cottman Street
Jenkintown, PA 19046
jdi@alum.dartmouth.org
+1 215 609 4625

February 12, 2007

Dear President Sample,

On March 5th, the Keck School of Medicine Class of 2010 begins its Neuroscience module. I was suspended last year immediately prior to this unit, days after your annual address to Keck. Pending further review of my situation, I ask you to permit me to resume studies with the Class of 2010. Additionally, the appointment of an unbiased committee to promptly reexamine what went wrong at the Keck School last year is appropriate, in my opinion.

You should be aware of my allegation that Brian E. Henderson and Peter J. Katsufrakis interfered with my medical studies at Keck, resulting in a retaliatory suspension and dismissal from the school. Please see the "Second Amended Complaint" for background. As you know, both of these Deans are now stepping down. I implore you to give a "fresh look" to this situation, especially because Henderson was under your direct supervision at the time of the alleged infractions. In the meantime, letting me quietly resume my studies will prevent further damage to my professional career. I have worked very hard to achieve in the medical world and would appreciate the opportunity to contribute and learn at Keck.

I possess compelling evidence that Henderson, Katsufrakis, and their lawyers may or may not fully grasp. I would be happy to speak with you in further detail to aide in reaching a responsible and mutually beneficial course for your University and my professional career. Thank you for your attention to this matter.

Sincerely,

*[signature: Jeffrey D Isaacs]*

Jeffrey D. Isaacs

USC 0532



# Keck School of Medicine
University of Southern California

**Department of Educational Affairs**

Clive R. Taylor,
M.A., M.D., D.Phil
Senior Associate Dean
for Educational Affairs

September 1, 2006

Ms. Nina Marino, Esq.
KAPLAN MARINO
9454 Wilshire Boulevard, Suite 500
Beverly Hills, CA 90212

Dear Ms. Marino,

A date has been set for the ad-hoc committee to review the appeal of the dismissal of Jeffrey Isaacs from the Keck School of Medicine. This committee will be provided the information and findings from the Student Performance Committee's meeting on June 7, 2006. Please submit to me, in writing, any additional information that you or Mr. Isaacs feel should be included. Please supply this information no later than the end of the day on Monday, September 11.
All material must be submitted in writing. Thank you for your cooperation.

Sincerely,

Clive R. Taylor, M.D., Ph.D.
Senior Associate Dean for Educational Affairs

1975 Zonal Avenue
KAM 205
Los Angeles,
California 90089-9024
Tel: 323 442 1875
Fax: 323 442 1876

USC 0533

**RECEIVED**
MAR 21 2006
STUDENT JUDICIAL AFFAIRS
& COMMUNITY STANDARDS

University Of Southern California
Department of Public Safety
University Park Campus

| | |
|---|---|
| CASE NO. | 0600733 |
| RELATED NO. | |

**LOCATION OF OCCURRENCE/ADDRESS**
OUTSIDE USC AREA/UCLA Neuropsychiatric Institute/760,Westwood Plaza,

| CODE SECTION | CRIME DESCRIPTION | CLASSIFICATION | LOSS | RECOVERY |
|---|---|---|---|---|
| 422 P.C. | Criminal Threats | DISTURBANCE | 0.00 | 0.00 |

| DATE AND TIME FROM | DATE AND TIME REPORT | | | CASE STATUS |
|---|---|---|---|---|
| 03/14/2006 15:00 | 03/17/2006 14:32 | | | Cleared by Exceptiona |
| DATE AND TIME TO | ENTERED BY | | | APPROVED INVESTIGATION YES / [X] NO |
| 03/14/2006 15:00 | VOYDA P44 | | School as Victim [X] | YES |

Checkboxes: Property, Alcohol Related, State as Victim, Sex Offense, Traffic Related, Arrest Occurred, Drug, I.A. Report, Group Involved, Dom.Violence, Senior Citizen, Weapons Involved [X], School as Victim, Juvenile Report

