JEFFREY DAVID ISAACS
3553 West Chester Pike
PMB #177
Newtown Square, PA 19073
Telephone: (215) 609-4625
Mobile: (610) 202-1460
E-Facsimile: (310) 564-0432
Email: jdi@alum.dartmouth.org



IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JEFFREY DAVID ISAACS,

    Plaintiff, *pro se*

v.

    Case No. CV06-3338-GAF
    AFFIDAVIT OF
UNIVERSITY OF SOUTHERN CALIFORNIA    JEFFREY DAVID ISAACS

    Defendant.

1. My name is Jeffrey David Isaacs and I am a United States citizen. I am personally familiar with the facts stated herein.

2. At Keck, my closest colleagues were those in my Cedars-Sinai clinical group, led by Dr Fred Kuyt. I believe that recent evidence produced by USC shows that our group was generally tight-knit and collegial; quantitatively and qualitatively, my official evaluations from this group were quite good. Dr Kuyt offered generous ongoing advice and advocated for me during the course of the disciplinary proceedings at Keck. This was invaluable, as I had enormous respect for his was diverse talent and genius. He

was kind and even met with me during visiting hours at the UCLA Neuropsychiatric intensive care ward. Frankly, he went above and beyond and possibly took personal career risks in helping me. I couldn't even begin to express my gratitude for his help.

3. On February 28, 2006, I telephoned Dr Fred Kuyt, to tell him about the SPC decision to suspend me. He was in outrage. He said he would resign from the admissions committee if they did that; I quickly told him "no, please don't do that." He invited me to a dinner with a friend of his, as he wanted to discuss everything in detail and get the opinion of an unbiased third-party.

4. At dinner, for the first time I told him about email tracking evidence I had which showed how Robert Baughman and Dean Henderson communicated with each other about my threat of litigation. Dr Kuyt wanted to see this information.

5. We went back to Dr Kuyt's home after dinner and I showed him the email tracking information. He looked at it for a few minutes and said "This is why they're pissed. They don't trust you." It seemed he was thinking about it in connection with all the other information he had about my situation.

6. He proceeded to draft an email from his account 'imrocdoc@earthlink.net' and sent it to Dean Henderson and Dean Taylor. I remember the letter was about three paragraphs or so long, and advocated for me in compelling terms. He wrote about my passion about justice, about my

youth and idealism, and my positive contribution to his group. He wrote it quickly and that's about all that I can remember.

7. He sent the email while I was watching. I spoke about the email with Dean Clive Taylor several days later, who confirmed receipt of Dr Kuyt's letter. Dean Taylor said "Dr Kuyt is a respected member of the community, but his email is not the view of Keck."

8. USC has not produced this email, which should have fallen under the umbrella of several of my discovery requests for this case. Furthermore, in their response to a production request for **"Dr. Fred Kuyt's letters and voicemail records to Katsufrakis and/or Taylor requesting to be present in Plaintiff's SPC hearing and/or advocating for Plaintiff,"** USC Counsel claims it does not exist: **"Defendant has already informed Plaintiff that it has no responsive correspondence in its possession or control. "**

9. Similarly, Attachment #1 shows clear evidence that Robert Baughman emailed Brian Henderson about my threat of a lawsuit within twenty minutes of receiving it. USC has not produced *any* correspondence between Baughman and Henderson, and claims **"Defendant has already produced all responsive documents."** Given the clear certified email tracking information, it is absolutely evident that USC has either lost, destroyed, or improperly withheld the communications between Baughman and Henderson.

10.   Because of this, I am certain that USC has either lost, destroyed, or improperly withheld important evidence in this case. Personally, I don't believe that USC lost

such important documents, but that is only my personal belief. In Defendant's Reply to Motion to Enforce Settlement, USC Counsel talks about my purported "imagined belief that Defendant has destroyed or lost documents"(Page 1) and my purported "imagined belief that USC destroyed documents."(Page 11). USC Counsel conveniently left out "improper withholding" - the most likely possibility, in my opinion. Moreover, there is absolutely nothing imaginary about the Henderson-Baughman email tracking evidence or the emails Amy Baughman wrote about doing drugs.

11. There are other similar instances that demonstrate an overall pattern of USC to lose, destroy, or withhold important evidence. For example, in the Second Amended Complaint, I allege that USC favored certain students and denied their wrongdoing. The SAC refers to an email Amy Baughman sent to me on the USC.edu network to me on November 4, 2005, stating "no problem. last weekend was a bust because i had to drive couldn't get wasted or get high." (Attachment #2) As is clear from USC's discovery responses, USC failed to produce this evidence, suggesting to me that, at best, they have not been thorough with their e-discovery practices. It's still in my original email inbox; I suppose that the proper authorities could in fact confirm that USC does or does not have this email in their archives.