**COPIES TO:** Risk Management, Housing, Safety, Student Affairs, Residential Life, Center for Women & N, Student Conduct, Other, Student Health Center, Facilities Management, Transportation Service

| INV | NAME-LAST,FIRST,MIDDLE | SUFFIX | RACE | SEX | AGE | DOB | HT | WT | HAIR | EYE |
|---|---|---|---|---|---|---|---|---|---|---|
| WIT | BULLOCK CLAYTON | | White | Male | 0 | | | | | |
| SSN | DRIVER'S LIC NO. | Student ID | TYPE Visitor | RESIDENCE PHONE Office: 323-632-814 | | BUSINESS PHONE 323-632-8144 | | | | |
| ADDRESS TYPE Business | STREET NUMBER 760 | | STREET NAME Westwood Plaza | CITY Los Angeles | | STATE CA | | ZIP | | |
| INV SUSP | NAME-LAST,FIRST,MIDDLE ISAACS JEFFREY D | SUFFIX | RACE White | SEX Male | AGE 28 | DOB 06/09/1977 | HT | WT | HAIR | EYE |
| SSN | DRIVER'S LIC NO. | Student ID 5897207328 | TYPE Student | RESIDENCE PHONE Hm: 917-215-1909; | | BUSINESS PHONE | | | | |
| ADDRESS TYPE Home | STREET NUMBER 425 | | STREET NAME Broadway | CITY Santa Monica | | STATE CA | | ZIP 90401 | | |

Source of Activity
On 3/17/06 at approx 0945 hrs, I was given information regarding a USC student making threats toward USC. I was provided with the telephone number of Dr. Clayton Bullock of the UCLA Neuropsychiatric Institute, who initially reported the incident.

Investigation
On 3/17/06 at approx 0950 hrs, I contacted Bullock via telephone. He stated the following: Bullock is treating the suspect, Jeffrey Isaacs, for an unknown psychiatric condition. On 3/14/06 at approx 1500 hrs, Bullock conducted a conference with Isaacs, an unknown social worker, and Isaacs' mother. During this conference, Isaacs stated, "You have no idea how dangerous I'll become if they don't let me back into medical school." Bullock stated that he was previously told by Isaacs' mother that Isaacs hade made the statement to her, "I don't think they will expel me because they are afraid I'll come back with a gun," approx. two weeks prior. Bullock advised that it was his legal obligation to notify the law enforcement agency in the jurisdiction of the target of a threat. Bullock further stated that Isaacs has psychiatric problems, and feels that the matter is a cause for concern.

Injury & Medical Treatment
N/A

Photos
N/A

| REPORTING OFFICER/ID NO | DATE AND TIME | REVIEWED BY | DATE AND TIME |
|---|---|---|---|
| VOYDA 063636 | 03/17/2006 14:32 | | |

Print Date and Time   3/21/2006   3:27:52PM   Page No. 1

**USC 0534**

RECEIVED

MAR 2 1 2006

STUDENT JUDICIAL AFFAIRS
& COMMUNITY STANDARDS

University Of Southern California
Department of Public Safety
University Park Campus

| CASE NO. | 0600733 |
|---|---|
| RELATED NO. | |

LOCATION OF OCCURRENCE / ADDRESS
OUTSIDE USC AREA/UCLA Neuropsychiatric Institute/760,Westwood Plaza,

| CODE SECTION | CRIME DESCRIPTION | CLASSIFICATION | LOSS | RECOVERY |
|---|---|---|---|---|
| 422 P.C. | Criminal Threats | DISTURBANCE | 0.00 | 0.00 |

| DATE AND TIME FROM | DATE AND TIME REPORTI | | | | | | CASE STATUS |
|---|---|---|---|---|---|---|---|
| 03/14/2006 15:00 | 03/17/2006 14:32 | ☐ PROPERTY | ☐ Alcohol Related | ☐ State as Victim | ☐ Sex Offense | | Cleared by Exceptiona |
| | | ☐ Traffic Related | ☐ Arrest Occured | ☐ Drug | ☐ LA. Report | | APPROVED INVESTIGATION ☐ YES |
| DATE AND TIME TO | ENTERED BY | ☐ Group Involved | ☐ Dom.Violence | ☐ Senior Citizen | | | |
| 03/14/2006 15:00 | VOYDA P44 | ☐ Weapons Involved [X] | ☐ School as Victim | ☐ Juvenile Report | | | YES    [X] NO |