12. The implications of USC withholding emails about drug use by other Keck students are serious and are relevant to my case. I have averred that USC failed to investigate or

take action upon my complaints (e.g. Attachment #2), including drug use and harassment. USC ignored criminal behavior committed by Amy Baughman, while vigorously building a case of false allegations against me. USC cannot deny that I complained on numerous occasions of this apparent criminal behavior; in USC exhibit 302, Donna Budar-Turner issued handwritten transcripts containing my verbal statements that Ms Baughman harassed me, and that her friends regularly used illegal drugs.

13. Because I know of several instances where it appears to me that USC definitely didn't comply with Federal discovery rules or evidence preservation rules, I have legitimate concern about what else USC may have lost, destroyed, or improperly withheld.

14. I should state that I have no idea whether these items were lost or destroyed or withheld by USC's lawyers, by the students or Deans themselves, or some other loss of data. Nonetheless, to me this is "fishy," as have been many of USC's practices during litigation, in my opinion.

15. Furthermore, an incident as recent as late March highlights the constant discrepancies between what USC avers and the true reality. First, for background, evidence produced from USC seems to show that there is still a stay-away order in effect that precludes me and Amy Baughman from communicating with each other, either directly or indirectly through friends.

16. On March 27th, 2008, I received voicemail from my good friend George Baker stating that he had received an email

on Facebook.com sent from Amy Baughman on March 26, 2008. Ms Baughman knows that Mr Baker is one of my closest friends. Her email mentioned me; it seems reasonable to me that she knew this communication would be passed along to me.

17. I wrote USC Counsel Robin Dal Soglio asking why Ms Baughman had emailed my friend. I told her that this was unsettling to me, my friends and families, and was in violation of the stay-away order. Ms Dal Soglio denied any such email, and stated that Ms Baughman "did not in any way intentionally initiate any current communication with him [Mr Baker]". However, Attachment #3 clearly shows that Ms Amy Baughman initiated communication with George Baker last week; the Facebook.com page identifies her as a USC medical student and former NIH employee.

18. Ms Dal Soglio's clear mistake or misrepresentation raises serious concerns. If she makes a false assertion claiming that Ms Amy Baughman never communicated with my closest friends, I wonder what other statements by Dal Soglio are mistakes or misrepresentations. I wonder if her client is telling her the truth.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Respectfully submitted,

*Jeffrey D Isaacs* (signature)

Jeffrey David Isaacs

Dated: May 7, 2008

## CERTIFICATE OF SERVICE

I hereby certify that the following document

- AFFIDAVIT OF JEFFREY DAVID ISAACS

was served upon the represented parties, by CERTIFIED ELECTRONIC MAIL AS STIPULATED BY THE PARTIES, by e-mail copies thereof to:

Robin D. Dal Soglio
27240 Turnberry Lane, Suite 200
Valencia, California 91355

On this 7th day of May, 2008

*/s/ Jeffrey D Isaacs*
JEFFREY DAVID ISAACS
Plaintiff
3553 West Chester Pike
PMB 177
Newtown Square, PA  19073
Telephone: 215-609-4625

Attachment #1

**Attachment #1**
Readnotify email tracking history for "Lawsuit" email Plaintiff sent to Robert Baughman indicating intent to file lawsuit.

Robert Baughman read this email at NIH headquarters on January 10th 2006 at 19:13. Former Dean/Defendant Henderson (ZNI-100 computer [his Keck office]) read this email about twenty minutes later at 19:36. This is incontrovertible proof that Baughman communicated with Henderson early on about this case; USC has not produced any communication between Baughman and Henderson, even though it is central to this case (regardless of the fact that the *Bivens* claim was dismissed in exchange for settlement).