COPIES TO:
☐ Risk Management  ☐ Housing      ☐ Safety              ☐ Student Affairs      ☐ Residential Life       ☐ Center for Women & N
☐ Student Conduct  ☐ Other        ☐ Student Health Center ☐ Facilities Management ☐ Transportation Service

Evidence
N/A

Court Information
Officer can testify to above listed statement only.

Additional Information
Isaacs is a medical student at USC, and is currently the subject of a harassment investigation (USC DR# 06 - 00078). After speaking with Erin Quinn, Associate Dean of Admissions (323-442-2552), I was advised that Isaacs was suspended from the university and had been issued a letter instructing him not to enter campus without authorization from Peter Katsufrakis, Associate Dean of Students (323-442-2420). Quinn also told me that their office was also contacted by Dr. Bullock, and that they are aware of the statements listed above.

| REPORTING OFFICER / ID NO | DATE AND TIME | REVIEWED BY | DATE AND TIME |
|---|---|---|---|
| VOYDA 063636 | 03/17/2006 14:32 | | |

Print Date and Time    3/21/2006   3:27:52PM    Page No.  2

USC 0535



**UNIVERSITY OF SOUTHERN CALIFORNIA**

April 10, 2006

Jeffrey D. Isaacs
(Case #: 2005794)
425 Broadway
Santa Monica, CA 90401

**FILE COPY**

Dear Mr. Isaacs:

Division of Student Affairs

Student Judicial Affairs and Community Standards

A report has been received in this office that you allegedly have violated the University Student Conduct Code.

**Reported By:**          Department of Public Safety

**Date(s) of Incident(s):**   March 14, 2006

**Location:**             760 Westwood Plaza

**Violation(s):**         **Student Conduct Code Section(s) §§ (see *SCampus* for full description)**

        11.36B   Causing apprehension of harm
        11.38    Interfering w/campus activity

**Please meet with me by:**   April 24, 2006

The purpose of the meeting will be to initiate the Administrative Review Process outlined in §12.00 of the Student Conduct Code. If you wish to inspect the report cited in this letter, you must make a written request to do so 24 hours in advance of the day you wish to review the report. If you have not scheduled an appointment and attended a meeting by the above date, a restriction (hold) will be placed on your records prohibiting you from performing any registration transactions. This hold will remain on your records until the situation is resolved. A review also may be conducted in your absence should you choose not to respond.

Please call (213) 821-7373 to schedule your appointment with me. A summary of the procedures for this process is enclosed. For a full description please refer to the Student Conduct Code in the current *SCampus*. Please familiarize yourself with these standards and procedures concerning student conduct prior to our meeting. I look forward to meeting with you to discuss this matter.

Sincerely,

Donna Budar-Turner
Assistant Director
Office of Student Judicial Affairs and Community Standards

University of Southern California
Figueroa Building
Room 107
Los Angeles,
California 90089-1265

enclosure

Tel: 213 821 7373
Fax: 213 740 7162

**USC 0536**

**Erin Quinn**

| | |
|---|---|
| From: | Jeffrey D. Isaacs 99 [Jeffrey.D.Isaacs.99@Alum.Dartmouth.ORG] |
| Sent: | Thursday, March 02, 2006 10:10 AM |
| To: | Jeffrey D. Isaacs 99 |
| Subject: | Class |

Dear Friends,

I'm writing you simply to say I miss being in class with all of you and there's nothing I wouldn't do to be back in neurology ASAP. Being a part of the Class of 2009 is something that means the world to me. I have utterly embarrassed myself over a girl in our class, but never meant any harm to anyone. I don't think that things should have gotten so bad as to severely jeopardize my future as a doctor. I am totally ready to go back to class, if I were allowed, and put all of this behind me. Again, I miss being there.