## ReadNotify email tracking history

| | |
|---|---|
| To | rb175y@nih.gov |
| From | a2006usc@hotmail.com |
| Subject | Lawsuit |
| Sent on | 10-Jan-06 at 17:48:18pm 'US/Central' time |
| 1st Open | **10-Jan-06 at 19:13:38pm**  -5:00                    (86%) Bethesda, Maryland, United States |

Tracking Details

**Opened**

| | |
|---|---|
| Opened | 10-Jan-06 at 19:13:38pm (UTC -5:00)  -  1hour25mins20secs after sending |
| Location | Bethesda, Maryland, United States (86% likelihood) |
| Opened on | b12-arbiter-b.net.nih.gov (128.231.88.6:60446),fernwood-arbiter-b.net.nih.gov (128.231.88.7:64823) |
| Language | of recipient's PC: en-us (English/United States) |
| Browser | used by recipient: Moz/4.0 (MSIE 6.0; WinNT 5.1; SV1; .NET CLR 1.1.4322; .NET CLR 2.0.50727) |
| Last log | No more activity after 10-Jan-06 at 19:19:24pm (UTC -5:00)  -  Log data indicates email was read for at least 5mins46secs (approx.) |

**Forwarded**

| | |
|---|---|
| Opened | 10-Jan-06 at 19:36:18pm (UTC -5:00)  -  1hour48mins after sending |
| Location | Los Angeles, California, United States (86% likelihood) |
| Opened on | zni100-1.hsc.usc.edu (128.125.75.181:3058) |
| Language | of recipient's PC: en-us (English/United States) |
| Browser | used by recipient: Moz/4.0 (MSIE 6.0; WinNT 5.1; SV1) |
| Last log | No more activity after 10-Jan-06 at 19:37:46pm (UTC -5:00)  -  Log data indicates email was read for at least 1min28secs (approx.) |

**Forwarded**

| | |
|---|---|
| Opened | 10-Jan-06 at 19:38:42pm (UTC -5:00)  -  1hour50mins24secs after sending |
| Location | Los Angeles, California, United States (86% likelihood) |
| Opened on | zni100-1.hsc.usc.edu (128.125.75.181:3063) |
| Browser | used by recipient: Eudora |
| Last log | No more activity after 10-Jan-06 at 19:49:02pm (UTC -5:00)  -  Log data indicates email was open for at least 10mins20secs (approx.) |

**Re-opened (by earlier reader #1)**

| | |
|---|---|
| Opened | 10-Jan-06 at 21:49:36pm (UTC -5:00)  -  4hours1min18secs after sending |
| Location | Bethesda, Maryland, United States (86% likelihood) |
| Opened on | b12-arbiter-b.net.nih.gov (128.231.88.6:38907),fernwood-arbiter-b.net.nih.gov (128.231.88.7:34903) |
| Language | of recipient's PC: en-us (English/United States) |
| Browser | used by recipient: Moz/4.0 (MSIE 6.0; WinNT 5.1; SV1; .NET CLR 1.1.4322; .NET CLR 2.0.50727) |

| | |
|---|---|
| Last log | No more activity after 10-Jan-06 at 21:57:10pm (UTC -5:00)  -  Log data indicates email was read for at least 7mins34secs (approx.) |

| **Re-opened (by earlier reader #2)** | |
|---|---|
| Opened | 11-Jan-06 at 00:14:41am (UTC -5:00)  -  6hours26mins23secs after sending |
| Location | Los Angeles, California, United States (86% likelihood) |
| Opened on | vpn-052-038.usc.edu (128.125.52.38:4766) |
| Language | of recipient's PC: en-us (English/United States) |
| Browser | used by recipient: Moz/4.0 (MSIE 6.0; WinNT 5.1; SV1) |

| **Re-Opened (by earlier reader #2)** | |
|---|---|
| Opened | 11-Jan-06 at 09:38:31am (UTC -5:00)  -  15hours50mins13secs after sending |
| Location | San Juan, Puerto Rico (86% likelihood) |
| Opened on | 207.166.116-82.isla.net (207.166.116.82:63526) |
| Language | of recipient's PC: en-us (English/United States) |
| Browser | used by recipient: Moz/4.0 (MSIE 6.0; WinNT 5.1; SV1) |

| **Re-Opened (by earlier reader #2)** | |
|---|---|
| Opened | 11-Jan-06 at 16:12:42pm (UTC -5:00)  -  22hours24mins24secs after sending |
| Location | Los Angeles, California, United States (86% likelihood) |
| Opened on | zni100-1.hsc.usc.edu (128.125.75.181:4212) |
| Language | of recipient's PC: en-us (English/United States) |
| Browser | used by recipient: Moz/4.0 (MSIE 6.0; WinNT 5.1; SV1) |
| Last log | No more activity after 11-Jan-06 at 16:15:04pm (UTC -5:00)  -  Log data indicates email was read for at least 2mins22secs (approx.) |

| **Re-opened (by earlier reader #3)** | |
|---|---|
| Opened | 11-Jan-06 at 16:15:07pm (UTC -5:00)  -  22hours26mins49secs after sending |
| Location | Los Angeles, California, United States (86% likelihood) |
| Opened on | zni100-1.hsc.usc.edu (128.125.75.181:4227) |
| Browser | used by recipient: Eudora |