Regards,
Jeff

*Stud. file*

USC 0537

Jeff Isaacs
MS I
March 2, 2006

*Denied no trespassing letter + SPC letter (2/23 mtg.).*

*BM*

USC 0538

March 1, 2006

Mr. Jeff Isaacs
425 Broadway #408
Santa Monica, CA 90401

Dear Mr. Isaacs:

As you know, the Year I/II Student Performance Committee reviewed your academic record at their meeting on Monday, February 27th. You had been invited to speak to the Committee in person, and appeared before the Committee to do so and to answer questions. This letter will document the proceedings of the Committee in your regard, as well as our conversation the following day.

The Committee was aware of your interactions with a classmate, Amy Baughman, including the stay away order sent to you by Lynette Merriman on January 10, 2006, which remains in effect. The Committee was aware that subsequent to that order, you made contact with Amy Baughman, in direct violation of that order.

After due deliberation, the Committee decided, specifically, that:

- You are to be suspended immediately until further notice, and are to stop attending classes.

- You are to continue to stay away from Amy Baughman, as previously directed.

- You are to undergo a psychiatric evaluation within thirty days, details to be arranged by this office.

- You will be considered for dismissal at the 2 pm March 22nd meeting of the Student Performance Committee. As you have requested review as soon as possible, we will attempt to reschedule this meeting. Absent further written notice from me, you should plan to appear before the Committee on March 22nd.

The rules and procedures to be followed at this meeting are given in the 2005-2006 Student Handbook, which you received at the beginning of the year. You are encouraged to be available for the meeting to meet with the Committee should the members wish to speak with you. You may also submit a letter to the Committee for distribution to all the members at the meeting, whether or not you choose to appear at the meeting. In accordance with the Student Handbook, please know I will be available to meet with you as needed before the meeting. Please plan to check in with Rena Thorstensen in KAM 100-D by 1:45 on the day of the meeting.

Jeff, if you have any questions regarding the content of this letter or the decisions of the

Student Performance Committee, please be sure to clarify with me. Otherwise, I wish you well as you comply with the provisions the Committee has specified for you.

Sincerely yours,


Peter J. Katsufrakis, MD, MBA
Associate Dean for Student Affairs

cc:     Student File

USC 0540

Jeff Isaacs
MS I
February 28, 2006

Told of SPC comm. decision, specifically:

1. Suspension immediately until further notice. Stop attending classes.
2. Cont. stay away from Dr Baughman as per prev. direction
3. Y eval this.
4. will consider for dismissal

Jeff felt decision was "not right, not fair," though recognized that a rational group of people faced c facts could conclude as did SPC. ?'s re: appeal meeting; advised so process, but could disc. c Dr. Taylor.
Rec. Y as stress coping and as means to ↑ insight into recent mos. Letter c complete SPC decis. to follow.

PJT

USC 0541

Jeff Isaacs
MS I
February 22, 2006

Reviewed SPC processes. Disc. email from AS — Jeff acknowledged sending it in violation of stay away letter, and of sending 1-2 others subsequently. Offered as explanation that it was part of his need to "treat" his prev. problem. Acknowledged link below. recent actions & the 2 yrs. ago of meeting P, falling in love, & thinking all was well until police returned the engagement ring he'd proffered c̄ direction that he stay away. He believes action based on P; Father's opposition to JI's religion. P had been set to begin med school in NZ, & JI had planned (when he learned of this) to do so, too.

P: I will summarize chronology for SPC + send Jeff copy ā meeting, and √ c̄ counsel re: release of stud. complaint letter c̄ or s̄ names.