| **Forwarded** | |
|---|---|
| Opened | 28-Feb-06 at 18:53:08pm (UTC -5:00)  -  49days1hour4mins50secs after sending |
| Location | Bethesda, Maryland, United States (86% likelihood) |
| Opened on | fernwood-arbiter-b.net.nih.gov (128.231.88.7:9652),b12-arbiter-b.net.nih.gov (128.231.88.6:10654) |
| Language | of recipient's PC: en-us (English/United States) |
| Browser | used by recipient: Moz/4.0 (MSIE 6.0; WinNT 5.1; SV1; .NET CLR 1.1.4322) |

| | |
|---|---|
| **Summary**  -  as at 6-May-08 at 21:08:34pm (UTC -5:00)  -  847days3hours20mins16secs after sending | |

| Total | Opened 9 times by 4 readers |
|---|---|
| Reader #1 | Opened 2 times for 13mins20secs total |
| Reader #2 | Opened 4 times for 3mins50secs total |
| Reader #3 | Opened 2 times for 10mins20secs total |
| Reader #4 | Opened 1 time |

Attachment #2

**Attachment #2**

Email from Amy Baughman to Jeffrey David Isaacs discussing her drug use. USC has lost, destroyed, or withheld this email and related emails from discovery production.

| | |
|---|---|
| from | amy baughman <abaughma@usc.edu> |
| to | jeffrey.isaacs@alumni.insead.edu, |
| date | Fri, Nov 4, 2005 at 11:52 PM |
| subject | Re: [med2009] medical mnemonics website |

no problem. last weekend was a bust because i had to drive couldn't get wasted or get high.

make sure your sister goes to kyoto for at least 5 days. and there's an island. yakushima. it's famous for cedar trees that are thousands of years old.

Attachment #3

**Attachment #3**
-Email sent to George F. Baker's Facebook.com account
-Amy Baughman's profile on Facebook.com at the time of issuance



Profile edit   Friends   Networks   Inbox (10)

home account privacy logout

Inbox | Sent Messages | Notifications | Updates

Compose Message

**random question**
Between You and Amy Baughman

**Amy Baughman**
Add to Friends
9:50pm Mar 26th
Report Message

Hi,

Did you email me March 2006 regarding Jeffrey Isaacs?

Would appreciate knowing a great deal if so. Thanks.

Amy

Reply:

Back to Inbox    Mark as Unread | Delete

If you send Amy Baughman a message, she will be able to see your Basic, Work, and Education Info for one month.

**Search**

**Applications**      edit
Photos
Video
Groups
Events
Marketplace
Friends For Sale!
My Heroes Ability
**more**

Facebook © 2008           Advertisers  Businesses  Developers  About Facebook  Terms  Privacy  Help

https://www.travelocity.com
Learn how VeriSign helps you trust your favorite sites >>    identified by VeriSign
VeriSign secured

**Profile** edit  Friends  Networks  Inbox (10)

home  account  privacy  logout

## Amy Baughman



**Networks:** USC Grad Student '09
Rochester Alum '03
Boston, MA
**Sex:** Female
**Relationship Status:** Single
**Looking For:** Whatever I can get
**Birthday:** May 26, 1981
**Hometown:** Cambridge, MA
**Political Views:** Liberal

### Education and Work

**Education Info**
**Grad School:** University of Southern California '09
Medicine
**College:** University of Rochester '03
**High School:** Groton School '99
**Work Info**
**Employer:** National Institutes of Health
**Time Period:** 2003 - 2005

Add Amy as a Friend
View Amy's Friends (424)
Send Amy a Message
Send Amy a Gift
Poke Her!

**USC Friends**
93 friends at USC.  See All

Asia Fredrickson
Danielle Kushner
Bobby Ghosh
Sarah Gee
Kevin Cahill
Shannon Connolly

**Friends in Other Networks**

**Networks with the most friends**
Los Angeles, CA (106)
USC (93)
New York, NY (57)
Rochester (43)
Harvard (36)
Boston, MA (33)
Washington, DC (27)

**Networks you belong to**
New York, NY (57)

Show All Networks | View All Friends

Report this Person

Facebook © 2008

Advertisers  Businesses  Developers  About Facebook  Terms  Privacy  Help

Share

**Search**

**Applications** edit
Photos
Video
Groups
Events
Marketplace
Friends For Sale!
My Heroes Ability
more

To shed light on a gambling problem, call

**The National Problem Gambling Hotline**

at
1-800-522-4700
or
visit our site