Ron

USC 0542

From Peter J Katsufrakis <pkatsu@usc.edu>
Sent Thursday, February 9, 2006 12:38 pm
To Jeffrey.D.Isaacs.99@Alum.Dartmouth.ORG
Cc thorsten@usc.edu , Robert Mc Cann <rmccann@usc.edu>
Subject Fwd: Re: Fwd: Letter from Dr. Katsufrakis

Jeff,

Attending this conference would not be a valid reason to miss the performance committee meeting. You were advised of this meeting well in advance, so the committee will expect you to attend its February 27 meeting.

PJK


Date: Thu, 09 Feb 2006 11:00:04 -0800
From: Rena Thorstensen-Gomez <thorsten@usc.edu>
Subject: Fwd: Re: Fwd: Letter from Dr. Katsufrakis
To: pkatsu@usc.edu
Cc: rmccann@usc.edu
X-Mailer: Sun Java(tm) System Messenger Express 6.2-5.02 (built Dec 1 2005)
X-Accept-Language: en
Priority: normal
Original-recipient: rfc822;pkatsu@usc.edu

Dr. K.,

I wanted to forward this to you before I replied, as you may want to do so instead.

Rena
Return-path: <Jeffrey.D.Isaacs.99@Alum.Dartmouth.ORG>
Received: from msg-mx2.usc.edu (msg-mx2.usc.edu [128.125.137.7])
 by msg-store2.usc.edu
 (Sun Java System Messaging Server 6.2-5.02 (built Dec 1 2005))
 with ESMTP id <0IUE009YZCYEUR50@msg-store2.usc.edu> for
thorsten@usc.edu; Wed,
 08 Feb 2006 17:47:02 -0800 (PST)
Received: from whoville.dartmouth.org ([129.170.16.123])
 by msg-mx2.usc.edu (Sun Java System Messaging Server 6.2-5.02 (built Dec 1
 2005)) with ESMTP id <0IUE00KPCCYDEU70@msg-mx2.usc.edu> for
thorsten@usc.edu
 (ORCPT thorsten@usc.edu); Wed, 08 Feb 2006 17:47:01 -0800 (PST)
Received: from newdoc.Dartmouth.ORG (newdoc.dartmouth.org [129.170.16.86])
	by whoville.dartmouth.org (8.12.10+DND/8.12.10) with ESMTP id
k18M0I8s006930
	for <thorsten@usc.edu>; Wed, 08 Feb 2006 20:46:58 -0500
Date: Wed, 08 Feb 2006 20:46:56 -0500 (EST)
From: Jeffrey.D.Isaacs.99@Alum.Dartmouth.ORG (Jeffrey D. Isaacs 99)
Subject: Re: Fwd: Letter from Dr. Katsufrakis
To: thorsten@usc.edu (Rena Thorstensen-Gomez)
Reply-to: jeffrey.isaacs@alumni.insead.edu
Message-id: <52262962@newdoc.Dartmouth.ORG>

USC 0543

MIME-version: 1.0
X-Mailer: BlitzMail® version 2.6.3b27/blitzserv 3.14a4
Content-type: text/plain; charset=iso-8859-1
Content-transfer-encoding: 7BIT
Content-disposition: inline
X-MailScanner: Found to be clean by whoville.Dartmouth.ORG
X-MailScanner-From: jeffrey.d.isaacs.99@alum.dartmouth.org
Original-recipient: rfc822;thorsten@usc.edu

Dear Rena,

I am scheduled to attend a conference on March 1st which required that I leave Los Angeles on the morning of February 27th. This is for a leadership position I was elected to in International Medicine, and I represent the US division of this group (IFMSA). I would like to know if any alternate arrangements may be made for the upcoming SPC meeting.

Thank you,
Jeffrey Isaacs

USC 0544

From Jeffrey.D.Isaacs.99@Alum.Dartmouth.ORG (Jeffrey D. Isaacs 99)

Sent Wednesday, February 8, 2006 5:46 pm
To thorsten@usc.edu (Rena Thorstensen-Gomez)
Subject Re: Fwd: Letter from Dr. Katsufrakis

Dear Rena,

I am scheduled to attend a conference on March 1st which required that I leave Los Angeles on the morning of February 27th. This is for a leadership position I was elected to in International Medicine, and I represent the US division of this group (IFMSA). I would like to know if any alternate arrangements may be made for the upcoming SPC meeting.

Thank you,
Jeffrey Isaacs

USC 0545

From Jeffrey.D.Isaacs.99@Alum.Dartmouth.ORG (Jeffrey D. Isaacs 99)

Sent Monday, February 6, 2006 4:26 pm
To erinquin@usc.edu (Erin Quinn)
Subject Re: Trip to Chile

Dear Dr. Quinn,

thank you. I also wasn't sure what day the SPC hearing was tentatively set for. That is another reason why I would like to share some evidence concerning this issue with the school as soon as possible.

Regards,
Jeffrey Isaacs

--- You wrote:
Dear Jeffrey,
I would suggest that in anticipation of your trip that you make arrangements with your ICM instructor to do makeups and that you let your PPM instructors, etc all know. I am sure that you can make everything up but it is better to plan in advance so that everyone know what the expectations are.
Sincerely,
Dr. QUinn
--- end of quote ---

USC 0546

## Drop-In Memo

Name: Jeff Isaacs  Year: I  Date: 11/30/05

Re: previous mtgs.

feels probs b/t, not yet resolved.
Agree to take no further action + allow resolution, unless new events arise. Rec. he F/u c̄ 4 to b psi't

Email: jdisaacs@usc.edu

of future probs.


12/2/05
feeling 1'd anxiety. Episode c̄ MSP (AB left table p̄ he arrived) → will this be what next 4 yrs. is like? Wishes to speak c̄ me + Amy.
I reiterated my limit re: resolving, offered to involve Univ. admin. process (Std. Conduct) if he wished to file complaint. He preferred not to pursue Univ. remedy presently.



# ALERT NOTIFICATION

## UNIVERSITY OF SOUTHERN CALIFORNIA

OFFICIAL PUBLICATION OF THE USC DEPARTMENT OF PUBLIC SAFETY

### OFFICER SAFETY

S-ISAACS is currently being hospitalized for an unknown condition at UCLA Neuropsychiatric Institute. During the course of his treatment, he made the following threatening statements: "You have no idea how dangerous I'll become if they don't let me back into medical school" and "I don't think they will expel me because they are afraid I'll come back with a gun". USC will be notified of S-ISAACS release. This information will be forwarded to all Watch Commanders. POC Mr. Peter Katsufrakis, Associate Dean of Students (323) 442-2420.

S-ISAACS, former medical student at USC HSC campus, has been served with a suspension letter. He is also the subject of a harassment investigation and has been served a stay away letter. Both the stay away letter and suspension notice are on file in USC Communications Center.

**NAME**: ISAACS, JEFFREY D.
**SEX**: M
**RACE**: W
**HAIR**: Bro
**EYE**: Bro
**HT**: Unk
**WT**: Unk
**DOB**: 06-09-1977  28 Y.O.





**NOTE:**
Address: 425 Broadway Santa Monica, Ca.

**Prior Contacts**
06-00078  01/10/06  Harassment
06-00733  03/17/06  Criminal Threats

**FOR INTERNAL DISTRIBUTION ONLY, NOT TO BE DISTRIBUTED OUTSIDE OF USC DEPARTMENT OF PUBLIC SAFETY.**

APPROVED BY: CAPT. GLORIA GRAHAM
Prepared by: DET. LEESA SANDELL (213) 740-2489  Cell# (213) 276-7933  Date: 02-17-06

USC 0549